IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
MICHAEL MOLOCK, ET AL.,          )
                                 )   CA No. 16-2483
          Plaintiffs,            )
                                 )
      vs.                        )
                                 )
WHOLE FOODS MARKET, INC., ET AL.,)   Washington, D.C.
                                 )   April 9, 2019
          Defendants.            )   2:00 p.m.
---------------------------------)
                                 )
VICTOR VASQUEZ, ET AL.,          )
                                 )   CA No. 17-112
          Plaintiffs,            )
                                 )
WHOLE FOODS MARKET, INC., ET AL.,)
                                 )
          Defendants.            )
_____)
```

TRANSCRIPT OF JOINT STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Molock Plaintiffs:        Salvatore J. Zambri
                              REGAN ZAMBRI & LONG, PLLC
                              1919 M Street, NW
                              Suite 350
                              Washington, D.C. 20036
                              (202) 463-3030
                              szambri@reganfirm.com

For Vasquez Plaintiffs:       Brendan J. Klaproth
                              KLAPROTH LAW PLLC
                              406 Fifth Street, NW
                              Suite 350
                              Washington, D.C. 20001
                              (202) 618-2344
                              bklaproth@klaprothlaw.com

APPEARANCES CONTINUED

For the Defendants:                Gregory J. Casas
                                   GREENBERG TRAURIG, LLP
                                   300 West Sixth Street
                                   Suite 2050
                                   Austin, TX 78701
                                   (512) 320-7238
                                   casasg@gtlaw.com
                                   sellingerd@gtlaw.com

                                   John H. Hempfling, II
                                   (via telephone)
                                   WHOLE FOODS MARKET SERVICES,
                                   INC.
                                   828 West Sixth Street
                                   Suite 100
                                   Austin, TX 78703
                                   (512) 542-0213
                                   john.hempfling@wholefoods.com

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   U.S. Courthouse
                                   333 Constitution Avenue, NW
                                   Room 6511
                                   Washington, D.C. 20001
                                   (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          DEPUTY CLERK:  All rise.  The Honorable Amit P.

3    Mehta again presiding.  Please be seated and come to order.

4          THE COURT:  Please be seated, everyone.

5          DEPUTY CLERK:  Your Honor, this is the Joint

6    Status Conference for Case No. Civil Action 17-112,

7    Victor Vasquez, et al., versus Whole Foods Market, Inc.,

8    et al., and Civil Action 16-2483, Michael Molock, et al.,

9    versus Whole Foods Market, Inc., et al.

10          Brendan Klaproth for the Vasquez plaintiffs.

11          Salvatore Zambri for the Molock plaintiffs.

12          Gregory Casas and John Hempfling for the Whole

13    Foods Market defendants.

14          THE COURT:  Okay.  Good afternoon, everyone.

15          Nice to see everybody again.

16          Okay.  We're here for one of our periodic

17    check-ins and status conferences.

18          I've read the parties' Joint Status Reports and we

19    obviously have the discovery dispute we need to deal with in

20    the Vasquez case.

21          But I did have a few questions that I wanted to

22    raise and get your reviews on and figure out where things

23    stand.

24          The first concerns the e-Discovery documents.

25          You know, according to the report, there have been

1    about 150,000 documents identified in batch for review, and

2    that Whole Foods has thus far produced 5,000 of them.  You

3    know, I didn't go to school for math, but -- or I didn't go

4    to law school because I was good at math, but that's a lot

5    of months to be talking about 5,000 documents.

6                MR. CASAS:  Yes, Your Honor.

7                And so it's a little bit misleading if you just

8    try to do the straight math.

9                So where we were is, out of the -- it's about

10   178,000 total documents have fallen within the search terms

11   in the time frame.  Out of those, we have determined that

12   there's about 71,000 that are actually relevant to the case

13   and responsive to discovery.  Those have all been what we're

14   calling first-pass reviewed, and those are the 71,000 our

15   first pass contract reviewers have said are responsive.

16               What we're doing now is we're QCing them

17   internally to make sure that they were correct.

18               There was a learning curve with our contract

19   lawyers, and so the first few batches were not as accurate

20   as they should have been.

21               They're getting better, and so we believe our

22   QCing time is going to diminish very quickly as they

23   continue to get better in their review process.  So we do

24   anticipate that we'll have everything done and produced by

25   the deadline for document production, if not sooner.

1          THE COURT:  Okay.

2          And so where are we now?  I mean, are we still at

3  5,000 documents produced or is there...

4          MR. CASAS:  That was the last e-Discovery

5  production.  That was last week.

6          We're about to have another production this week.

7  I'm not sure how many are coming this week.  It would be at

8  least 5,000.  It could be as many as 10-.

9          But as I said, as our QC team gets more

10  comfortable with the fact that the contract reviewers knew

11  what they were doing or learn what they should be doing,

12  then our QC will speed up very quickly.

13          THE COURT:  Okay.

14          MR. CASAS:  And it might be the point that some of

15  our --

16          THE COURT:  Do you have a sense -- you said 171

17  that are -- I assume that's a sort of potentially responsive

18  universe.

19          MR. CASAS:  That was the universe.  That's

20  correct, Your Honor.

21          THE COURT:  All right.

22          And so do you have a sense of what percentage of

23  the 171 are being hit on as actually responsive?

24          MR. CASAS:  What we've seen so far on the

25  first-pass review is, out of 170-some-odd thousand, about

1    70,000 appear to be responsive.

2              THE COURT:  Okay.

3              MR. CASAS:  So about a third.

4              THE COURT:  A third?  Yeah.  A little bit more

5    than that.

6              MR. CASAS:  I'm an English major, Your Honor,

7    I'm sorry.

8              THE COURT:  It's all right.  I won't hold it

9    against you.

10             All right.

11             So your view is you still think all that can be

12   done by October 3rd?

13             MR. CASAS:  I think we can.

14             THE COURT:  I'm sorry, that's -- when's our

15   deadline for document production?

16             MR. CASAS:  I believe it's July.

17             THE COURT:  July.  Okay.

18             MR. CASAS:  Yeah.  Definitely, we can do that by

19   July.

20             I just talked to our team lead on that this

21   morning, and she was very confident on that.

22             THE COURT:  All right.

23             Well, that's good to hear.  Those numbers stood

24   out to me, and so I was a little bit concerned about that.

25             MR. CASAS:  Your Honor, I will just, in candor, if

```
1   we find that there's a glitch, if we find a major problem,
2   we'll let the Court know and opposing counsel know
3   immediately.
4             THE COURT:  Okay.
5             I take it, is it mainly emails that we're talking
6   about?
7             MR. CASAS:  It's emails, it's calendar invitations
8   with documents attached.
9             Sometimes, it's spreadsheets and sometimes it's
10  reports.  It runs the gamut.  I've seen an actual
11  company-wide email chain.
12            THE COURT:  Right.
13            All right.  That's helpful.
14            There's also -- you want to sort of -- there's a
15  little bit of a dispute with respect to scheduling
16  depositions.
17            MR. ZAMBRI:  May I, Your Honor?
18            THE COURT:  Sure.
19            MR. ZAMBRI:  Your Honor, it kind of dovetails with
20  what you were just speaking to Mr. Casas about.
21            I mean, they have a large team of lawyers looking
22  at all this stuff, and we're getting it as it's being
23  reviewed and rolled in.
24            They understand, and I hope the Court appreciates,
25  too, that when we get it, it's not as if we can look at it
```

1    overnight.  If it's taking them months to do, it's going to

2    take us months to do it, would be a fair calculus.

3              I worry that we're not going to be able to get all

4    the fact depositions done within the deadline.

5              What I'd like to do at a minimum, and I've raised

6    this with counsel over the past months, get some depositions

7    of key people on the books so we're not waiting until the

8    end of document production and then talking about our

9    calendars and talking to the witnesses' about calendars and

10   setting things up.  I think today we made some progress on

11   that.

12             And I've given them a list of less than ten

13   people, I think, maybe it's a tiny bit more, but it's about

14   ten people that would be, what we call, first round of

15   critical deponents, and then we can move from there.

16             But there will be more, Your Honor, for sure.

17             THE COURT:  Well, can I ask you, when you -- just

18   talk about your first round of folks of 10.  Are these also

19   people that you think you would want to then -- well, let me

20   put it this way:  The Rules allow you seven hours per

21   person, and I don't think we've had any deviation as to

22   that.

23             MR. ZAMBRI:  We haven't.

24             THE COURT:  So are the folks in the first group

25   the kind of people that you think you'll either take seven

```
 1   hours with or less than seven hours and seek to recall once
 2   you've got all the documents?
 3            MR. ZAMBRI:  I can't answer that with surety,
 4   Your Honor, until I get the files for those folks.
 5            I know that counsel has -- I think they're
 6   targeting their focus on internal personnel files, to those
 7   people first, and then moving off of them.  And when we have
 8   a chance to look at all that...
 9            But even with that, we have to put those documents
10   in the context of everything else that we're receiving.
11            So the answer is, I anticipate --
12            THE COURT:  When you say -- you just mean their
13   personnel files?  I mean, that doesn't --
14            MR. ZAMBRI:  No.
15            I mean -- I shouldn't have used that term.  My
16   apology.
17            I mean any of the documents that they would be on.
18            THE COURT:  I see.  Okay.
19            So email chains --
20            MR. ZAMBRI:  Correct.
21            THE COURT:  -- text messages, memos, that kind of
22   thing.
23            MR. ZAMBRI:  Correct.
24            So I am sure that those depositions for those ten
25   or so people will be long.
```

1          I don't like to waste time, but they're not going

2    to be two-hour depositions.  They're going to tickle seven

3    hours; or, you know, you may find me better before you

4    saying, Your Honor, we're trying not to waste time, but we

5    might even need more time.

6          THE COURT:  Okay.

7          Well, I will tell you my reaction to this when I

8    read this was, you know, look, you all -- as plaintiffs, you

9    can decide when you want to take depositions or not.

10         I mean, you want to depose the CEO tomorrow, you

11   can send a notice, and if he's available, you can depose

12   him.

13         But that runs the risk of if you take seven hours

14   to do it, that you may be out of time.

15         I know Mr. Casas is going to stand up here and say

16   they got their shot and that's it.

17         And so if you want to get out of the gate --

18   I wouldn't -- I don't think it's a bad idea, because the

19   last thing I want to have happen is run up against the

20   December deadline and have to kick it for another three

21   months -- is to have you come back to me and say, Judge, we

22   did seven hours with pick a name and we've now just gotten

23   another 15,000 emails, and there are emails in there that

24   we'd like to ask him about.

25         And I know what Mr. Casas's response is going to

1    be.

2              MR. ZAMBRI:  And, Your Honor, the other thing,

3    too, which I appreciate and I've been ordered to coordinate

4    and I am coordinating with counsel for the Vasquez

5    plaintiffs, they don't want their people to be deposed two

6    different times --

7              THE COURT:  Right.

8              MR. ZAMBRI:  -- and I understand that.

9              So I guess what I need to do, Your Honor, is take

10   your point, think about it, maybe I spend two hours now,

11   reserve five hours for later until I get more documents.

12             But I am very concerned, given the way the

13   documents are being rolled out -- and I'm not disparaging

14   the process, I know it's not easy -- that I am going to run

15   out of time.

16             THE COURT:  I mean, do you -- has anybody noticed

17   a 30(b)(6) at this point?  Intend to notice a 30(b)(6)?

18             MR. ZAMBRI:  Oh, we absolutely intend to notice a

19   30(b)(6).

20             But we felt like we can target specific

21   individuals right now as a foundational set of depositions,

22   and that's been disseminated to counsel on the other side

23   many, many months ago.

24             THE COURT:  Okay.

25             Just in terms of -- well, you know, in terms of

1    gathering facts at a 30,000-foot level --

2            MR. ZAMBRI:  Your Honor, my thought on that -- and

3    I don't mind speaking tactically about it -- the reason why

4    I didn't note a 30(b)(6) as part of the foundational set of

5    depositions is because I want all of the documents to have

6    been produced and reviewed and analyzed by whomever so that

7    I'm not going to sit in the 30(b)(6) deposition and people

8    say, we haven't reviewed that yet, we haven't reviewed that

9    yet.

10            That was my thought behind it.

11            THE COURT:  Okay.

12            MR. ZAMBRI:  The other thing I --

13            THE COURT:  Well, just to finish the discussion,

14    then.

15            I mean, look, again, my general view is that you

16    control how you want to seek discovery.  But just be mindful

17    that I suspect there are going to be some people who you'd

18    rather have as much information as you can possibly get

19    before you venture down the road, with no guarantee that I'd

20    give you more than seven hours.

21            MR. ZAMBRI:  Understood.

22            MR. CASAS:  If I could address the logistics of

23    this, Your Honor.

24            And Mr. Zambri is correct, we have communicated

25    with him that we don't want our people deposed twice,

```
 1    whether it be once in Molock and once in Vasquez, but we

 2    also don't want them deposed twice in Molock.

 3            And so what we have done, as Mr. Zambri alluded

 4    to, is we have loaded the document E-discovery review

 5    process with the custodial files of the people he's already

 6    indicated he wants to depose as soon as possible.

 7            So the regional president, the regional vice

 8    president, the other regional officers, those files are

 9    being analyzed first.

10            THE COURT:  And how do you define the "custodial

11    file"?  Is that anything more than -- well, let me just ask:

12    How do you define that and what documents go into defining

13    that group of material?

14            MR. CASAS:  And so two different categories of

15    documents go into a witness's custodial file.

16            So let's use Scott Allshouse as an example, he's

17    the regional president.

18            We collected the data that was on the server, the

19    Whole Foods server that was related to his email files.  So

20    any email he got, sent, copied, what have you.

21            We also copied, via PST, his computer.  And so any

22    documents stored on the hard drive, any document he typed

23    up, edited, what have you.

24            THE COURT:  Okay.

25            MR. CASAS:  So those are the two categories of
```

1   documents that go into the custodial files for a particular

2   witness or an individual.

3           THE COURT:  And, again, so we can -- at least we

4   can talk about it now so it doesn't come up later, because

5   it obviously came up a lot in the Bartolo case:  Have you

6   collected phones for text messages?

7           MR. CASAS:  We have not collected phones.

8           The reason for that is just because the way --

9   well, first of all, I don't believe they've actually been

10  asked for or agreed to, as far as text messages.

11          But the way the phone system works, we wouldn't

12  have access to text messages back from 2013, 2014, 2015 on

13  Mr. Allshouse's phone.  They're not there.  Not because they

14  have been deleted, they just go away, as far as we

15  understand.

16          THE COURT:  Okay.

17          I didn't mean to inject something that the parties

18  hadn't talked about.

19          MR. CASAS:  Sure.

20          THE COURT:  I just assumed in this day and age,

21  people want text messages, too.

22          MR. CASAS:  But then as far as the timing of the

23  depositions, I completely understand Mr. Zambri's point and

24  Mr. Klaproth, too, they don't want to get jammed up in

25  November taking 45 depositions or whatever the number is.

1          But because we have been moving along, I think

2    that over the summer, July, what have you, they'll have all

3    the files that we had found to be responsive, they can sort

4    them by custodian.  So if they wanted to look at all of

5    Mr. Allshouse's emails, they'd be able to do that, and then

6    we can begin the depositions at that point.

7          I do understand the logistics involved.  You have

8    my schedule, Mr. Hempfling's schedule to see who's going to

9    be available.  We have their schedules, counsel's schedules,

10   and then the witnesses.

11         So from a logistics point of view, I'm okay to

12   begin trying to figure out whose depositions will be set in

13   August or September or late July or what have you.

14         But as far as the actual taking of the

15   depositions, we do want to wait until the documents have

16   been produced.

17         THE COURT:  Separate but related question, then we

18   can figure out what, if anything, I need to do about this

19   is, have we -- I was just looking at the scheduling order:

20   Have you all come to an agreement as to time limits with

21   respect to your witnesses?  And what I mean by that is,

22   there's two cases here, you've got plaintiffs in two

23   different cases, and you haven't talked about, or at least

24   I don't recall having talked about, whether that means they

25   get to depose Mr. Allshouse for 14 hours or whether your

```
1    view is that because I've asked for these cases to run on
2    parallel discovery tracks but not consolidated, that both
3    sides are combined -- or both parties -- both sets of
4    plaintiffs, I should say, are combined limited to seven
5    hours.
6               MR. CASAS:  We discussed it.
7               I don't remember if there was ever a conclusion,
8    and that was when we decided the first round of the joint
9    discovery protocol.  I don't remember if there is a
10   resolution on that.
11              Your Honor's correct that we don't want
12   Mr. Allhouse deposed for 14 hours.
13              But to the extent that Mr. Zambri has four hours
14   of questioning and then Mr. Klaproth has four hours that
15   would be completely different questions, we can understand
16   why Mr. Allshouse might need to be deposed for eight hours.
17              But if it's going to be duplicative questions,
18   then they should be limited to just seven hours straight-up.
19              That's our position, Your Honor.
20              THE COURT:  Yep.  Okay.
21              MR. ZAMBRI:  Would you like to hear from me,
22   Your Honor?
23              THE COURT:  Sure, Mr. Zambri.
24              MR. ZAMBRI:  I would agree if they're duplicative,
25   Your Honor, that's just a waste of time and we wouldn't do
```

1  it, at least I have no reason to think that any of us would

2  want to do that.

3          However, it's not a consolidated action.

4          And they have different issues.  Some of it does

5  overlap.

6          THE COURT:  Right.

7          MR. ZAMBRI:  And if I can get it done in two

8  hours, I promise counsel and the Court, I'll get it done in

9  two hours.

10          But I don't want to say that I should be limited

11  if I have distinct questions that would legitimately --

12  because of the breadth of issues in my case and the number

13  of documents in my case, that I'm somehow limited to

14  something less than seven hours per witness.

15          THE COURT:  No.  And I'm not saying that right

16  now.

17          And I think -- I'm just flagging the issue,

18  because when we start talking about depositions and who's

19  going to get deposed when, witnesses will be situated

20  differently.  There may be somebody who it may be that

21  each -- both sets of plaintiffs want to take five, six hours

22  with that person and they have completely separate issues;

23  and there may be instances where, you know, Mr. Klaproth --

24  folks involved in the investigation and you don't really

25  have a lot of questions of those individuals.

1          So anyway, I'm flagging all this now.  And it may
2    be wise, I think, for you all, once you start putting these
3    down, to talk about length of the deposition in advance so
4    that you're not stuck in a deposition when somebody's
5    calling seven hours, and the two of you are saying, well,
6    wait a minute, we need more time than that; and particularly
7    if both of you know you're going to require more than seven
8    hours combined, then let defense counsel know that so that
9    we can avoid any problems --
10          MR. ZAMBRI:  We will.
11          THE COURT:  -- in advance.
12          MR. ZAMBRI:  Your Honor, I don't want to take the
13    Court off the agenda, but may I raise an issue?
14          THE COURT:  Well, let's just finish this
15    discussion about depositions.
16          MR. ZAMBRI:  Okay.
17          THE COURT:  And I guess where I end up is as
18    follows:  You know, Mr. Casas, to the extent you're asking
19    me to -- if what you're asking me to do is to bar the
20    plaintiffs from seeking to take depositions before your
21    document production is completed, I'm not going to do that.
22    I mean, they can take the depositions.  If for some reason
23    you think it's unfair that a particular witness is being
24    deposed without even your opportunity to have found all the
25    records, that may be a different issue.

1    But as I said, all of this comes with the
2    understanding that there is no promise being made here that
3    if somehow documents that are pertinent and you'd like to
4    have presented to a witness are disclosed after the
5    deposition, that I'm not making any promises you're going to
6    be able to recall someone.

7    MR. ZAMBRI:  Your Honor, may I ask for
8    clarification?

9    THE COURT:  Sure.

10    MR. ZAMBRI:  There was some discussion about me
11    maybe doing a preliminary deposition because I wouldn't be
12    using all seven hours and then reserving just to help me
13    guide through the documents.

14    I mean, they have the benefit of interpreting some
15    of the spreadsheets and other things --

16    THE COURT:  Sure.

17    MR. ZAMBRI:  -- and I don't have that
18    institutional knowledge.

19    Maybe, tactically, I would like to decide to take
20    some of these depositions, then reserve until I get all the
21    depositions for the remainder of my time.

22    Is the Court saying I can't do that?

23    I know counsel is against that approach.

24    THE COURT:  I'm not saying one way or another.

25    You know, if you want to do that, I can see why

1   Mr. Casas would have a problem with that.  But it's going to

2   have to be presented on a sort of witness-by-witness basis,

3   I think.

4           I mean, if what I hear you saying -- and this is

5   why I sort of injected the 30(b)(6) issue.

6           If, for example, you've got -- you're getting

7   spreadsheets and you need somebody to interpret these

8   spreadsheets or the Kronos data or what have you, you know,

9   a 30(b)(6) witness, who can help you march through that

10  stuff, may be the place to start.

11          But, again, you have, obviously, a far better

12  insight into your case and strategy than I do.

13          MR. ZAMBRI:  Understood, Your Honor.

14          THE COURT:  I mean, look, folks:  My interest at

15  the end of the day -- and this is not -- this is a very

16  general standard -- is to, A, get done on time, and, B, get

17  done in a way that is efficient, which means not involving

18  multiple depositions where possible and not splitting up

19  depositions where possible.

20          I mean, there may be instances where you'd like to

21  do that and Mr. Casas won't agree and you'll have to come to

22  me and I'm happy to resolve those disputes.

23          But if you want to split up the time of somebody,

24  Mr. Zambri, just know that I suspect Mr. Casas is going to

25  object to that and it may end up on my desk to decide it, so

1    you better have a good reason for it, okay?

2              MR. ZAMBRI:  Understood.

3              THE COURT:  All right.  You wanted to raise an

4    issue.

5              MR. ZAMBRI:  Your Honor, so we're getting a bunch

6    of documents.

7              And I don't believe we've presented to the Court

8    at any time an idea of what -- when it would be appropriate,

9    if ever, would be their argument, to move to Phase 2.

10             What I don't want to do -- and in the absence of

11   clarity, what I don't want to do is file something before

12   the Court, have it be opposed, and then the Court say, well,

13   that was your one shot, that was your one bite at the apple.

14             So hypothetically, if I believe that there's

15   enough already that's been disseminated through discovery,

16   you know the question would be, would it be appropriate for

17   me -- I'm not asking the Court to rule on this, I'm giving

18   you some background on it -- would it be appropriate for me

19   now to ask for Phase 2 and define it in some way that

20   I believe makes sense, and obviously it would be great if we

21   could get consent.

22             I'm raising it because -- since we haven't done

23   that, I think counsel agrees with me, that we haven't done

24   it, at least not with sufficient clarity, that we ought to

25   start talking about it.

1          And I'd like to be able to present something to
2   the Court, maybe in advance of the 90 days from now.
3   I think it's a question that probably merits resolution
4   before 90 days from now; otherwise, Your Honor, where we're
5   left is, if I only have one shot at it, I'm going to wait
6   until I can go through as much discovery as I can.  I think
7   that's the only prudent thing I can do, capture as much as
8   I can, present it to you, and then ask for Phase 2 at that
9   time.
10          Now, I may have had plenty of stuff already to
11   move to Phase 2, so we're delaying, ultimately, the process
12   for the Court and for the parties.
13          THE COURT:  I mean, look, you know, I can't say
14   I've really thought that out.
15          I suppose what I had envisioned is that at some
16   point, probably toward the end of discovery, you will have
17   found yourself in a position to believe that you can sort of
18   make your showing to expand the scope of discovery to beyond
19   just the Mid-Atlantic and the particular stores there.  You
20   know, I think optimally, it's one shot.
21          And I'm always open to the notion that somehow you
22   get a document late in time or you take a deposition later
23   in time that you didn't have access to that might make me
24   reconsider.
25          But, you know, ideally, I'd like to have your best

```
 1    case and hear you out based on your best case, rather than
 2    having to leave the door ajar to possibly having to revisit
 3    once you find yourself getting more information.
 4              MR. ZAMBRI:  Understood, Your Honor.
 5              I still plan to continue the communication because
 6    I think ultimately, the Court is probably going to want to
 7    know if we can agree on what --
 8              THE COURT:  Sure.
 9              MR. ZAMBRI:  -- would warrant a Phase 2 discovery;
10    and if we can agree on that, maybe that could expedite
11    things to --
12              THE COURT:  Absolutely.
13              I mean, that's obviously the reference; that if
14    you think you're at a place where you could come to me and
15    make your presentation; or even before then, that you all
16    can come to some agreement as to what the threshold would
17    be, what the threshold showing would be, then terrific.
18              MR. ZAMBRI:  Okay.  Thank you.
19              MR. CASAS:  If I could just add one other layer on
20    top of that, Your Honor, and that is, to the extent that
21    Phase 2 would contemplate going outside of the Mid-Atlantic,
22    Maryland, Virginia, and D.C., we still have the
23    interlocutory appeal that's being briefed.
24              Just so the Court's aware, it's almost fully
25    briefed.  Our reply is now due on May 10th, and then the
```

1   Circuit will do whatever it wants to do on its own time.

2          But to the extent that hasn't been ruled upon,

3   we will be objecting to any broader discovery, based on the

4   fact that there would be jurisdictional issues here that

5   would prevent the class from expanding, and, therefore,

6   discovery should not be expanded as well.

7          THE COURT:  Yeah, that's out there, too, although

8   I suspect the earliest -- you wouldn't get an oral argument

9   until -- at the earliest, until I think they start their

10  term in late August or...

11         MR. ZAMBRI:  I think it might --

12         THE COURT:  It think it would mid-August or early

13  September.

14         MR. ZAMBRI:  Yeah.

15         THE COURT:  Certainly not any later than early

16  September, I know they get started by September 1.

17         I think a lot of them take vacation in August, so

18  you may not be -- you can probably plan accordingly.

19         Okay.  Well, is there anything else that anybody

20  wants to talk about before we turn to the discovery dispute?

21         MR. ZAMBRI:  The only thing left in my case, and

22  I think we're working it out here, is the Kronos audits,

23  but...

24         THE COURT:  Oh, right.  I did want to ask that.

25         MR. ZAMBRI:  We're looking for the Kronos audits.

1          We've had some follow-up discussion.  Apparently,

2     they're doing research about them.

3          Mr. Casas is characterizing them in a certain way

4     that -- again, there's some institutional knowledge

5     I don't have.

6          My understanding of the Kronos audits is that they

7     do reflect when shifts are made and they'd be important

8     documents.  It's a computer document that we could sort of

9     look at side by side to the gainsharing reports and

10    ultimately the TTFs, so that would tell a fuller picture.

11         THE COURT:  So let me ask this, because this,

12    actually, is probably going to segue into the discovery

13    dispute.  There's a question I have in connection with it.

14         Whether it's the Kronos data or looking at TTFs,

15    if either or both show some sort of shift in time, how

16    do you prove or how will you prove that that shift in time

17    was a gainsharing-program violation, as opposed to just

18    re-assigning somebody to another part of the store because

19    that part of the store was -- needed some extra help on --

20    during a particular week?

21         I mean, Mr. Casas, for example, in this discovery

22    dispute, he attached a couple of the TTFs, and at least to

23    the uninitiated if you look at that, nobody could really say

24    why the time shifting happened.

25         MR. ZAMBRI:  Right.

1          And so from our perspective, you can pick and

2    choose which TTFs you want to bring to the Court's

3    attention.

4          But there should be a TTF for every single

5    shifting of labor.  If there's an absence of a TTF, by

6    default, that's a problem and it would be elicited.

7    I don't know if they're going to try to come up with an

8    excuse for that.

9          THE COURT:  I mean, certainly, if there's a good

10   number of them.

11         I mean, if there's a one-off here and there,

12   that's just somebody didn't fill out the form.

13         MR. ZAMBRI:  Potentially.

14         THE COURT:  Potentially.

15         MR. ZAMBRI:  That's right.

16         The Kronos will show us -- I mean, people are

17   supposed to used the Kronos system, is our understanding.

18   So that better be clear, too, on the Kronos system.

19         It's also the kind and quality of the transfer

20   that you're doing.

21         Are you moving a team manager?  Are you taking a

22   team manager out of a team?  Out of the meat department?

23   There is no team manager in October of 2015.

24         We're just going to have two team managers in

25   produce one day.  That's going to raise a red flag.  And

1    when that happens a lot or a little will be of interest to

2    the Court, I imagine, at some point.

3              Then there's declarations of people, emails from,

4    let's say, a Ms. Mueller out of the Mid-Atlantic region

5    that's instructing someone to do this very thing; or

6    somebody else who's an executive.

7              And then, of course, declarations from the store

8    managers themselves who are the apex of the management of

9    the store.

10             They're trying to separate themselves, Whole

11   Foods, from these store managers.  I mean, from our

12   perspective, they can't do that.  That is the apex of

13   management for that store and they're going to tell stories

14   about where it was happening, how often it was happening.

15             So there's a constellation of things, Your Honor,

16   and the puzzle is coming together.  But there's a lot more

17   coming in and a lot more that we need to do, particularly if

18   the preference, and I understand, is for me to present it

19   all as best I can at one time.

20             THE COURT:  Well, that's helpful.

21             Okay.  Anything else before we turn to the dispute

22   at hand?

23             MR. ZAMBRI:  Not from Molock the plaintiffs,

24   Your Honor.

25             MR. CASAS:  No.

1          I mean, Your Honor, just to address Kronos very

2     quickly, on the audit side, Mr. Hempfling and I have been

3     researching this and talking to the folks that operate

4     Kronos on a regular basis or are sort of the keepers of it.

5          The only audits that we're aware of, and

6     I wouldn't even call them an audit, but the people that are

7     in charge of Kronos do is that every other Monday, on

8     payroll Monday, they reconcile time card entries with

9     Workday entries, which Workday is a payroll software.

10         And they're run through Kronos, a query to make

11    sure that those entries balance out.

12         They keep a screenshot of the ultimate balancing,

13    but the actual data that is generated is not kept in the

14    normal course.

15         We are unaware of an audit being done.  From what

16    we've been told, Kronos can't look at and see why time was

17    transferred.  All it shows is that John Smith, whose home

18    team is produce, had two and a half hours transferred by a

19    PBS at the Georgetown store, from Kronos to meat, October

20    3rd, 2016.  That's all Kronos will show.  And that's all the

21    TTFs will show.

22         So from Your Honor's question earlier, the

23    documents that we're talking about, the data, the TTFs, the

24    Kronos data, it's neutral, it's just objective information.

25         The only way you can actually figure out whether

```
 1    those two and a half hours that were transferred from
 2    produce to meat was improper is to go talk to John Smith or
 3    talk to the PBS.
 4            To the extent they're claiming there are emails
 5    where people are being told, you must do this in order to
 6    manipulate gainsharing, I suppose those e-mails, if they
 7    exist, would be instructive.
 8            But, otherwise, just because a team leader from
 9    meat has been moved over to bakery for a week, well, unless
10    we talk to those team leaders, we're not going to know why.
11            So there's a lot of background information here
12    that needs to be developed and discovered.
13            THE COURT:  So is there anything that -- let me
14    put it differently.
15            If we're thinking about this in terms of a Venn
16    Diagram and sort of there's the Kronos data as one circle
17    and the TTFs are another circle, is there any information
18    that getting the hard copy TTFs would give us that you can't
19    already read from the Kronos data?
20            Because at least as I understand the way this
21    works is, a TTF is filled out, it's given to some payroll
22    person, and that person then inputs the time change, which
23    should then be reflected in Kronos, right?
24            And so in thinking through what Mr. Klaproth was
25    looking for, what I'm trying to understand is, I suppose
```

1    some TTF could say "transferred for gainsharing bonus."

2              MR. CASAS:  Let's hope not, Your Honor, but yeah,

3    I suppose.

4              THE COURT:  But what is the universe of TTFs that

5    presumably underlie the Kronos data itself going to tell us?

6              MR. CASAS:  I mean, the one thing that the TTFs

7    are supposed to show -- and if you look at the examples in

8    Exhibit A on the filing -- there's supposed to be a reason

9    put in there as far as why the time is being transferred.

10             For example, one of the documents I submitted

11   shows that time was transferred because the individual was

12   attending a coordinator meeting at the store with the

13   initials KMQ, which I can't remember now which one that is.

14   So time was transferred for that reason.

15             Time was transferred on another one of the TTFs I

16   submitted because someone mispunched.

17             So to the extent the TTFs, I suppose, could show a

18   reason that doesn't pass the smell test or maybe it's blank,

19   I suppose those TTFs could indicate there's an issue that

20   needs further investigation.

21             But the TTF in and of itself is not going to show

22   that -- even if it's blank, is going to show that the time

23   transfer was improper.

24             The time transfer sheet is as good as the

25   information that was put on it by whoever wrote it up.

1                THE COURT:  Right.

2                MR. CASAS:  And the intent of the person is not

3      going to be reflected on the TTF.

4                THE COURT:  Mr. Klaproth.

5                MR. KLAPROTH:  So, Your Honor, I think I may be

6      able to shed some light on that issue, at least from my

7      client's perspective.

8                So at least the way they did it, as far as

9      transferring labor, was any time labor was transferred, it

10     was the morning of payroll, they would have to go into

11     Kronos itself to modify and do a manual change, and that's

12     shown in the Kronos data that we just got, it actually shows

13     those manual changes.

14               THE COURT:  You mean to say that there's actually

15     a timing element to when the labor shifting occurs that you

16     think is evidence of manipulation?

17               MR. KLAPROTH:  Essentially yes, because I believe

18     it was Monday morning when payroll would need to be

19     submitted; and at that point, they'd say, oh, darn, meat

20     department has a deficit, let's transfer labor, get it done.

21     And then what was supposed to happen to document or validate

22     that transfer was to complete a TTF.

23               And actually, there's a different iteration of the

24     form as well that says "Kronos punch form."  Basically,

25     they're validating that transfer.

1          So my clients in this case were terminated for not

2     having those TTFs.

3          So from our perspective, yes, there is a Venn

4     Diagram with three sources of information we're looking at:

5     Gainsharing reports, which shows a transfer, which is a much

6     more a labor-intensive way to figure this out.

7          We could also look at the Kronos data which shows

8     the transfer.

9          And then to validate that transfer, whether you're

10    looking at the gainsharing report or the Kronos, is to look

11    at a TTF.

12         And I mean, based on representations made in this

13    case, that's the only way to actually determine whether a

14    transfer was valid or not.

15         THE COURT:  I guess it goes back to -- again,

16    these are the samples that Mr. Casas has brought forward, so

17    they may not be representative.

18         You know, I look at these three samples.  And you

19    may read them differently than I do and see things that even

20    I don't.  But it's not clear to me that having your hands on

21    these is going to provide any real -- shed any real light on

22    the reason why it was done, the labor shifting was done, at

23    least in a nefarious sense.

24         MR. KLAPROTH:  And I would agree with that.

25         THE COURT:  Unless what's on here is pre-textual

1    and not accurate.  That's always a possibility.

2          MR. KLAPROTH:  Well -- and so I think Mr. Zambri

3    hit the nail on the head.  The real way to look at this is

4    the absence of TTFs, because by Whole Foods' own definition,

5    if there's a transfer without a TTF, it's improper.

6          So that's what we were looking for.  We're looking

7    to identify specific transfers and just asking for the

8    documentation to show it's valid.

9          THE COURT:  And does the -- is there a way to

10   tell, just from the Kronos data, whether there was a TTF?

11   In other words, if there was not an underlying TTF form.

12         Let's say what happens is a store manager goes to

13   the payroll person and says, look, we need to do some labor

14   shifting here.  Today's payroll.  You know, shift the store

15   manager -- or the section manager from meat to bakery, but

16   I'm not going to put a -- I'm not going to underwrite a TTF

17   for you to do that.

18         Is there any way to identify that scenario, where

19   there's no actual TTF just based on the Kronos data?

20         Are you going to have to look for all the

21   hard-copy TTFs and then figure out -- match them up or look

22   at them side by side and say, oh, wait a minute, there's

23   some Kronos entry for time shifting for which there's no TTF

24   reflected?

25         MR. KLAPROTH:  So essentially -- ultimately, we're

1    going to have to look and compare them side by side.  Say,

2    here's a transfer, where's the TTF that corresponds to this?

3         So from national's perspective, there actually was

4    no way to determine, other than going to the store where

5    these TTFs were stored in boxes.

6         So -- but what they did do, and my understanding

7    is, we even have emails that show, hey, national is

8    conducting these audits, they're starting to red flag

9    transfers -- there's an email that says that from either

10   Dave Gearhart or Scott Allshouse -- so we need to make sure

11   that we're doing these right, meaning make sure there's

12   paperwork.

13        So essentially from national's perspective -- I

14   even brought a printout of a snapshot of page 1 of the

15   Kronos data, and there's nothing that shows that.  It just

16   says whether it was a manual correction and who did the

17   correction.

18        MR. HEMPFLING:  And, your Honor, this is

19   John Hempfling.  I apologize for interrupting, but I would

20   like to clarify one issue, and that is, Mr. Klaproth's

21   statement that the mere absence of a TTF indicates that a

22   transfer was improper.  That's not exactly correct.

23        What that means is that the transfer was not

24   properly documented, but it doesn't necessarily mean that

25   the transfer was unlawful.

1          If you look at the TTFs and you look at Kronos

2    data, that information alone will not tell you that a

3    certain transfer was improper, as done the way that we

4    allege the nine FTLs did them improperly for nefarious

5    reasons and ended in their termination.  That's our

6    allegation, obviously.

7          But the mere absence of a TTF does not de facto

8    mean it was a bad transfer.  It could mean it was bad

9    paperwork, it could mean any number of things.  And that's

10   why Mr. Casas pointed out that you would have to interview

11   folks to determine that issue, which, obviously, leads into

12   all kinds of individualized issues, as far as the class

13   action would go.

14         But I wanted to point out that it's not exactly

15   accurate to say that the mere absence of a TTF means de

16   facto that it was a bad transfer.

17         MR. KLAPROTH:  So essentially the problem that we

18   have is that the rules that created, the parameters, at

19   least by which my clients were fired, was for not having --

20   "falsifying records" and not having these TTFs.  So that was

21   the basis for their termination.

22         So I think you just play that out company-wide,

23   since there was, apparently, a company-wide investigation,

24   and that's the only way, if we work with the common set of

25   rules that apply to this investigation.

```
1              THE COURT:  So on the subject, then, let me --
2   your brief suggests that we're only talking about 1500 pages
3   of documents.  And I guess that's based -- that's a rough
4   estimate based upon the 1431 instances of transfer you've
5   seen in the data, right?
6              MR. KLAPROTH:  That is correct.
7              THE COURT:  Okay.
8              MR. KLAPROTH:  So the TTF is a single-page
9   document.
10             THE COURT:  Right.
11             And so that, however, is across, that 1431 or
12  1500, whatever it is, that's across 352 stores, right?
13             MR. KLAPROTH:  That's correct.
14             THE COURT:  And given that the date range for
15  those is September 2015 -- July, August, September 2015,
16  those should all still be at the stores?
17             MR. CASAS:  Those, Your Honor, should all be --
18             THE COURT:  Well, I guess not.
19             MR. CASAS:  They should be at Iron Mountain.
20             THE COURT:  Iron Mountain.
21             MR. CASAS:  Or whatever store's facility,
22  particular store, might be doing it.
23             THE COURT:  Right.  Okay.
24             MR. CASAS:  Not all stores use Iron Mountain.
25             THE COURT:  And how hard would it be?
```

1          Let's just take one TTF.  You've got a transfer of

2     a store in North Carolina on a particular day and you want

3     the TTF for that and it's at a storage facility.  What is

4     that going to take?  I mean, is it a needle in a haystack?

5     Or is there a way to narrow down to a box that somebody can

6     then look through?  Or boxes?

7          MR. CASAS:  The answer, Your Honor, is going to

8     depend upon the store and the PBS and how diligent the PBS

9     was in documenting where he or she put a particular form.

10          THE COURT:  What's PBS?

11          MR. CASAS:  A payroll benefit specialist.

12          THE COURT:  Okay.

13          MR. CASAS:  The PBS is the individual who gets the

14     TTF and is the one that actually makes the changes manually

15     in Kronos.

16          This person also is in charge of making sure

17     payroll is done right and making sure people get their

18     overtime or what have you.  They're the in-store accountant,

19     for lack of a better way to describe him or her.

20          And that also -- your question also assumes that a

21     box is for a particular week or for a particular month.

22          From what we found doing the Iron Mountain search

23     for the other stores, is that the PBS will keep the records

24     until he or she thinks she has enough to fill several boxes,

25     because the things are happening so quickly at the store,

1    they don't do things every day.

2           And so we have to -- assuming the PBS did a file

3    for a month for one box, we could potentially find it pretty

4    quickly.

5           What we found, though, is that the boxes are just

6    jammed full with all sorts of stuff and there's no indices

7    for what's inside the box.

8           And that even assumes that the file folders in the

9    boxes are labeled.  So our folks actually had to go into

10   some of these boxes and go through every folder to find out

11   what was in it, what month these were, and then find the

12   actual documents at issue.

13          So it does vary, Your Honor.  It's not as targeted

14   as you would hope.

15          THE COURT:  Well, that's what I was trying to get

16   at.  Is it as simple as looking on an index and pointing to

17   a box from a particular store at a particular date range.

18          MR. KLAPROTH:  So, Your Honor, the issue I have

19   with that position is that if I had a client who asked --

20   from two years ago, asked for a settlement agreement, my

21   response was:  It's in -- I have boxes in my garage, it's

22   going to take me months to find it.  I mean, that's not an

23   acceptable response.

24          So I think here, for them to try to benefit from

25   any sort of disorganization for these documents, which we've

1    repeatedly been told are essential, I just don't --

2              THE COURT:  Well, I mean, yes and no.

3              It's all relative, right?

4              I mean, if the settlement agreement is the basis

5    of the lawsuit, then you better bet that you're going to

6    have to spend time rummaging through boxes to find it.

7              You know, this is all sort of rule -- this

8    proportionality issue that I'm supposed to grapple with

9    under Rule 26.  And that's what I'm trying to get at here,

10   is to try and balance the probative value versus the expense

11   of having to get these things.

12             I think I've expressed this before, which is that,

13   given what some of these statements are, I do think the

14   plaintiffs will have to prove, for example, that there was

15   manipulation happening at more than nine stores.

16             And the statement is that it wasn't -- it was only

17   happening at nine stores and you want to prove that's false;

18   in fact, that it was happening at more than nine stores; and

19   the way you're going to do that is -- at least one way you

20   might do that is with the records.

21             MR. CASAS:  But, Your Honor, not to delve into the

22   merits here, but we have to look at Ms. Buchanan's

23   statements as of what was known to Whole Foods at the time.

24             And as we talked about in our briefing, there was

25   an investigation that was done, and there was also an

1   ongoing investigation.

2          And so based upon what they had been able to find

3   out by the time Ms. Buchanan was called by the *Associated*

4   *Press*, this is what Whole Foods knew, and that's what

5   Ms. Buchanan said to the press.

6          Going through every TTF and finding that there

7   might have been another rogue store manager out there in

8   Seattle doesn't mean that there was a nationwide problem,

9   nor does it mean that Ms. Buchanan's statements, at the time

10  she made them, were false.

11         And there are other ways, for example, other than

12  TTFs, to decide whether a TTF is necessary to be searched

13  for.

14         THE COURT:  I guess the question is -- the

15  standard is going to be one of just negligence, right, in

16  terms of making the defamatory statement.  This isn't actual

17  malice here.

18         And so if Ms. Buchanan says, at a particular point

19  in time, well, the manipulation's only happening at nine of

20  our locations, and she knows -- I don't know whether she did

21  or not -- that the investigation was, in fact, only limited

22  to nine locations, say hypothetically, you know, that's

23  going to be a problem for you, and it won't matter at what

24  point in time she made the statement.

25         You know, these are pretty broad statements about

1   the breadth of the investigation.  And given the standard

2   here, they have an easier time of proving it than they would

3   under an actual malice standard.

4           MR. CASAS:  Right.

5           But, Your Honor, even so -- even if there was

6   somebody who had gone rogue up in Seattle and they were also

7   improperly manipulating labor, it doesn't mean that what

8   these individuals did was okay.  They still violated the

9   gainsharing policy and they were terminated for it, and they

10  were rightly terminated for violating the gainsharing

11  policy.

12          So it doesn't -- to the extent the truth is the

13  defense here, they manipulated the gainsharing policy and

14  were terminated for it.

15          THE COURT:  Well, but it goes beyond that.

16          I mean, if Ms. Buchanan's statements were, they

17  were fired for manipulating the bonus program, period, then

18  that would be one thing, because then, I think you'd be

19  right, if somebody did it in Seattle, it probably would be

20  less probative.

21          But, again, Whole Foods went beyond that and said,

22  look, this was only isolated in these nine stores,

23  suggesting that these folks just weren't violating company

24  policy, they were sort of rogue managers; and that the rest

25  of the company was -- this issue wasn't prevalent.  And

1  their defense is, or at least their position is, look, this

2  was company-wide, we were just doing what everybody else was

3  doing.

4          Look, I think the question here is what,

5  Mr. Klaproth, you think you need and whether it's reasonable

6  to make that request.

7          And my worry here is that if you're taking 352

8  stores and you're looking for 1500 documents, I can't even

9  think about how much time that's going to take.

10          I mean, you've got different stores, different

11  storage facilities, try and identify particular boxes.

12  You've got to send people in there to maybe look at document

13  by document.  That's a lot of time and effort.

14          And ultimately it may be fruitful for you, but

15  I'm not sure I'm ready to require them to do that.  That

16  could take -- I can't even conceive of how much time that

17  might take.

18          MR. KLAPROTH:  Well, Your Honor, I hear you loud

19  and clear, and we are certainly mindful of that.

20          And that's why during the status -- the

21  teleconference we had, we proposed what we thought was

22  reasonable, as far as setting an evidentiary threshold, once

23  we've established X number of stores or transfers were

24  improper, that our burden is satisfied with respect to

25  falsity.

```
 1              I thought that was a proposal that both sides
 2   could agree, whichever way it comes down, we'll live with
 3   that.  But that's something Whole Foods wholeheartedly
 4   rejected.
 5              So I fear that, say we take a look at 200 stores
 6   or even 100 stores and we show 90 percent of the transfers
 7   there were improper, they're going to say, well, it's still
 8   substantially true, those statements, so...
 9              THE COURT:  Well, let me ask you this.
10              I mean, if you put this to a statistician and the
11   statistician would say, Whole Foods -- what would be a
12   statistically significant sample of stores that, if you
13   found improper labor shifting, that you could then say, to a
14   90 degree percent of certainty or 95 percent degree of
15   certainty, that this was a -- that this was happening in the
16   other stores as well?
17              Do you have any sense -- and that, of course,
18   would, then, also assume some randomization in terms of
19   which stores are being selected.
20              But do you have any sense of what that number
21   might be?
22              MR. KLAPROTH:  I don't, Your Honor.
23              But I fear we would still run into that same
24   roadblock, where it's like, you know, Whole Foods would say,
25   well, this is just a sampling then, and then attack the
```

1  assumptions that went into the sample.

2          THE COURT:  Well, it's hard for them to do that,

3  Mr. Klaproth, only if, for no other reason, than they're

4  standing up here right now saying that it's too burdensome

5  for them to get all the records.

6          So I think I'd have a hard time accepting that

7  argument, if they're now standing here right now saying,

8  well, we're not -- it's too burdensome for us to get all

9  these records.

10          MR. CASAS:  And we have to look at it from another

11  angle, Your Honor, which is -- well, there's two angles; one

12  is, we have to look at the investigation that was going on

13  at the time Ms. Buchanan made those statements.

14          The investigation that was going on does not

15  necessarily involve TTFs.  In fact, I don't think it did

16  involve TTFs.  There was another mechanism by which

17  Whole Foods was investigating.

18          So using the TTFs now does not turn Ms. Buchanan's

19  statements to be untrue, nor does it invalidate the

20  investigation that was ongoing.  So you're looking at apples

21  and oranges.

22          And, two, just looking at the TTFs from 100 stores

23  doesn't necessarily mean you can tell from looking at those

24  TTFs, as Your Honor has pointed out, that any of those

25  transfers of labor were improper.

1          There's a lot more work that has to get completed

2     after the TTFs are produced before you can determine whether

3     any of the information on those TTFs was actually improper.

4          THE COURT:  So tell me a little bit about -- and

5     I'll talk about this ambiguously so I don't run into any

6     problems with the protective order.

7          But you sent me -- or Mr. Klaproth sent me some

8     slides from a PowerPoint, I don't know what the date of it

9     was, when this particular document was created, but it

10    suggests that, at least at some point, Whole Foods believed

11    that it was possible that 119 stores -- that there was a

12    60 percent confidence that 119 stores, there might be a

13    problem.  And I know later on, there's some further

14    suggestion that that was resolved.

15         I guess question one is how it was initially

16    flagged that these 119 stores might have problems?

17         Two, how did anybody come up with the confidence

18    level here?  I mean, it's pretty precise:  60 percent

19    confidence, 90 percent confidence.

20         And then, three, to the extent it was resolved,

21    how did that get resolved?

22         MR. KLAPROTH:  So, Your Honor, with respect to

23    this -- and I actually believe this is underinclusive, this

24    investigation, because, one, it does not include transfers

25    to admin, which that was the most likely department the

1    transfers went to.  It does not include -- and the reason

2    why was because of time limitations, so that was it.  So

3    they've already limited the data there.

4              It does not consider manual punches for Kronos,

5    which Your Honor just saw was easily to be determined, just

6    looking at that one column.

7              THE COURT:  Just so we're all clear, these

8    particular stores, that's not the universe of stores that

9    you've identified through your own review of the Kronos

10   data.  This is a subset of, presumably, the 325; or at

11   least, one would hope or think, that most of these 119 are

12   within the 325.  Is that --

13             MR. KLAPROTH:  Presumably, Your Honor, yes.

14             THE COURT:  I'm sorry.  I interrupted you.

15             MR. CASAS:  Not necessarily the case, Your Honor,

16   looking at two different time frames.

17             The information that Mr. Klaproth is basing it on

18   is from July through September 2015.

19             This information was looked at in the fall of

20   2016.

21             So there could be an overlap, but I think the

22   probability is slim just because of the time frames that are

23   involved.

24             THE COURT:  Right.

25             MR. KLAPROTH:  So there are different time frames.

1          But with respect to the actual stores, if there

2    was an overlap, it is presumable.

3          And then the final thing is that they limited that

4    search even further down to just stores and departments that

5    barely made budget.  So that was another assumption that

6    went into -- and yet they still found 119 stores.

7          So we're going to have to take a deposition on

8    this, presumably a 30(b)(6), as to how, then, they narrowed

9    it down based on the subsequent data produced by Mr. Casas.

10          And it seems like it was just phone calls from the

11    regional president.  That was it.  It wasn't sit-down

12    interviews, like they did with my folks.  There was no

13    looking at TTFs.

14          So we're already dealing with an investigation

15    that was not uniform throughout.  It was simply, "If you say

16    so."

17          That's what it seems, but, again, we will need a

18    30(b)(6) on that.

19          MR. CASAS:  And I understand the counsel's

20    position.

21          And the regional presidents did make phone calls,

22    but they made appropriate phone calls to the appropriate

23    people, and those people did the investigation.

24          Now, how long they spent as far as talking to

25    every person that was involved in these transfers, I can't

1    tell you that, I don't know the answer to that question.

2          As far as the data, you also have to look at the

3    fact that there were different parameters that were set up.

4    And perhaps a 30(b)(6) is the way to go at some point.

5          But the individuals at central were looking at the

6    same data that's been provided to Mr. Klaproth, and they

7    said, we think there's a problem, we need some more

8    investigation.

9          And then they went and they talked to people and

10   they figured out that this time transfer was done because

11   so-and-so was getting ready for maternity leave; or this

12   time transfer was done because so-and-so wanted to transfer

13   departments and you needed to have two ATLs in the meat

14   department that week.

15         So there's lots of reasons why those time

16   transfers were made.  And that's why, at the time of this

17   particular chart that I forwarded to Your Honor separately,

18   they cleared all but about nine stores and the investigation

19   was ongoing.

20         MR. KLAPROTH:  But those reasons are all just

21   speculation.  There's no documentation, there's no TTFs.  So

22   that's the issue.

23         MR. CASAS:  I have nothing, Your Honor, that

24   I know of, that's been produced.

25         But to the extent that emails went back and forth,

1   they would have been caught on the custodians that we are

2   processing, and that information would be produced.

3           THE COURT:  So tell me, as a practical matter,

4   Mr. Casas, what you would have to -- what sort of processes

5   or procedures you would have to invoke to try and get a

6   particular TTF?

7           I mean, who is it that is on the ground, is going

8   to Iron Mountain?  Or maybe you're having the box brought in

9   from Iron Mountain.  And then are they all being shipped to

10  your office?  Or are you having folks who are regionally

11  with the store doing the review or the attempt to find these

12  things?  Or how is that happening?

13          MR. CASAS:  So the way we did it for the 22 stores

14  for Phase 1 is, we had all of the boxes shipped to a

15  location in Northern Virginia.  We have an office there.

16  And so -- and it has more space.

17          And so we worked with Iron Mountain, we worked

18  with some consultants, we worked with our own folks to

19  gather the boxes.

20          My associates went through the indices from the

21  different boxes and made their best guess, as far as where

22  the folders were.

23          And then two associates and a paralegal just went

24  through the boxes to try to find the right folders and the

25  right files.

1          And what we did to date is a little bit different

2     than what we're talking about doing here.

3          Our folks were just looking for the folders with

4     the TTFs from these stores, as opposed to for a particular

5     time transfer.

6          So I would imagine there would be a little more

7     investigation required to actually find a particular time

8     transfer form.

9          THE COURT:  Right.

10         And what degree of -- I mean, the other question

11    is, if there's no TTF, I mean, what -- how much work is

12    going to be required to establish a negative?

13         I know it's one thing if you find a TTF, it's

14    another thing, how long does somebody need to search before

15    they're satisfied that there was no TTF.

16         MR. CASAS:  We'd have to go back to the PBS of the

17    store and determine whether there are a host of TTFs that

18    are missing, meaning that perhaps there was a week or two

19    weeks or a month or some time frame for whatever reason it

20    wasn't filed properly or maybe it wasn't filed at all.

21         So we'd have to do some follow-up legwork to see

22    whether -- if there's no time transfer form for October 1,

23    2016 -- 2015, I'm sorry, September 1st, 2015, we'd have to

24    do some legwork to figure that out.

25         And then, Your Honor, at the same time, we would

1    also look at some of the data to figure out whether that

2    legwork is even necessary.

3          For example, if the time transfer for that

4    particular date that's missing was minimal or had no impact

5    whatsoever on gainsharing, there really is no reason to look

6    for that time transfer form because it wasn't a manipulation

7    of gainsharing at that point, it didn't benefit anybody.

8          THE COURT:  I'll tell you where I think I am on

9    this, which is that -- in attempting to strike a balance

10   here between what I do think are potentially relevant

11   documents but yet being sensitive to the amount of work and

12   expense it will take to literally, in some sense, look for

13   the needle in a haystack, you know, it seems to me that the

14   119 is probably a reasonable number, it's about a quarter of

15   the stores, about less than a third of the actual number of

16   stores that Mr. Klaproth says he's identified some

17   transfers.

18          I don't know whether that's a statistically

19   significant sample or not, but it seems like a fair sample,

20   as far as I'm concerned, at this point.

21          And if we start there, if Mr. Klaproth thinks at

22   that point he needs more, we can take that up; on the other

23   hand, I'd urge you to talk to a statistician and figure out

24   whether -- if you've got -- if you can make proof through

25   119 stores, although they're obviously limited in time and

1    so on and so forth, then that may not ultimately resolve the

2    issue, because that'll only tell you what they need to know

3    for those three particular months of that year.

4            MR. CASAS:  And, Your Honor, if I could ask for

5    some clarification as you're thinking through this.

6            Are we talking about just randomly selecting 119

7    off of his list of 352 or are you talking --

8            THE COURT:  No.  It would be these 119.

9            MR. CASAS:  Then we would need to find out what

10   dates you're thinking about, from that perspective.

11           Well -- fair enough.  But I'm, in some sense,

12   mixing the apples and the oranges.  So -- and I'm doing that

13   intentionally, because I mean, I take your point that these

14   stores are identified as potential problems based on data

15   from, it looks like, you know, the fourth quarter of 2016,

16   and he's got concerns about three months in 2015.

17           And I'm just -- what I'm suggesting is using these

18   119 stores as a proxy for the 352 that he's identified.

19           You know, there may not be a complete overlap, but

20   it seems to me about as fair a way of doing this as I can

21   conceive of, without having to drill down even further.

22           Mr. Klaproth, what's your reaction to that?

23           MR. KLAPROTH:  I think that makes sense, to start

24   with the 119 of the stores identified in this chart, but

25   dealing with the three-month period for the data that we

 1   have.

 2            THE COURT:  Right.

 3            That's what I mean about mixing the apples and

 4   oranges.

 5            I'm attacking the 119 -- this is the random sample

 6   that's not so random of stores, but we're only looking for

 7   the particular data points that he's identified for these

 8   stores during that three-month period.

 9            MR. CASAS:  So if on that list of 119 stores,

10   X doesn't show up on his list of 352, then we'd be down to

11   118.  We wouldn't necessarily --

12            THE COURT:  Yeah, I think that's right.

13            MR. CASAS:  Okay.

14            MR. KLAPROTH:  That's my understanding.

15            THE COURT:  That's how I would propose to do it.

16            I mean, if for some reason it turns out that a

17   large percentage of the 119 is not overlapping with the 352,

18   let me know.

19            But I think there's probably a pretty good -- odds

20   are pretty good that there's a large overlap, one would

21   think, particularly if there is, in fact, a practice of

22   doing this, and we're not talking about a time period that

23   that's far apart, you know, it's a year or so.

24            MR. CASAS:  And, Your Honor, at the same time,

25   just to remind the Court, just because there's a time

1    transfer doesn't mean it's improper.

2            So there's still a lot of work to be done, even

3    after identifying the time transfer forms, before we can

4    really learn anything from these forms we're going to be

5    producing.

6            THE COURT:  Sure.  I understand that.  But

7    I'm not sure we can even get to that point without having

8    the forms first.

9            MR. CASAS:  No.  That's fair enough, Your Honor.

10           THE COURT:  His point is, look, I can't -- hang

11   on.

12           He's facing -- he's in a corner, in the sense that

13   if he doesn't get the TTFs, you're going to see he needed

14   the TTFs.

15           So I think he's got to get these.  And if they

16   help establish the proof -- or provide proof, then maybe

17   we'll open the door to more.

18           MR. KLAPROTH:  Well -- and, Your Honor, just --

19   I don't want to foreshadow my proofs or box myself in, but

20   unless a TTF contains something blatantly that suggests it's

21   improper or it's incomplete, I don't think we really do have

22   a way to challenge each particular TTF.  So our proof will

23   be the absence of the TTFs.

24           MR. CASAS:  And we can address that with the

25   Court.

1          As Mr. Hempfling indicated, and as I've repeated,

2  just because there isn't a TTF, it really doesn't mean

3  anything until you drill down as to why there's no TTF.

4          There's lots of other things we can look at; for

5  example, did the time transfer at issue even impact

6  gainsharing, before we even begin to start talking the PBSs

7  involved.  Why waste time if there's no reason to.

8          THE COURT:  I mean, look, all that is fair and

9  those are valid considerations.

10          But, you know, until the actual records are pulled

11  together, I don't know that any of that can really be

12  inferred.

13          MR. CASAS:  Sure.

14          THE COURT:  I mean, it may be that you pull these

15  records and it shows that there are patterns that are coming

16  up that show the absence of TTFs on particular dates and are

17  associated with stores that had large gainsharing shifting.

18  I don't know.  You'll have to figure that out.

19          Mr. Zambri.

20          MR. ZAMBRI:  May I say something about this issue?

21  Because it relates to my case, too.

22          Your Honor, from the outside of this litigation,

23  we've been told, if there's a TTF, it's legitimate; if

24  there's no TTF, then there's an issue.

25          Now, when documents are being produced, and

1    presumably they're seeing stuff that I'm seeing, now it's

2    not a big deal if there's no TTF.

3           And I'm even concerned a little bit about what

4    Mr. Klaproth said a moment ago about, well, it needs to be

5    the absence of a TTF.

6           It needs to be a TTF, in my view, and based on

7    what's been said to us for, gosh, many, many months, if not

8    years now.  And the TTF ought to be specific, because if

9    you're going to do something illicit, you're probably going

10   to have a pretty bland, unexplainable or a non-reason for a

11   transfer.

12          So I'm worried that they're trying to create this

13   all whole new burden, that I'm supposed to call in every

14   store manager in the country to come before the court to

15   prove my case.

16          It seems to me the burden is on them to do their

17   paperwork right and to make sure that overhead is not

18   improperly shifted, and we know the mechanism for that.  If

19   they fail to do it, that's the end of our proof, or that

20   should be, we believe, respectfully, the end of our proof on

21   that.

22          And we can bring in more to pile on.  But it's an

23   unmatchable -- they're trying to create an unmatchable

24   burden.

25          THE COURT:  Yeah, look, I'm not trying to game

57

1   this out in any way.

2           You know, that's far down the road, and I'm not

3   going to -- it's hard for me to know whether what you've

4   just said is sufficient to make out your burden or not.

5           But at the end of the day, I doubt it's just going

6   to be TTFs and funny-looking TTFs or there are no TTFs.

7   You're going to have depositions, you're going to have

8   emails, and all of that I'll have to take into account.

9           And, you know, this is one piece of it.  At the

10  end of the day, it's one piece of a larger puzzle, and I'll

11  just have to see how all those pieces fit together, okay?

12          So I guess that's -- so that's how I will resolve

13  this, which is that Whole Foods will have to produce the

14  reports of labor transfer for the 352 stores, or that have

15  been identified within that subset of 352 stores, but

16  they'll have to produce the labor transfers only as to the

17  119 stores that are on this spreadsheet, right?

18          So if there's a store in the spreadsheet that's

19  not among the 352, then you don't need to worry about it.

20          MR. CASAS:  Thank you, Your Honor.

21          MR. KLAPROTH:  Thank you, Your Honor.

22          Just for the record, that's, I just want to make

23  sure, Bates number 52148 through 52149 are the stores

24  identified.

25          THE COURT:  Yes.  5-2-1-4-8 and 5-2-1-4-9.

1           And just to be clear so the record is clear, these

2    are the stores that, at least at some point in time, Whole

3    Foods, I think I said this earlier, had at least a

4    60 percent confidence or concern, degree of confidence that

5    there may be a labor-shifting issue.

6           And so that's why I'm drawing the line where I'm

7    drawing the line, to the extent there's any question about

8    this raised in the future, okay?

9           MR. KLAPROTH:  Thank you, Your Honor.

10          MR. CASAS:  Thank you, Your Honor.

11          THE COURT:  Anything else, folks?

12          MR. ZAMBRI:  No, Your Honor.

13          I hope the Court -- well, yes.

14          I believe that the document that's been referenced

15   has been shared by everybody, but the discovery is not.

16          And I would ask the Court, at least as to those

17   119 stores, that since the document is shared and the

18   information is relevant, that there's no extra burden for

19   them to provide a copy to me on those particular stores.

20          THE COURT:  You mean you're asking for the TTFs

21   that they're going to produce?

22          MR. ZAMBRI:  Yes.

23          THE COURT:  You've already got these?

24          MR. ZAMBRI:  Correct.

25          THE COURT:  Do you have any objection to that,

1    Mr. Casas?

2              MR. CASAS:  To the extent that -- it does go

3    outside the Phase 1 definition, because we're talking about

4    many more stores than this -- many more employees that

5    we believe this Court would ever have jurisdiction over.  So

6    we do have that concern.

7              I mean, from a burden perspective, Your Honor,

8    there's no extra burden to just hit the "send" button twice,

9    but we are concerned about the jurisdictional issues.  And

10   so without waiving any jurisdictional argument we have, I'm

11   happy to share these TTFs with Mr. Zambri.

12             THE COURT:  Okay.  That's reasonable.

13             I mean, the production of those isn't waiving

14   anything.

15             And, you know, I'm not even suggesting that the

16   production of those means that somehow it's relevant proof

17   to Mr. Zambri being able to move on to the next phase, maybe

18   it will, maybe it won't.

19             I'm not trying to game any of this out at this

20   point, because there's a lot of issues, and it will be far

21   more complex than 119 TTFs or whatever it is.

22             So if you would do that, that would be great.

23             And obviously, your jurisdictional issue is

24   preserved and being considered by a higher power.

25             All right.  Anything else, folks?

60

1          MR. ZAMBRI:  No, Your Honor.

2          THE COURT:  Thank you, everyone.

3          DEPUTY CLERK:  All rise.

4          This Court is adjourned until the return of court.

5          MR. HEMPFLING:  Thank you, Your Honor.

6          (Proceedings concluded at 3:13 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date: April 11, 2019_____     /S/__William P. Zaremba_____

                                     William P. Zaremba, RMR, CRR

DEPUTY CLERK: [3]  3/1 3/4 60/2
MR. CASAS: [50]   4/5 5/3 5/13 5/18 5/23 6/2 6/5 6/12
6/15 6/17 6/24 7/6 12/21 13/13 13/24 14/6 14/18 14/21
16/5 23/18 27/24 30/1 30/5 31/1 36/16 36/18 36/20 36/23
37/6 37/10 37/12 39/20 41/3 44/9 46/14 47/18 48/22
49/12 50/15 52/3 52/8 53/8 53/12 53/23 54/8 54/23
55/12 57/19 58/9 59/1
MR. HEMPFLING: [2]  34/17 60/4
MR. KLAPROTH: [21]  31/4 31/16 32/23 33/1 33/24
35/16 36/5 36/7 36/12 38/17 42/17 43/21 45/21 46/12
46/24 48/19 52/22 53/13 54/17 57/20 58/8
MR. ZAMBRI: [41]  7/16 7/18 8/22 9/2 9/13 9/19 9/22
11/1 11/7 11/17 12/1 12/11 12/20 16/20 16/23 17/6 18/9 18/11
18/15 19/6 19/9 19/16 20/12 21/1 21/4 23/3 23/8 23/17
24/10 24/13 24/20 24/24 25/24 26/12 26/14 27/22 55/19
58/11 58/21 58/23 59/25
THE COURT: [102]

/

/S [1]  61/7

0

0213 [1]  2/10

1

10 [2]  5/8 8/18
100 [3]  2/9 43/6 44/22
10th [1]  23/25
11 [1]  61/7
112 [2]  1/9 3/6
118 [1]  53/11
119 [17]  45/11 45/12 45/16 46/11 47/6 51/14 51/25 52/6
 52/8 52/18 52/24 53/5 53/9 53/17 57/17 58/17 59/21
14 [2]  15/25 16/12
1431 [2]  36/4 36/11
15,000 [1]  10/23
150,000 [1]  4/1
1500 [3]  36/2 36/12 42/8
16-2483 [2]  1/4 3/8
17-112 [2]  1/9 3/6
170-some-odd [1]  5/25
171 [2]  5/16 5/23
178,000 [1]  4/10
1919 [1]  1/18
1st [1]  50/23

2

200 [1]  43/5
20001 [2]  1/23 2/15
20036 [1]  1/19
2013 [1]  14/12
2014 [1]  14/12
2015 [8]  14/12 26/23 36/15 36/15 46/18 50/23 50/23
 52/16
2016 [4]  28/20 46/20 50/23 52/15
2019 [2]  1/7 61/7
202 [3]  1/19 1/23 2/15

22 [1]  49/13
2344 [1]  1/23
2483 [2]  1/4 3/8
26 [1]  39/9
2:00 [1]  1/7

3

30 [10]  11/17 11/17 11/19 12/4 12/7 20/5 20/9 47/8 47/18
 48/4
30,000-foot [1]  12/1
300 [1]  2/3
3030 [1]  1/19
320-7238 [1]  2/4
3249 [1]  2/15
325 [2]  46/10 46/12
333 [1]  2/14
350 [2]  1/18 1/22
352 [9]  36/12 42/7 52/7 52/18 53/10 53/17 57/14 57/15
 57/19
354-3249 [1]  2/15
3:13 [1]  60/6
3rd [2]  6/12 28/20

4

406 [1]  1/22
45 depositions [1]  14/25
463-3030 [1]  1/19

5

5,000 [4]  4/2 4/5 5/3 5/8
5-2-1-4-8 [1]  57/25
5-2-1-4-9 [1]  57/25
512 [2]  2/4 2/10
52148 [1]  57/23
52149 [1]  57/23
542-0213 [1]  2/10

6

60 [1]  45/18
60 percent [2]  45/12 58/4
618-2344 [1]  1/23
6511 [1]  2/14

7

70,000 [1]  6/1
71,000 [2]  4/12 4/14
7238 [1]  2/4
78701 [1]  2/4
78703 [1]  2/9

8

828 [1]  2/8

9

90 [5]  22/2 22/4 43/6 43/14 45/19
95 [1]  43/14

about [55]  4/1 4/5 4/9 4/12 5/6 5/25 6/3 6/24 7/6 7/20
8/8 8/9 8/13 8/18 10/24 11/10 12/3 14/4 14/18 15/18 15/23
15/24 17/18 18/3 18/15 19/10 21/25 24/20 25/2 27/14
28/23 29/15 36/2 39/24 40/25 42/9 45/4 45/5 48/18
50/2 51/14 51/15 52/6 52/10 52/16 52/20 53/3 53/22
55/20 56/3 56/4 57/19 58/7 59/3 59/9
above [1]  61/4
above-titled [1]  61/4
absence [9]  21/10 26/5 33/4 34/21 35/7 35/15 54/23
55/16 56/5
absolutely [2]  11/18 23/12
acceptable [1]  38/23
accepting [1]  44/6
access [2]  14/12 22/23
according [1]  3/25
accordingly [1]  24/18
account [1]  57/8
accountant [1]  37/18
accurate [3]  4/19 33/1 35/15
across [2]  36/11 36/12
action [4]  3/6 3/8 17/3 35/13
actual [10]  7/10 15/14 28/13 33/19 38/12 40/16 41/3 47/1
51/15 55/10
actually [15]  4/12 5/23 14/9 25/12 28/25 31/12 31/14
31/23 32/13 34/3 37/14 38/9 45/3 45/23 50/7
add [1]  23/19
address [3]  12/22 28/1 54/24
adjourned [1]  60/4
admin [1]  45/25
advance [3]  18/3 18/11 22/2
after [3]  19/4 45/2 54/3
afternoon [1]  3/14
again [9]  3/3 3/15 12/15 14/3 20/11 25/4 32/15 41/21
47/17
against [3]  6/9 10/19 19/23
age [1]  14/20
agenda [1]  18/13
ago [3]  11/23 38/20 56/4
agree [6]  16/24 20/21 23/7 23/10 32/24 43/2
agreed [1]  14/10
agreement [4]  15/20 23/16 38/20 39/4
agrees [1]  21/23
aided [1]  2/17
ajar [1]  23/2
al [8]  1/3 1/6 1/9 1/11 3/7 3/8 3/8 3/9
all [52]  3/2 4/13 5/21 6/8 6/10 6/11 6/22 7/13 7/22 8/3
9/2 9/8 10/8 12/5 14/9 15/2 15/4 15/20 18/1 18/2 18/24
19/1 19/12 19/20 21/3 23/15 27/19 28/17 28/20 28/20
33/20 35/12 36/16 36/17 36/24 38/6 39/3 39/7 44/5 44/8
46/7 48/18 48/20 49/9 49/14 50/20 55/8 56/13 57/8 57/8
57/11 59/25 60/3
All right [2]  6/10 59/25
allegation [1]  35/6
allege [1]  35/4
Allhouse [1]  16/12
allow [1]  8/20

Allshouse's [2]  14/13 15/5
alluded [1]  13/3
almost [1]  23/24
alone [1]  35/2
along [1]  15/1
already [7]  13/5 21/15 22/10 29/19 46/3 47/14 58/23
also [14]  7/14 8/18 13/2 13/21 26/19 32/7 37/16 37/20
37/20 39/25 41/6 43/18 48/2 51/1
although [2]  24/7 51/25
always [2]  22/21 33/1
am [5]  9/24 11/4 11/12 11/14 51/8
ambiguously [1]  45/5
AMIT [2]  1/14 3/2
among [1]  57/19
amount [1]  51/11
analyzed [2]  12/6 13/9
angle [1]  44/11
angles [1]  44/11
another [12]  5/6 10/20 10/23 19/24 25/18 29/17 30/15
40/7 44/10 44/16 47/5 50/14
answer [4]  9/3 9/11 37/7 48/1
anticipate [2]  4/24 9/11
any [29]  8/21 9/17 13/20 13/21 13/22 17/1 18/9 19/5 21/8
24/3 24/15 29/17 31/9 32/21 32/21 33/18 35/9 38/25
43/17 43/20 44/24 45/3 45/5 55/11 57/1 58/7 58/25
59/10 59/19
anybody [4]  11/16 24/19 45/17 51/7
anything [10]  13/11 15/18 24/19 27/21 29/13 54/4 55/3
58/11 59/14 59/25
anyway [1]  18/1
apart [1]  53/23
apex [2]  27/8 27/12
apologize [1]  34/19
apology [1]  9/16
apparently [2]  25/1 35/23
appeal [1]  23/23
appear [1]  6/1
APPEARANCES [2]  1/16 2/1
apple [1]  21/13
apples [3]  44/20 52/12 53/3
apply [1]  35/25
appreciate [1]  11/3
appreciates [1]  7/24
approach [1]  19/23
appropriate [5]  21/8 21/16 21/18 47/22 47/22
April [2]  1/7 61/7
are [70]
argument [4]  21/9 24/8 44/7 59/10
as [82]
ask [11]  8/17 10/24 13/11 11/19/7 21/19 22/8 24/24 25/11
43/9 52/4 58/16
asked [4]  14/10 16/1 38/19 38/20
asking [5]  18/18 18/19 21/17 33/7 58/20
assigning [1]  25/18
associated [2]  40/3 55/17
associates [2]  49/20 49/23
assume [2]  5/17 43/18

**A**

assumed [1]  14/20
assumes [2]  37/20 38/8
assuming [1]  38/2
assumption [1]  47/5
assumptions [1]  44/1
Atlantic [3]  22/19 23/21 27/4
ATLs [1]  48/13
attached [2]  7/8 25/22
attack [1]  43/25
attacking [1]  53/5
attempt [1]  49/11
attempting [1]  51/9
attending [1]  30/12
attention [1]  26/3
audit [3]  28/2 28/6 28/15
audits [5]  24/22 24/25 25/6 28/5 34/8
August [5]  15/13 24/10 24/12 24/17 36/15
Austin [2]  2/4 2/9
available [2]  10/11 15/9
Avenue [1]  2/14
avoid [1]  18/9
aware [2]  23/24 28/5
away [1]  14/14

**B**

back [5]  10/21 14/12 32/15 48/25 50/16
background [2]  21/18 29/11
bad [4]  10/18 35/8 35/8 35/16
bakery [2]  29/9 33/15
balance [3]  28/11 39/10 51/9
balancing [1]  28/12
bar [1]  18/19
barely [1]  47/5
Bartolo [1]  14/5
based [10]  23/1 24/3 32/12 33/19 36/3 36/4 40/2 47/9
52/14 56/6
Basically [1]  31/24
basing [1]  46/17
basis [4]  20/2 28/4 35/21 39/4
batch [1]  4/1
batches [1]  4/19
Bates [1]  57/23
be [107]
because [37]  4/4 10/18 12/5 14/4 14/8 14/13 15/1 16/1
17/12 17/18 19/11 21/22 23/5 25/11 25/18 29/8 29/20 30/11
30/16 31/17 33/4 37/25 41/18 45/24 46/2 46/2 48/10
48/12 51/6 52/2 52/13 53/25 55/2 55/21 56/8 59/3 59/20
been [26]  3/25 4/13 4/20 11/3 11/22 12/6 14/9 14/14 15/1
15/16 21/15 24/2 28/2 28/16 29/9 39/1 40/2 40/7 48/6
48/24 49/1 55/23 56/7 57/15 58/14 58/15
before [15]  1/14 10/3 12/19 18/20 21/11 22/4 23/15 24/20
27/21 39/12 45/2 50/14 54/3 55/6 56/14
begin [3]  15/6 15/12 55/6
behind [1]  12/10
being [16]  5/23 7/22 11/13 13/9 18/23 19/2 23/23 28/15
29/5 30/9 43/19 49/9 51/11 55/25 59/17 59/24

believed [1]  45/10 56/16 Page 64 of 80 31/20 22/17 31/17
45/23 56/20 58/14 59/5
believed [1]  45/10
benefit [4]  19/14 37/11 38/24 51/7
best [4]  22/25 23/1 27/19 49/21
bet [1]  39/5
better [8]  4/21 4/23 10/3 20/11 21/1 26/18 37/19 39/5
between [1]  51/10
beyond [3]  22/18 41/15 41/21
big [1]  56/2
bit [8]  4/7 6/4 6/24 7/15 8/13 45/4 50/1 56/3
bite [1]  21/13
bklaproth [1]  1/24
bland [1]  56/10
blank [2]  30/18 30/22
blatantly [1]  54/20
bonus [2]  30/1 41/17
books [1]  8/7
both [7]  16/2 16/3 16/3 17/21 18/7 25/15 43/1
box [7]  37/5 37/21 38/3 38/7 38/17 49/8 54/19
boxes [13]  34/5 37/6 37/24 38/5 38/9 38/10 38/21 39/6
42/11 49/14 49/19 49/21 49/24
breadth [2]  17/12 41/1
Brendan [2]  1/21 3/10
brief [1]  36/2
briefed [2]  23/23 23/25
briefing [1]  39/24
bring [2]  26/2 56/22
broad [1]  40/25
broader [1]  24/3
brought [3]  32/16 34/14 49/8
Buchanan [4]  40/3 40/5 40/18 44/13
Buchanan's [4]  39/22 40/9 41/16 44/18
budget [1]  47/5
bunch [1]  21/5
burden [8]  42/24 56/13 56/16 56/24 57/4 58/18 59/7
59/8
burdensome [2]  44/4 44/8
button [1]  59/8

**C**

CA [2]  1/4 1/9
calculus [1]  8/2
calendar [1]  7/7
calendars [2]  8/9 8/9
call [3]  8/14 28/6 56/13
called [1]  40/3
calling [2]  4/14 18/5
calls [3]  47/10 47/21 47/22
came [1]  14/5
can [46]  6/11 6/13 6/18 7/25 8/15 8/17 10/9 10/11 10/11
11/20 12/18 14/3 14/4 15/3 15/6 15/18 16/15 17/7 18/9
18/22 19/25 20/9 22/6 22/7 22/8 22/17 23/7 23/10
23/16 24/18 26/1 27/19 28/25 37/5 44/23 45/2 51/22
51/24 52/20 54/3 54/7 54/24 55/4 55/11 56/22
can't [11]  9/3 19/22 22/13 27/12 28/16 29/18 30/13 42/8
42/16 47/25 54/10
candor [1]  6/25

capture [1]  22/7
card [1]  28/8
Carolina [1]  37/2
Casas [15]  2/2 3/12 7/20 10/15 18/18 20/1 20/21 20/24
  25/3 25/21 32/16 35/10 47/9 49/4 59/1
Casas's [1]  10/25
casasg [1]  2/5
case [15]  3/6 3/20 4/12 14/5 17/12 17/13 20/12 23/1 23/1
  24/21 32/1 32/13 46/15 55/21 56/15
cases [3]  15/22 15/23 16/1
categories [2]  13/14 13/25
caught [1]  49/1
central [1]  48/5
CEO [1]  10/10
certain [2]  25/3 35/3
certainly [3]  24/15 26/9 42/19
certainty [2]  43/14 43/15
Certified [1]  2/12
certify [1]  61/2
chain [1]  7/11
chains [1]  9/19
challenge [1]  54/22
chance [1]  9/8
change [2]  29/22 31/11
changes [2]  31/13 37/14
characterizing [1]  25/3
charge [2]  28/7 37/16
chart [2]  48/17 52/24
check [1]  3/17
check-ins [1]  3/17
choose [1]  26/2
circle [2]  29/16 29/17
Circuit [1]  24/1
Civil [2]  3/6 3/8
claiming [1]  29/4
clarification [2]  19/8 52/5
clarify [1]  34/20
clarity [2]  21/11 21/24
class [2]  24/5 35/12
clear [6]  26/18 32/20 42/19 46/7 58/1 58/1
cleared [1]  48/18
client [1]  38/19
client's [1]  31/7
clients [2]  32/1 35/19
collected [3]  13/18 14/6 14/7
COLUMBIA [1]  1/2
column [1]  46/6
combined [3]  16/3 16/4 18/8
come [10]  3/3 10/21 14/4 15/20 20/21 23/14 23/16 26/7
  45/17 56/14
comes [2]  19/1 43/2
comfortable [1]  5/10
coming [4]  5/7 27/16 27/17 55/15
common [1]  35/24
communicated [1]  12/24
communication [1]  23/5

company-wide [4]  7/11 35/22 35/23 42/2
compare [1]  34/1
complete [2]  31/22 52/19
completed [2]  18/21 45/1
completely [3]  14/23 16/15 17/22
complex [1]  59/21
computer [3]  2/17 13/21 25/8
computer-aided [1]  2/17
conceive [2]  42/16 52/21
concern [2]  58/4 59/6
concerned [5]  6/24 11/12 51/20 56/3 59/9
concerns [2]  3/24 52/16
concluded [1]  60/6
conclusion [1]  16/7
conducting [1]  34/8
CONFERENCE [2]  1/14 3/6
conferences [1]  3/17
confidence [6]  45/12 45/17 45/19 45/19 58/4 58/4
confident [1]  6/21
connection [1]  25/13
consent [1]  21/21
consider [1]  46/4
considerations [1]  55/9
considered [1]  59/24
consolidated [2]  16/2 17/3
constellation [1]  27/15
Constitution [1]  2/14
consultants [1]  49/18
contains [1]  54/20
contemplate [1]  23/21
context [1]  9/10
continue [2]  4/23 23/5
CONTINUED [1]  2/1
contract [3]  4/15 4/18 5/10
control [1]  12/16
coordinate [1]  11/3
coordinating [1]  11/4
coordinator [1]  30/12
copied [2]  13/20 13/21
copy [3]  29/18 33/21 58/19
corner [1]  54/12
correct [11]  4/17 5/20 9/20 9/23 12/24 16/11 34/22 36/6
  36/13 58/24 61/3
correction [2]  34/16 34/17
corresponds [1]  34/2
could [20]  5/8 12/22 21/21 23/10 23/14 23/19 25/8
  25/23 30/1 30/17 30/19 32/7 35/8 35/9 38/3 42/16 43/2
  43/13 46/21 52/4
counsel [9]  7/2 8/6 9/5 11/4 11/22 17/8 18/8 19/23 21/23
counsel's [2]  15/9 47/19
country [1]  56/14
couple [1]  25/22
course [3]  27/7 28/14 43/17
court [24]  1/1 2/11 2/13 7/2 7/24 17/8 18/13 19/22 21/7
  21/12 21/17 22/2 22/12 23/6 27/2 57/25 54/25
  56/14 58/13 58/16 59/5 60/4 60/4
Court's [2]  23/24 26/2

C

Courthouse [1]  2/13
create [2]  56/12 56/23
created [2]  35/18 45/9
critical [1]  8/15
CRR [2]  61/2 61/8
curve [1]  4/18
custodial [4]  13/5 13/10 13/15 14/1
custodian [1]  15/4
custodians [1]  49/1

D

D.C [5]  1/6 1/19 1/23 2/15 23/22
darn [1]  31/19
data [25]  13/18 20/8 25/14 28/13 28/23 28/24 29/16
 29/19 30/5 31/12 32/7 33/10 33/19 34/15 35/2 36/5 46/3
 46/10 47/9 48/2 48/6 51/1 52/14 52/25 53/7
date [6]  36/14 38/17 45/8 50/1 51/4 61/7
dates [2]  52/10 55/16
Dave [1]  34/10
day [7]  14/20 20/15 26/25 37/2 38/1 57/5 57/10
days [2]  22/2 22/4
de [2]  35/7 35/15
deadline [4]  4/25 6/15 8/4 10/20
deal [2]  3/19 56/2
dealing [2]  47/14 52/25
December [1]  10/20
decide [4]  10/9 19/19 20/25 40/12
decided [1]  16/8
declarations [2]  27/3 27/7
defamatory [1]  40/16
default [1]  26/6
defendants [4]  1/7 1/12 2/2 3/13
defense [3]  18/8 41/13 42/1
deficit [1]  31/20
define [3]  13/10 13/12 21/19
defining [1]  13/12
Definitely [1]  6/18
definition [2]  33/4 59/3
degree [4]  43/14 43/14 50/10 58/4
delaying [1]  22/11
deleted [1]  14/14
delve [1]  39/21
department [4]  26/22 31/20 45/25 48/14
departments [2]  47/4 48/13
depend [1]  37/8
deponents [1]  8/15
depose [4]  10/10 10/11 13/6 15/25
deposed [7]  11/5 12/25 13/2 16/12 16/16 17/19 18/24
deposition [7]  12/7 18/3 18/4 19/5 19/11 22/22 47/7
depositions [22]  7/16 8/4 8/6 9/24 10/2 10/9 11/21 12/5
 14/23 14/25 15/6 15/12 15/15 17/18 18/15 18/20 18/22
 19/20 19/21 20/18 20/19 57/7
describe [1]  37/19
desk [1]  20/25
determine [5]  32/13 34/4 35/11 45/2 50/17
determined [2]  4/11 46/5

development [1]  55/19
deviation [1]  8/21
Diagram [2]  29/16 32/4
did [20]  3/21 10/22 24/24 31/8 34/6 34/16 35/4 38/2
 40/20 41/8 41/19 44/15 45/17 45/21 47/12 47/21 47/23
 49/13 50/1 55/5
didn't [7]  4/3 4/3 12/4 14/17 22/23 26/12 51/7
different [14]  11/6 13/14 15/23 16/15 17/4 18/25 31/23
 42/10 42/10 46/16 46/25 48/3 49/21 50/1
differently [3]  17/20 29/14 32/19
diligent [1]  37/8
diminish [1]  4/22
disclosed [1]  19/4
discovered [1]  29/12
discovery [19]  3/19 3/24 4/13 5/4 12/16 13/4 16/2 16/9
 21/15 22/6 22/16 22/18 23/9 24/3 24/6 24/20 25/12
 25/21 58/15
discussed [1]  16/6
discussion [4]  12/13 18/15 19/10 25/1
disorganization [1]  38/25
disparaging [1]  11/13
dispute [6]  3/19 7/15 24/20 25/13 25/22 27/21
disputes [1]  20/22
disseminated [2]  11/22 21/15
distinct [1]  17/11
DISTRICT [3]  1/1 1/2 1/15
do [61]  4/8 4/23 5/16 5/22 6/18 8/1 8/2 8/5 10/14 11/9
 11/16 13/10 13/12 15/5 15/7 15/15 15/18 16/25 17/2 18/19
 18/21 19/22 19/25 20/12 20/21 21/10 21/11 22/7 24/1 24/1
 25/7 25/16 27/5 27/12 27/17 28/7 29/5 31/11 32/19 33/13
 33/17 34/6 38/1 39/13 39/19 39/20 42/15 43/17 43/20
 44/2 50/21 50/24 51/10 53/15 54/21 56/9 56/16 56/19
 58/25 59/6 59/22
do you [4]  11/16 13/10 13/12 25/16
do you have [4]  5/16 5/22 43/17 58/25
document [15]  4/25 6/15 8/8 13/4 13/22 18/21 22/22
 25/8 31/21 36/9 42/12 42/13 45/9 58/14 58/17
documentation [2]  33/8 48/21
documented [1]  34/24
documenting [1]  37/9
documents [30]  3/24 4/1 4/5 4/10 5/3 7/8 9/2 9/9 9/17
 11/11 11/13 12/5 13/12 13/15 13/22 14/1 15/15 17/13 19/3
 19/13 21/6 25/8 28/23 30/10 36/3 38/12 38/25 42/8 51/11
 55/25
does [13]  17/4 33/9 35/7 38/13 40/9 44/14 44/18 44/19
 45/24 46/1 46/4 50/14 59/2
doesn't [12]  9/13 14/4 30/18 34/24 40/8 41/7 41/12
 44/23 53/10 54/1 54/13 55/2
doing [16]  4/16 5/11 5/19 11/9 25/2 26/20 34/11 36/22
 37/22 42/2 42/3 49/11 50/2 52/12 52/20 53/22
don't [37]  8/21 10/1 10/18 11/5 12/3 12/25 13/2 14/9 14/24
 15/24 16/7 16/9 16/11 17/10 17/24 18/12 19/17 21/7 21/10
 21/11 25/5 26/7 32/20 38/1 39/1 40/20 43/22 44/15 45/5
 45/8 48/1 51/18 54/19 54/21 55/11 55/18 57/19
done [20]  4/24 6/12 8/4 13/3 17/7 17/8 20/16 20/17
 21/22 21/23 28/15 31/20 32/22 32/22 35/3 37/17 39/25
 48/10 48/12 54/2
door [2]  23/2 54/17

## D

doubt [1]  57/5
dovetails [1]  7/19
down [11]  12/19 18/3 37/5 43/2 47/4 47/9 47/11 52/21
53/10 55/3 57/2
drawing [2]  58/6 58/7
drill [2]  52/21 55/3
drive [1]  13/22
due [1]  23/25
duplicative [2]  16/17 16/24
during [3]  25/20 42/20 53/8

## E

e-Discovery [3]  3/24 5/4 13/4
e-mails [1]  29/6
each [2]  17/21 54/22
earlier [2]  28/22 58/3
earliest [2]  24/8 24/9
early [2]  24/12 24/15
easier [1]  41/2
easily [1]  46/5
easy [1]  11/14
edited [1]  13/23
efficient [1]  20/17
effort [1]  42/13
eight [1]  16/16
either [3]  8/25 25/15 34/9
element [1]  31/15
elicited [1]  26/6
else [7]  9/10 24/19 27/6 27/21 42/2 58/11 59/25
email [5]  7/11 9/19 13/19 13/20 34/9
emails [10]  7/5 7/7 10/23 10/23 15/5 27/3 29/4 34/7
48/25 57/8
employees [1]  59/4
end [9]  8/8 18/17 20/15 20/25 22/16 56/19 56/20 57/5
57/10
ended [1]  35/5
English [1]  6/6
enough [4]  21/15 37/24 52/11 54/9
entries [3]  28/8 28/9 28/11
entry [1]  33/23
envisioned [1]  22/15
essential [1]  39/1
essentially [4]  31/17 33/25 34/13 35/17
establish [2]  50/12 54/16
established [1]  42/23
estimate [1]  36/4
et [8]  1/3 1/6 1/9 1/11 3/7 3/8 3/8 3/9
et al [1]  3/8
even [24]  9/9 10/5 18/24 23/15 28/6 30/22 32/19 34/7
34/14 38/8 41/5 41/5 42/8 42/16 43/6 47/4 51/2 52/21
54/2 54/7 55/5 55/6 56/3 59/15
ever [3]  16/7 21/9 59/5
every [7]  26/4 28/7 38/1 38/10 40/6 47/25 56/13
everybody [3]  3/15 42/2 58/15
everyone [3]  3/4 3/14 60/2
everything [2]  4/24 9/10

evidence [1]  15/19
evidentiary [1]  42/22
exactly [2]  34/22 35/14
example [8]  13/16 20/6 25/21 30/10 39/14 40/11 51/3
55/5
examples [1]  30/7
excuse [1]  26/8
executive [1]  27/6
Exhibit [1]  30/8
Exhibit A [1]  30/8
exist [1]  29/7
expand [1]  22/18
expanded [1]  24/6
expanding [1]  24/5
expedite [1]  23/10
expense [2]  39/10 51/12
expressed [1]  39/12
extent [11]  16/13 18/18 23/20 24/2 29/4 30/17 41/12
45/20 48/25 58/7 59/2
extra [3]  25/19 58/18 59/8

## F

facilities [1]  42/11
facility [2]  36/21 37/3
facing [1]  54/12
fact [8]  5/10 8/4 24/4 39/18 40/21 44/15 48/3 53/21
facto [2]  35/7 35/16
facts [1]  12/1
fail [1]  56/19
fair [6]  8/2 51/19 52/11 52/20 54/9 55/8
fall [1]  46/19
fallen [1]  4/10
false [2]  39/17 40/10
falsifying [1]  35/20
falsity [1]  42/25
far [18]  4/2 5/24 14/10 14/14 14/22 15/14 20/11 30/9 31/8
35/12 42/22 47/24 48/2 49/21 51/20 53/23 57/2 59/20
fear [2]  43/5 43/23
felt [1]  11/20
few [2]  3/21 4/19
Fifth [1]  1/22
figure [10]  3/22 15/12 15/18 28/25 32/6 33/21 50/24 51/1
51/23 55/18
figured [1]  48/10
file [5]  13/11 13/15 21/11 38/2 38/8
filed [2]  50/20 50/20
files [9]  9/4 9/6 9/13 13/5 13/8 13/19 14/1 15/3 49/25
filing [1]  30/8
fill [2]  26/12 37/24
filled [1]  29/21
final [1]  47/3
find [15]  7/1 7/10 10/3 23/3 38/3 38/10 38/11 38/22 39/6
40/2 49/11 49/24 50/7 50/13 52/9
finding [1]  40/6
finish [2]  12/13 18/14
fired [2]  35/19 41/17
first [13]  3/24 4/14 4/15 4/19 5/25 8/14 8/18 8/24 9/7
13/9 14/9 16/8 54/8

**F**

first-pass [2]  4/14 5/25
fit [1]  57/11
five [2]  11/11 17/21
flag [2]  26/25 34/8
flagged [1]  45/16
flagging [2]  17/17 18/1
focus [1]  9/6
folder [1]  38/10
folders [4]  38/8 49/22 49/24 50/3
folks [15]  8/18 8/24 9/4 17/24 20/14 28/3 35/11 38/9
 41/23 47/12 49/10 49/18 50/3 58/11 59/25
follow [2]  25/1 50/21
follow-up [2]  25/1 50/21
follows [1]  18/18
FOODS [19]  1/6 1/11 2/7 3/7 3/9 3/13 4/2 13/19 27/11
 39/23 40/4 41/21 43/3 43/11 43/24 44/17 45/10 57/13
 58/3
Foods' [1]  33/4
foot [1]  12/1
foregoing [1]  61/3
foreshadow [1]  54/19
form [8]  26/12 31/24 31/24 33/11 37/9 50/8 50/22 51/6
forms [3]  54/3 54/4 54/8
forth [2]  48/25 52/1
forward [1]  32/16
forwarded [1]  48/17
found [7]  15/3 18/24 22/17 37/22 38/5 43/13 47/6
foundational [2]  11/21 12/4
four [2]  16/13 16/14
fourth [1]  52/15
frame [2]  4/11 50/19
frames [3]  46/16 46/22 46/25
fruitful [1]  42/14
FTLs [1]  35/4
full [1]  38/6
fuller [1]  25/10
fully [1]  23/24
funny [1]  57/6
funny-looking [1]  57/6
further [4]  30/20 45/13 47/4 52/21
future [1]  58/8

**G**

gainsharing [13]  25/9 25/17 29/6 30/1 32/5 32/10 41/9
 41/10 41/13 51/5 51/7 55/6 55/17
gainsharing-program [1]  25/17
game [2]  56/25 59/19
gamut [1]  7/10
garage [1]  38/21
gate [1]  10/17
gather [1]  49/19
gathering [1]  12/1
Gearhart [1]  34/10
general [2]  12/15 20/16
generated [1]  28/13
Georgetown [1]  28/19

gets [4]  9/21 10/19 10/17 11/11 12/18
 14/24 15/25 17/7 17/8 17/19 19/20 20/16 20/16 21/21
 22/22 24/8 24/16 31/20 37/17 38/15 39/9 39/11 44/5
 44/8 45/1 45/21 49/5 54/7 54/13 54/15
gets [2]  5/9 37/13
getting [7]  4/21 7/22 20/6 21/5 23/3 29/18 48/11
give [2]  12/20 29/18
given [6]  8/12 11/12 29/21 36/14 39/13 41/1
giving [1]  21/17
glitch [1]  7/1
go [15]  4/3 4/3 13/12 13/15 14/1 14/14 22/6 29/2 31/10
 35/13 38/9 38/10 48/4 50/16 59/2
goes [3]  32/15 33/12 41/15
going [61]  4/22 8/1 8/3 10/1 10/2 10/15 10/25 11/14 12/7
 12/17 15/8 16/17 17/19 18/7 18/21 19/5 20/1 20/24 22/5
 23/6 23/21 25/12 26/7 26/24 26/25 27/13 29/10 30/5
 30/21 30/22 31/3 32/21 33/16 33/16 33/20 34/1 34/4 37/4
 37/7 38/22 39/5 39/19 40/6 40/15 40/23 42/9 43/7
 44/12 44/14 47/7 49/7 50/12 54/4 54/13 56/9 56/9 57/3
 57/5 57/7 57/7 58/21
gone [1]  41/6
good [8]  3/14 4/4 6/23 21/1 26/9 30/24 53/19 53/20
gosh [1]  56/7
got [13]  9/2 10/16 13/20 15/22 20/6 31/12 37/1 42/10
 42/12 51/24 52/16 54/15 58/23
gotten [1]  10/22
grapple [1]  39/8
great [2]  21/20 59/22
GREENBERG [1]  2/2
Gregory [2]  2/3 3/12
ground [1]  49/7
group [2]  8/24 13/13
gtlaw.com [2]  2/5 2/5
guarantee [1]  12/19
guess [9]  11/9 18/17 32/15 36/3 36/18 40/14 45/15 49/21
 57/12
guide [1]  19/13

**H**

had [15]  8/21 15/3 22/10 22/15 25/1 28/18 38/9 38/19
 40/2 41/6 42/21 49/14 51/4 55/17 58/3
hadn't [1]  14/18
half [2]  28/18 29/1
hand [2]  27/22 51/23
hands [1]  32/20
hang [1]  54/10
happen [2]  10/19 31/21
happened [1]  25/24
happening [9]  27/14 27/14 37/25 39/15 39/17 39/18
 40/19 43/15 49/12
happens [2]  27/1 33/12
happy [2]  20/22 59/11
hard [7]  13/22 29/18 33/21 36/25 44/2 44/6 57/3
hard-copy [1]  33/21
has [13]  4/2 9/5 11/16 16/13 16/14 29/9 31/20 32/16 37/24
 44/24 45/1 49/16 58/15
hasn't [1]  24/2
have [112]

## H

haven't [6]  8/23 12/8 12/8 15/23 21/22 21/23
having [12]  15/24 23/2 23/2 32/2 32/20 35/19 35/20
   39/11 49/8 49/10 52/21 54/7
haystack [2]  37/4 51/13
he [9]  13/6 13/20 13/22 25/22 37/9 37/24 51/22 54/13
   54/13
he's [10]  10/11 13/5 13/16 51/16 52/16 52/18 53/7 54/12
   54/12 54/15
head [1]  33/3
hear [5]  6/23 16/21 20/4 23/1 42/18
help [4]  19/12 20/9 25/19 54/16
helpful [2]  7/13 27/20
Hempfling [5]  2/6 3/12 28/2 34/19 55/1
Hempfling's [1]  15/8
her [1]  37/19
here [23]  3/16 10/15 15/22 19/2 24/4 24/22 26/11 29/11
   32/25 33/14 38/24 39/9 39/22 40/17 41/2 41/13 42/4
   42/7 44/4 44/7 45/18 50/2 51/10
here's [1]  34/2
hey [1]  34/7
higher [1]  59/24
him [4]  10/12 10/24 12/25 37/19
his [5]  13/19 13/21 52/7 53/10 54/10
hit [3]  5/23 33/3 59/8
hold [1]  6/8
home [1]  28/17
Honor [60]  3/5 4/6 5/20 6/6 6/25 7/17 7/19 8/16 9/4
   10/4 11/2 11/9 12/2 12/23 16/19 16/22 16/25 18/12 19/7
   20/13 21/5 22/4 23/4 23/20 27/15 27/24 28/1 30/2 31/5
   34/18 36/17 37/7 38/13 38/18 39/21 41/5 42/18 43/22
   44/11 44/24 45/22 46/5 46/13 46/15 48/7 48/23 50/25
   52/4 53/24 54/9 54/18 55/22 57/20 57/21 58/9 58/10
   58/12 59/7 60/1 60/5
Honor's [2]  16/11 28/22
HONORABLE [2]  1/14 3/2
hope [5]  7/24 30/2 38/14 46/11 58/13
host [1]  50/17
hour [1]  10/2
hours [25]  8/20 9/1 9/1 10/3 10/13 10/22 11/10 11/11 12/20
   15/25 16/5 16/12 16/13 16/14 16/16 16/18 17/8 17/9 17/14
   17/21 18/5 18/8 19/12 28/18 29/1
how [22]  5/7 12/16 13/10 13/12 25/15 25/16 27/14 36/25
   37/8 42/9 42/16 45/15 45/17 45/21 47/8 47/24 49/12
   50/11 50/14 53/15 57/11 57/12
however [2]  17/3 36/11
hypothetically [2]  21/14 40/22

## I

I am [4]  9/24 11/4 11/14 51/8
I apologize [1]  34/19
I assume [1]  5/17
I believe [4]  6/16 21/20 31/17 58/14
I can [7]  19/25 22/6 22/6 22/7 22/8 27/19 52/20
I can't [6]  9/3 19/22 42/8 42/16 47/25 54/10
I didn't [1]  12/4
I don't [9]  10/1 14/9 16/7 16/9 21/7 32/20 43/22 45/5

I don't have [2]  19/17 25/5
I don't know [6]  26/7 40/20 48/1 51/18 55/11 55/18
I don't recall [1]  15/24
I don't think [3]  8/21 44/15 54/21
I guess [6]  11/9 18/17 32/15 36/18 40/14 45/15
I have [5]  17/1 25/13 38/18 38/21 48/23
I hope [2]  7/24 58/13
I just [4]  6/20 14/20 39/1 57/22
I know [7]  9/5 10/15 10/25 11/14 24/16 48/24 50/13
I mean [27]  5/2 9/15 9/17 10/10 11/16 12/15 15/21 18/22
   20/14 20/20 22/13 25/21 30/6 32/12 37/4 39/2 39/4
   41/16 45/18 49/7 50/10 50/11 52/13 53/3 53/16 55/8 59/7
I should [2]  16/4 17/10
I think [25]  6/13 8/10 8/13 9/5 15/1 17/17 18/2 20/3 22/3
   22/20 23/6 24/9 24/11 24/17 24/22 39/12 41/18 42/4
   44/6 46/21 51/8 52/23 53/12 53/19 58/3
I thought [1]  43/1
I understand [2]  27/18 29/20
I want [2]  10/19 12/5
I wanted [1]  35/14
I was [4]  4/4 6/24 15/19 38/15
I wouldn't [3]  10/18 19/11 28/6
I'd [6]  8/5 12/19 22/1 22/25 44/6 51/23
I'll [5]  17/8 45/5 51/8 57/8 57/10
I'm [47]  5/7 6/6 6/7 6/14 11/13 12/7 15/11 17/13 17/15 17/17
   18/1 18/21 19/5 19/24 20/22 21/17 21/17 21/22 22/5 22/21
   29/25 33/16 33/16 39/8 39/9 42/15 42/15 46/14 50/23
   51/20 52/11 52/12 52/17 52/17 53/5 54/7 56/1 56/3 56/12
   56/13 56/25 57/2 58/6 58/6 59/10 59/15 59/19
I'm going [1]  22/5
I'm just [1]  17/17
I'm not [13]  11/13 12/7 17/15 18/21 19/5 19/24 21/17 33/16
   33/16 56/25 57/2 59/15 59/19
I'm not sure [3]  5/7 42/15 54/7
I'm sorry [4]  6/7 6/14 46/14 50/23
I've [9]  3/18 7/10 8/5 8/12 11/3 16/1 22/14 39/12 55/1
idea [2]  10/18 21/8
ideally [1]  22/25
identified [9]  4/1 46/9 51/16 52/14 52/18 52/24 53/7
   57/15 57/24
identify [3]  33/7 33/18 42/11
identifying [1]  54/3
II [1]  2/6
illicit [1]  56/9
imagine [2]  27/2 50/6
immediately [1]  7/3
impact [2]  51/4 55/5
important [1]  25/7
improper [12]  29/2 30/23 33/5 34/22 35/3 42/24 43/7
   43/13 44/25 45/3 54/1 54/21
improperly [3]  35/4 41/7 56/18
in-store [1]  37/18
INC [5]  1/6 1/11 2/8 3/7 3/9
include [2]  45/24 46/1
incomplete [1]  54/21
index [1]  38/16
indicate [1]  30/19

**I**

indicated [2] 13/6 55/1
indicates [1] 34/21
indices [2] 38/6 49/20
individual [3] 14/2 30/11 37/13
individualized [1] 35/12
individuals [4] 11/21 17/25 41/8 48/5
inferred [1] 55/12
information [13] 12/18 23/3 28/24 29/11 29/17 30/25 32/4 35/2 45/3 46/17 46/19 49/2 58/18
initially [1] 45/15
initials [1] 30/13
inject [1] 14/17
injected [1] 20/5
inputs [1] 29/22
ins [1] 3/17
inside [1] 38/7
insight [1] 20/12
instances [3] 17/23 20/20 36/4
institutional [2] 19/18 25/4
instructing [1] 27/5
instructive [1] 29/7
intend [2] 11/17 11/18
intensive [1] 32/6
intent [1] 31/2
intentionally [1] 52/13
interest [2] 20/14 27/1
interlocutory [1] 23/23
internal [1] 9/6
internally [1] 4/17
interpret [1] 20/7
interpreting [1] 19/14
interrupted [1] 46/14
interrupting [1] 34/19
interview [1] 35/10
interviews [1] 47/12
invalidate [1] 44/19
investigating [1] 44/17
investigation [17] 17/24 30/20 35/23 35/25 39/25 40/1 40/21 41/1 44/12 44/14 44/20 45/24 47/14 47/23 48/8 48/18 50/7
invitations [1] 7/7
invoke [1] 49/5
involve [2] 44/15 44/16
involved [5] 15/7 17/24 46/23 47/25 55/7
involving [1] 20/17
Iron [7] 36/19 36/20 36/24 37/22 49/8 49/9 49/17
is [168]
is there [6] 5/3 24/19 29/17 33/9 33/18 37/5
isn't [3] 40/16 55/2 59/13
isolated [1] 41/22
issue [20] 17/17 18/13 18/25 20/5 21/4 30/19 31/6 34/7 35/11 38/12 38/18 39/8 41/25 48/22 52/2 55/5 55/20 55/24 58/5 59/23
issues [7] 17/4 17/12 17/22 24/4 35/12 59/9 59/20
it [151]
it would be [4] 5/7 21/8 21/20 26/6

it's [headed 04/15/19] 6/24 7/10 7/23 7/22 7/25 8/1 8/1 8/13 8/13 10/18 11/14 16/17 17/3 18/23 20/1 22/3 22/20 23/24 25/8 25/14 26/19 28/24 28/24 29/21 30/18 30/22 32/20 33/5 33/8 35/14 37/3 38/13 38/21 38/21 39/3 42/5 43/7 43/24 44/2 44/4 44/8 45/18 50/13 50/13 51/14 53/23 54/1 54/20 54/21 55/23 56/1 56/22 57/3 57/5 57/10 59/16
it's like [1] 43/24
iteration [1] 31/23
its [1] 24/1
itself [3] 30/5 30/21 31/11

**J**

jammed [2] 14/24 38/6
John [5] 2/6 3/12 28/17 29/2 34/19
John Hempfling [1] 34/19
john.hempfling [1] 2/10
joint [4] 1/14 3/5 3/18 16/8
JUDGE [2] 1/15 10/21
July [7] 6/16 6/17 6/19 15/2 15/13 36/15 46/18
jurisdiction [1] 59/5
jurisdictional [4] 24/4 59/9 59/10 59/23
just [66]

**K**

keep [2] 28/12 37/23
keepers [1] 28/4
kept [1] 28/13
key [1] 8/7
kick [1] 10/20
kind [4] 7/19 8/25 9/21 26/19
kinds [1] 35/12
Klaproth [17] 1/21 1/21 3/10 14/24 16/14 17/23 29/24 31/4 42/5 44/3 45/7 46/17 48/6 51/16 51/21 52/22 56/4
Klaproth's [1] 34/20
klaprothlaw.com [1] 1/24
KMQ [1] 30/13
knew [2] 5/10 40/4
know [54] 3/25 4/3 7/2 7/2 9/5 10/3 10/8 10/15 10/25 11/14 11/25 17/23 18/7 18/8 18/18 19/23 19/25 20/8 20/24 21/16 22/13 22/20 22/25 23/7 24/16 26/7 29/10 32/18 33/14 39/7 40/20 40/22 40/25 43/24 45/8 45/13 48/1 48/24 50/13 51/13 51/18 52/2 52/15 52/19 53/18 53/23 55/10 55/11 55/18 56/18 57/2 57/3 57/9 59/15
knowledge [2] 19/18 25/4
known [1] 39/23
knows [1] 40/20
Kronos [33] 20/8 24/22 24/25 25/6 25/14 26/16 26/17 26/18 28/1 28/4 28/7 28/10 28/16 28/19 28/20 28/24 29/16 29/19 29/23 30/5 31/11 31/12 31/24 32/7 32/10 33/10 33/19 33/23 34/15 35/1 37/15 46/4 46/9

**L**

labeled [1] 38/9
labor [14] 26/5 31/9 31/9 31/15 31/20 32/6 32/22 33/13 41/7 43/13 44/25 57/14 57/16 58/5
labor-intensive [1] 32/6
labor-shifting [1] 58/5

lack [1]  37/19
large [4]  7/21 53/17 53/20 55/17
larger [1]  57/10
last [3]  5/4 5/5 10/19
late [3]  15/13 22/22 24/10
later [5]  11/11 14/4 22/22 24/15 45/13
law [2]  1/21 4/4
lawsuit [1]  39/5
lawyers [2]  4/19 7/21
layer [1]  23/19
lead [1]  6/20
leader [1]  29/8
leaders [1]  29/10
leads [1]  35/11
learn [2]  5/11 54/4
learning [1]  4/18
least [18]  5/8 14/3 15/23 17/1 21/24 25/22 29/20 31/6
  31/8 32/23 35/19 39/19 42/1 45/10 46/11 58/2 58/3 58/16
leave [2]  23/2 48/11
left [2]  22/5 24/21
legitimate [1]  55/23
legitimately [1]  17/11
legwork [3]  50/21 50/24 51/2
length [1]  18/3
less [5]  8/12 9/17 17/14 41/20 51/15
let [9]  7/2 8/19 13/11 18/8 25/11 29/13 36/1 43/9 53/18
let's [7]  13/16 18/14 27/4 30/2 31/20 33/12 37/1
level [2]  12/1 45/18
light [2]  31/6 32/21
like [16]  8/5 10/1 10/24 11/20 16/21 19/3 19/19 20/20 22/1
  22/25 34/20 43/24 47/10 47/12 51/19 52/15
likely [1]  45/25
limitations [1]  46/2
limited [8]  16/4 16/18 17/10 17/13 40/21 46/3 47/3 51/25
limits [1]  15/20
line [2]  58/6 58/7
list [4]  8/12 52/7 53/9 53/10
literally [1]  51/12
litigation [1]  55/22
little [9]  4/7 6/4 6/24 7/15 27/1 45/4 50/1 50/6 56/3
live [1]  43/2
LLP [1]  2/2
loaded [1]  13/4
location [1]  49/15
locations [2]  40/20 40/22
logistics [3]  12/22 15/7 15/11
long [4]  1/17 9/25 47/24 50/14
look [38]  7/25 9/8 10/8 12/15 15/4 20/14 22/13 25/9
  25/23 28/16 30/7 32/7 32/10 32/18 33/3 33/13 33/20
  33/21 34/1 35/1 35/1 37/6 39/22 41/22 42/1 42/4 42/12
  43/5 44/10 44/12 48/2 51/1 51/5 51/12 54/10 55/4 55/8
  56/25
looked [1]  46/19
looking [21]  7/21 15/19 24/25 25/14 29/25 32/4 32/10
  33/6 33/6 38/16 42/8 44/20 44/22 44/23 46/6 46/16
  47/13 48/5 50/3 53/6 57/6

lot [12]  4/4 14/5 17/25 24/17 27/1 27/16 27/17 29/11
  42/13 45/1 54/2 59/20
lots [2]  48/15 55/4
loud [1]  42/18

M

made [11]  8/10 19/2 25/7 32/12 40/10 40/24 44/13 47/5
  47/22 48/16 49/21
mails [1]  29/6
mainly [1]  7/5
major [2]  6/6 7/1
make [13]  4/17 22/18 22/23 23/15 28/10 34/10 34/11
  42/6 47/21 51/24 56/17 57/4 57/22
makes [3]  21/20 37/14 52/23
making [4]  19/5 37/16 37/17 40/16
malice [2]  40/17 41/3
management [2]  27/8 27/13
manager [8]  26/21 26/22 26/23 33/12 33/15 33/15 40/7
  56/14
managers [4]  26/24 27/8 27/11 41/24
manipulate [1]  29/6
manipulated [1]  41/13
manipulating [2]  41/7 41/17
manipulation [3]  31/16 39/15 51/6
manipulation's [1]  40/19
manual [4]  31/11 31/13 34/16 46/4
manually [1]  37/14
many [8]  5/7 5/8 11/23 11/23 56/7 56/7 59/4 59/4
march [1]  20/9
MARKET [6]  1/6 1/11 2/7 3/7 3/9 3/13
Maryland [1]  23/22
match [1]  33/21
material [1]  13/13
maternity [1]  48/11
math [3]  4/3 4/4 4/8
matter [3]  40/23 49/3 61/4
may [25]  7/17 10/3 10/14 17/20 17/20 17/23 18/1 18/13
  18/25 19/7 20/10 20/20 20/25 22/10 23/25 24/18 31/5
  32/17 32/19 42/14 52/1 52/19 55/14 55/20 58/5
maybe [13]  8/13 11/10 19/11 19/19 22/2 23/10 30/18 42/12
  49/8 50/20 54/16 59/17 59/18
me [33]  6/24 8/19 10/3 10/21 13/11 16/21 18/19 18/19
  19/10 19/12 20/22 21/17 21/18 21/23 22/23 23/14 25/11
  27/18 29/13 32/20 36/1 38/22 43/9 45/4 45/7 45/7 49/3
  51/13 52/20 53/18 56/16 57/3 58/19
mean [56]  5/2 7/21 9/12 9/13 9/15 9/17 10/10 11/16 12/15
  14/17 15/21 18/22 19/14 20/4 20/14 20/20 22/13 23/13
  25/21 26/9 26/11 26/16 27/11 28/1 30/6 31/14 32/12 34/24
  35/8 35/8 35/9 37/4 38/22 39/2 39/4 40/8 40/9 41/7
  41/16 42/10 43/10 44/23 45/18 49/7 50/10 50/11 52/13
  53/3 53/16 54/1 55/2 55/8 55/14 58/20 59/7 59/13
meaning [2]  34/11 50/18
means [5]  15/24 20/17 34/23 35/15 59/16
meat [7]  26/22 28/19 29/2 29/9 31/19 33/15 48/13
mechanical [1]  2/16
mechanism [2]  44/16 56/18
meeting [1]  30/12

# M

MEHTA [2]  1/14 3/3
memos [1]  9/21
mere [3]  34/21 35/7 35/15
Merit [1]  2/12
merits [2]  22/3 39/22
messages [5]  9/21 14/6 14/10 14/12 14/21
MICHAEL [2]  1/3 3/8
mid [4]  22/19 23/21 24/12 27/4
Mid-Atlantic [3]  22/19 23/21 27/4
mid-August [1]  24/12
might [12]  5/14 10/5 16/16 22/23 24/11 36/22 39/20
   40/7 42/17 43/21 45/12 45/16
mind [1]  12/3
mindful [2]  12/16 42/19
minimal [1]  51/4
minimum [1]  8/5
minute [2]  18/6 33/22
misleading [1]  4/7
mispunched [1]  30/16
missing [2]  50/18 51/4
mixing [2]  52/12 53/3
modify [1]  31/11
MOLOCK [7]  1/3 1/17 3/8 3/11 13/1 13/2 27/23
moment [1]  56/4
Monday [3]  28/7 28/8 31/18
month [6]  37/21 38/3 38/11 50/19 52/25 53/8
months [10]  4/5 8/1 8/2 8/6 10/21 11/23 38/22 52/3
   52/16 56/7
more [26]  5/9 6/4 8/13 8/16 10/5 11/11 12/20 13/11 18/6
   18/7 23/3 27/16 27/17 32/6 39/15 39/18 45/1 48/7 49/16
   50/6 51/22 54/17 56/22 59/4 59/4 59/21
morning [3]  6/21 31/10 31/18
most [2]  45/25 46/11
Mountain [7]  36/19 36/20 36/24 37/22 49/8 49/9 49/17
move [4]  8/15 21/9 22/11 59/17
moved [1]  29/9
moving [3]  9/7 15/1 26/21
Mr [1]  51/21
Mr. [46]  7/20 10/15 10/25 12/24 13/3 14/13 14/23 14/24
   15/5 15/8 15/25 16/12 16/13 16/14 16/16 16/23 17/23 18/18
   20/1 20/21 20/24 20/24 25/3 25/21 28/2 29/24 31/4
   32/16 33/2 34/20 35/10 42/5 44/3 45/7 46/17 47/9 48/6
   49/4 51/16 52/22 55/1 55/19 56/4 59/1 59/1 59/11 59/17
Mr. Allhouse [1]  16/12
Mr. Allshouse [2]  15/25 16/16
Mr. Allshouse's [2]  14/13 15/5
Mr. Casas [13]  7/20 10/15 18/18 20/1 20/21 20/24 25/3
   25/21 32/16 35/10 47/9 49/4 59/1
Mr. Casas's [1]  10/25
Mr. Hempfling [2]  28/2 55/1
Mr. Hempfling's [1]  15/8
Mr. Klaproth [13]  14/24 16/14 17/23 29/24 31/4 42/5
   44/3 45/7 46/17 48/6 51/16 52/22 56/4
Mr. Klaproth's [1]  34/20
Mr. Zambri [9]  12/24 13/3 16/13 16/23 20/24 33/2 55/19
   59/11 59/17

Mr. Zambri's [1]  59/4
Ms. [9]  27/4 39/22 40/3 40/5 40/9 40/18 41/16 44/13
   44/18
Ms. Buchanan [4]  40/3 40/5 40/18 44/13
Ms. Buchanan's [4]  39/22 40/9 41/16 44/18
Ms. Mueller [1]  27/4
much [7]  12/18 22/6 22/7 32/5 42/9 42/16 50/11
Mueller [1]  27/4
multiple [1]  20/18
must [1]  29/5
my [27]  9/15 10/7 12/2 12/10 12/15 15/8 17/12 17/13 19/7
   20/14 20/25 24/21 25/6 31/6 32/1 34/6 35/19 38/20
   38/21 42/7 47/12 49/20 53/14 54/19 55/21 56/6 56/15
my understanding [1]  34/6
myself [1]  54/19

# N

nail [1]  33/3
name [1]  10/22
narrow [1]  37/5
narrowed [1]  47/8
national [1]  34/7
national's [2]  34/3 34/13
nationwide [1]  40/8
necessarily [5]  34/24 44/15 44/23 46/15 53/11
necessary [2]  40/12 51/2
need [18]  3/19 10/5 11/9 15/18 16/16 18/6 20/7 27/17 31/18
   33/13 34/10 42/5 47/17 48/7 50/14 52/2 52/9 57/19
needed [3]  25/19 48/13 54/13
needle [2]  37/4 51/13
needs [5]  29/12 30/20 51/22 56/4 56/6
nefarious [2]  32/23 35/4
negative [1]  50/12
negligence [1]  40/15
neutral [1]  28/24
new [1]  56/13
next [1]  59/17
Nice [1]  3/15
nine [8]  35/4 39/15 39/17 39/18 40/19 40/22 41/22
   48/18
no [35]  1/4 1/9 3/6 9/14 12/19 17/1 17/15 19/2 26/23
   27/25 33/19 33/23 34/4 38/6 39/2 44/3 47/12 48/21
   48/21 50/11 50/15 50/22 51/4 51/5 52/8 54/9 55/3 55/7
   55/24 56/2 57/6 58/12 58/18 59/8 60/1
nobody [1]  25/23
non [1]  56/10
non-reason [1]  56/10
normal [1]  28/14
North [1]  37/2
North Carolina [1]  37/2
Northern [1]  49/15
not [84]
note [1]  12/4
nothing [2]  34/15 48/23
notice [3]  10/11 11/17 11/18
noticed [1]  11/16
notion [1]  22/21
November [1]  14/25

# N

now [22]  4/16 5/2 10/22 11/10 11/21 14/4 17/16 18/1 21/19 22/2 22/4 22/10 23/25 30/13 44/4 44/7 44/7 44/18 47/24 55/25 56/1 56/8
number [9]  14/25 17/12 26/10 35/9 42/23 43/20 51/4 51/15 57/23
numbers [1]  6/23
NW [3]  1/18 1/22 2/14

# O

object [1]  20/25
objecting [1]  24/3
objection [1]  58/25
objective [1]  28/24
obviously [9]  3/19 14/5 20/11 21/20 23/13 35/6 35/11 51/25 59/23
occurs [1]  31/15
October [4]  6/12 26/23 28/19 50/22
October 1 [1]  50/22
odd [1]  5/25
odds [1]  53/19
off [4]  9/7 18/13 26/11 52/7
office [2]  49/10 49/15
officers [1]  13/8
Official [1]  2/13
often [1]  27/14
oh [4]  11/18 24/24 31/19 33/22
okay [28]  3/14 3/16 5/1 5/13 6/2 6/17 7/4 9/18 10/6 11/24 12/11 13/24 14/16 15/11 16/20 18/16 21/1 23/18 24/19 27/21 36/7 36/23 37/12 41/8 53/13 57/11 58/8 59/12
once [6]  9/1 13/1 13/1 18/2 23/3 42/22
one [31]  3/16 19/24 21/13 21/13 22/5 22/20 23/19 26/11 26/25 27/19 29/16 30/6 30/10 30/13 30/15 34/20 37/1 37/14 38/3 39/19 40/15 41/18 44/11 45/15 45/24 46/6 46/11 50/13 53/20 57/9 57/10
one-off [1]  26/11
ongoing [3]  40/1 44/20 48/19
only [16]  22/5 22/7 24/21 28/5 28/25 32/13 35/24 36/2 39/16 40/19 40/21 41/22 44/3 52/2 53/6 57/16
open [2]  22/21 54/17
operate [1]  28/3
opportunity [1]  18/24
opposed [3]  21/12 25/17 50/4
opposing [1]  7/2
optimally [1]  22/20
oral [1]  24/8
oranges [3]  44/21 52/12 53/4
order [4]  3/3 15/19 29/5 45/6
ordered [1]  11/3
other [17]  11/2 11/22 12/12 13/8 19/15 23/19 28/7 33/11 34/4 37/23 40/11 40/11 43/16 44/3 50/10 51/22 55/4
otherwise [2]  22/4 29/8
ought [2]  21/24 56/8
our [27]  3/16 4/14 4/18 4/21 5/9 5/12 5/15 6/14 6/20 8/8 12/25 16/19 23/25 26/1 26/17 27/11 32/3 35/5 38/9 39/24 40/20 42/24 49/18 50/3 54/22 56/19 56/20
out [41]  3/22 4/9 4/11 5/25 6/24 10/14 10/17 11/13 11/15

ourselves [12]  4/1 11/16 12/22 13/17 16/24 18/7 20/14 20/15 26/18 27/3 57/8 60/1
27/4 28/11 28/25 29/21 32/6 33/21 35/10 35/14 35/22 38/10 40/3 40/7 44/24 48/10 50/24 51/1 51/23 52/9 53/16 55/18 57/17 57/4 59/19
outside [3]  23/21 55/22 59/3
over [4]  8/6 15/2 29/9 59/5
overhead [1]  56/17
overlap [5]  17/5 46/21 47/2 52/19 53/20
overlapping [1]  53/17
overnight [1]  8/1
overtime [1]  37/18
own [4]  24/1 33/4 46/9 49/18

# P

p.m [2]  1/7 60/6
page [2]  34/14 36/8
pages [1]  36/2
paperwork [3]  34/12 35/9 56/17
paralegal [1]  49/23
parallel [1]  16/2
parameters [2]  35/18 48/3
part [3]  12/4 25/18 25/19
particular [25]  14/1 18/23 22/19 25/20 36/22 37/2 37/9 37/21 37/21 38/17 38/17 40/18 42/11 45/9 46/8 48/17 49/6 50/4 50/7 51/4 52/3 53/7 54/22 55/16 58/19
particularly [3]  18/6 27/17 53/21
parties [3]  14/17 16/3 22/12
parties' [1]  3/18
pass [4]  4/14 4/15 5/25 30/18
past [1]  8/6
patterns [1]  55/15
payroll [9]  28/8 28/9 29/21 31/10 31/18 33/13 33/14 37/11 37/17
PBS [9]  28/19 29/3 37/8 37/8 37/10 37/13 37/23 38/2 50/16
PBSs [1]  55/6
people [22]  8/7 8/13 8/14 8/19 8/25 9/7 9/25 11/5 12/7 12/17 12/25 13/5 14/21 26/16 27/3 28/6 29/5 37/17 42/12 47/23 47/23 48/9
per [2]  8/20 17/14
percent [7]  43/6 43/14 43/14 45/12 45/18 45/19 58/4
percentage [2]  5/22 53/17
perhaps [2]  48/4 50/18
period [4]  41/17 52/25 53/8 53/22
periodic [1]  3/16
person [8]  8/21 17/22 29/22 29/22 31/2 33/13 37/16 47/25
personnel [2]  9/6 9/13
perspective [8]  26/1 27/12 31/7 32/3 34/3 34/13 52/10 59/7
pertinent [1]  19/3
phase [9]  21/9 21/19 22/8 22/11 23/9 23/21 49/14 59/3 59/17
phone [5]  14/11 14/13 47/10 47/21 47/22
phones [2]  14/6 14/7
pick [2]  10/22 26/1
picture [1]  25/10
piece [2]  57/9 57/10

# P

pieces [1]  57/11
pile [1]  56/22
place [2]  20/10 23/14
plaintiffs [14]  1/4 1/10 1/17 1/21 3/10 3/11 10/8 11/5 15/22
  16/4 17/21 18/20 27/23 39/14
plan [2]  23/5 24/18
play [1]  35/22
Please [2]  3/3 3/4
plenty [1]  22/10
PLLC [2]  1/17 1/21
point [22]  5/14 11/10 11/17 14/23 15/6 15/11 22/16 27/2
  31/19 35/14 40/18 40/24 45/10 48/4 51/7 51/20 51/22
  52/13 54/7 54/10 58/2 59/20
pointed [2]  35/10 44/24
pointing [1]  38/16
points [1]  53/7
policy [4]  41/9 41/11 41/13 41/24
position [5]  16/19 22/17 38/19 42/1 47/20
possibility [1]  33/1
possible [4]  13/6 20/18 20/19 45/11
possibly [2]  12/18 23/2
potential [1]  52/14
potentially [5]  5/17 26/13 26/14 38/3 51/10
power [1]  59/24
PowerPoint [1]  45/8
practical [1]  49/3
practice [1]  53/21
pre [1]  32/25
pre-textual [1]  32/25
precise [1]  45/18
preference [1]  27/18
preliminary [1]  19/11
present [3]  22/1 22/8 27/18
presentation [1]  23/15
presented [3]  19/4 20/2 21/7
preserved [1]  59/24
president [4]  13/7 13/8 13/17 47/11
presidents [1]  47/21
presiding [1]  3/3
press [2]  40/4 40/5
presumable [1]  47/2
presumably [5]  30/5 46/10 46/13 47/8 56/1
pretty [6]  38/3 40/25 45/18 53/19 53/20 56/10
prevalent [1]  41/25
prevent [1]  24/5
printout [1]  34/14
probability [1]  46/22
probably [9]  22/3 22/16 23/6 24/18 25/12 41/19 51/14
  53/19 56/9
probative [2]  39/10 41/20
problem [8]  7/1 20/1 26/6 35/17 40/8 40/23 45/13 48/7
problems [4]  18/9 45/6 45/16 52/14
procedures [1]  49/5
proceedings [4]  1/14 2/16 60/6 61/4
process [4]  4/23 11/14 13/5 22/11
processes [1]  49/4

processing [1]  59/9

produce [6]  26/25 28/18 29/2 57/13 57/16 58/21
produced [11]  2/17 4/2 4/24 5/3 12/6 15/16 45/2 47/9
  48/24 49/2 55/25
producing [1]  54/5
production [8]  4/25 5/5 5/6 6/15 8/8 18/21 59/13 59/16
program [2]  25/17 41/17
progress [1]  8/10
promise [2]  17/8 19/2
promises [1]  19/5
proof [7]  51/24 54/16 54/16 54/22 56/19 56/20 59/16
proofs [1]  54/19
properly [2]  34/24 50/20
proportionality [1]  39/8
proposal [1]  43/1
propose [1]  53/15
proposed [1]  42/21
protective [1]  45/6
protocol [1]  16/9
prove [5]  25/16 25/16 39/14 39/17 56/15
provide [3]  32/21 54/16 58/19
provided [1]  48/6
proving [1]  41/2
proxy [1]  52/18
prudent [1]  22/7
PST [1]  13/21
pull [1]  55/14
pulled [1]  55/10
punch [1]  31/24
punches [1]  46/4
put [8]  8/20 9/9 29/14 30/9 30/25 33/16 37/9 43/10
putting [1]  18/2
puzzle [2]  27/16 57/10

# Q

QC [2]  5/9 5/12
QCing [2]  4/16 4/22
quality [1]  26/19
quarter [2]  51/14 52/15
query [1]  28/10
question [12]  15/17 21/16 22/3 25/13 28/22 37/20 40/14
  42/4 45/15 48/1 50/10 58/7
questioning [1]  16/14
questions [5]  3/21 16/15 16/17 17/11 17/25
quickly [5]  4/22 5/12 28/2 37/25 38/4

# R

raise [4]  3/22 18/13 21/3 26/25
raised [2]  8/5 58/8
raising [1]  21/22
random [2]  53/5 53/6
randomization [1]  43/18
randomly [1]  52/6
range [2]  36/14 38/17
rather [2]  12/18 23/1
re [1]  25/18
re-assigning [1]  25/18
reaction [2]  10/7 52/22

read [4]  3/18 10/8 29/19 32/19
ready [2]  42/15 48/11
real [3]  32/21 32/21 33/3
really [8]  17/24 22/14 25/23 51/5 54/4 54/21 55/2 55/11
Realtime [1]  2/12
reason [16]  12/3 14/8 17/1 18/22 21/1 30/8 30/14 30/18
32/22 44/3 46/1 50/19 51/5 53/16 55/7 56/10
reasonable [4]  42/5 42/22 51/14 59/12
reasons [3]  35/5 48/15 48/20
recall [3]  9/1 15/24 19/6
receiving [1]  9/10
reconcile [1]  28/8
reconsider [1]  22/24
record [3]  57/22 58/1 61/3
recorded [1]  2/16
records [8]  18/25 35/20 37/23 39/20 44/5 44/9 55/10
55/15
red [2]  26/25 34/8
reference [1]  23/13
referenced [1]  58/14
reflect [1]  25/7
reflected [3]  29/23 31/3 33/24
REGAN [1]  1/17
reganfirm.com [1]  1/20
region [1]  27/4
regional [6]  13/7 13/7 13/8 13/17 47/11 47/21
regionally [1]  49/10
Registered [1]  2/12
regular [1]  28/4
rejected [1]  43/4
related [2]  13/19 15/17
relates [1]  55/21
relative [1]  39/3
relevant [4]  4/12 51/10 58/18 59/16
remainder [1]  19/21
remember [3]  16/7 16/9 30/13
remind [1]  53/25
repeated [1]  55/1
repeatedly [1]  39/1
reply [1]  23/25
report [2]  3/25 32/10
Reporter [4]  2/11 2/12 2/12 2/13
reports [5]  3/18 7/10 25/9 32/5 57/14
representations [1]  32/12
representative [1]  32/17
request [1]  42/6
require [2]  18/7 42/15
required [2]  50/7 50/12
research [1]  25/2
researching [1]  28/3
reserve [2]  11/11 19/20
reserving [1]  19/12
resolution [2]  16/10 22/3
resolve [3]  20/22 52/1 57/12
resolved [3]  45/14 45/20 45/21
respect [5]  7/15 15/21 42/24 45/22 47/1

response [3]  10/25 38/21 38/23
responsive [6]  4/13 4/15 5/17 5/23 6/1 15/3
rest [1]  41/24
return [1]  60/4
review [6]  4/1 4/23 5/25 13/4 46/9 49/11
reviewed [5]  4/14 7/23 12/6 12/8 12/8
reviewers [2]  4/15 5/10
reviews [1]  3/22
revisit [1]  23/2
right [37]  5/21 6/8 6/10 6/22 7/12 7/13 11/7 11/21 17/6
17/15 21/3 24/24 25/25 26/15 29/23 31/1 34/11 36/5
36/10 36/12 36/23 37/17 39/3 40/15 41/4 41/19 44/4 44/7
46/24 49/24 49/25 50/9 53/2 53/12 56/17 57/17 59/25
rightly [1]  41/10
rise [2]  3/2 60/3
risk [1]  10/13
RMR [2]  61/2 61/8
road [2]  12/19 57/2
roadblock [1]  43/24
rogue [3]  40/7 41/6 41/24
rolled [2]  7/23 11/13
Room [1]  2/14
rough [1]  36/3
round [3]  8/14 8/18 16/8
rule [3]  21/17 39/7 39/9
Rule 26 [1]  39/9
ruled [1]  24/2
rules [3]  8/20 35/18 35/25
rummaging [1]  39/6
run [6]  10/19 11/14 16/1 28/10 43/23 45/5
runs [2]  7/10 10/13

**S**
said [11]  4/15 5/9 5/16 19/1 40/5 41/21 48/7 56/4 56/7
57/4 58/3
Salvatore [2]  1/17 3/11
same [4]  43/23 48/6 50/25 53/24
sample [5]  43/12 44/1 51/19 51/19 53/5
samples [2]  32/16 32/18
sampling [1]  43/25
satisfied [2]  42/24 50/15
saw [1]  46/5
say [25]  9/12 10/15 10/21 12/8 16/4 17/10 21/12 22/13
25/23 27/4 30/1 31/14 31/19 33/12 33/22 34/1 35/15
40/22 43/5 43/7 43/11 43/13 43/24 47/15 55/20
saying [8]  10/4 17/15 18/5 19/22 19/24 20/4 44/4 44/7
says [6]  31/24 33/13 34/9 34/16 40/18 51/16
scenario [1]  33/18
schedule [2]  15/8 15/8
schedules [2]  15/9 15/9
scheduling [2]  7/15 15/19
school [2]  4/3 4/4
scope [1]  22/18
Scott [2]  13/16 34/10
screenshot [1]  28/12
search [4]  4/10 37/22 47/4 50/14
searched [1]  40/12

seated [2]  3/3 3/4
Seattle [3]  40/8 41/6 41/19
section [1]  33/15
see [9]  3/15 9/18 15/8 19/25 28/16 32/19 50/21 54/13
 57/11
seeing [2]  56/1 56/1
seek [2]  9/1 12/16
seeking [1]  18/20
seems [6]  47/10 47/17 51/13 51/19 52/20 56/16
seen [3]  5/24 7/10 36/5
segue [1]  25/12
selected [1]  43/19
selecting [1]  52/6
sellingerd [1]  2/5
send [3]  10/11 42/12 59/8
sense [10]  5/16 5/22 21/20 32/23 43/17 43/20 51/12
 52/11 52/23 54/12
sensitive [1]  51/11
sent [3]  13/20 45/7 45/7
separate [3]  15/17 17/22 27/10
separately [1]  48/17
September [8]  15/13 24/13 24/16 24/16 36/15 36/15
 46/18 50/23
server [2]  13/18 13/19
SERVICES [1]  2/7
set [5]  11/21 12/4 15/12 35/24 48/3
sets [2]  16/3 17/21
setting [2]  8/10 42/22
settlement [2]  38/20 39/4
seven [13]  8/20 8/25 9/1 10/2 10/13 10/22 12/20 16/4
 16/18 17/14 18/5 18/7 19/12
several [1]  37/24
share [1]  59/11
shared [2]  58/15 58/17
she [8]  6/21 37/9 37/24 37/24 40/10 40/20 40/20 40/24
shed [2]  31/6 32/21
sheet [1]  30/24
shift [3]  25/15 25/16 33/14
shifted [1]  56/18
shifting [9]  25/24 26/5 31/15 32/22 33/14 33/23 43/13
 55/17 58/5
shifts [1]  25/7
shipped [2]  49/9 49/14
shot [4]  10/16 21/13 22/5 22/20
should [12]  4/20 5/11 16/4 16/18 17/10 24/6 26/4 29/23
 36/16 36/17 36/19 56/20
shouldn't [1]  9/15
show [13]  25/15 26/16 28/20 28/21 30/7 30/17 30/21
 30/22 33/8 34/7 43/6 53/10 55/16
showing [2]  22/18 23/17
shown [1]  31/12
shows [7]  28/17 30/11 31/12 32/5 32/7 34/15 55/15
side [8]  11/22 25/9 25/9 28/2 33/22 33/22 34/1 34/1
sides [2]  16/3 43/1
significant [2]  43/12 51/19
simple [1]  38/16

simple [1]  38/16
since [3]  21/22 35/23 58/17
single [2]  26/4 36/8
single-page [1]  36/8
sit [2]  12/7 47/11
sit-down [1]  47/11
situated [1]  17/19
six [1]  17/21
Sixth [2]  2/3 2/8
slides [1]  45/8
slim [1]  46/22
smell [1]  30/18
Smith [2]  28/17 29/2
snapshot [1]  34/14
so [126]
so I think [4]  33/2 35/22 38/24 54/15
so-and-so [2]  48/11 48/12
software [1]  28/9
some [43]  5/14 5/25 8/6 8/10 12/17 17/4 18/22 19/10
 19/14 19/20 21/18 21/19 22/15 23/16 25/1 25/4 25/15
 25/19 27/2 29/21 30/1 31/6 33/13 33/23 38/10 39/15 43/18
 45/7 45/10 45/13 48/4 48/7 49/18 50/19 50/21 50/24
 51/1 51/12 51/16 52/5 52/11 53/16 58/2
somebody [10]  17/20 20/7 20/23 25/18 26/12 27/6 37/5
 41/6 41/19 50/14
somebody's [1]  18/4
somehow [4]  17/13 19/3 22/21 59/16
someone [3]  19/6 27/5 30/16
something [8]  14/17 17/14 21/11 22/1 43/3 54/20 55/20
 56/9
sometimes [2]  7/9 7/9
soon [1]  13/6
sooner [1]  4/25
sorry [4]  6/7 6/14 46/14 50/23
sort [14]  5/17 7/14 15/3 20/2 20/5 22/17 25/8 25/15 28/4
 29/16 38/25 39/7 41/24 49/4
sorts [1]  38/6
sources [1]  32/4
space [1]  49/16
speaking [2]  7/20 12/3
specialist [1]  37/11
specific [3]  11/20 33/7 56/8
speculation [1]  48/21
speed [1]  5/12
spend [2]  11/10 39/6
spent [1]  47/24
split [1]  20/23
splitting [1]  20/18
spreadsheet [2]  57/17 57/18
spreadsheets [4]  7/9 19/15 20/7 20/8
stand [2]  3/23 10/15
standard [4]  20/16 40/15 41/1 41/3
standing [2]  44/4 44/7
start [8]  17/18 18/2 20/10 21/25 24/9 51/21 52/23 55/6
started [1]  24/16
starting [1]  34/8
statement [4]  34/21 39/16 40/16 40/24
statements [8]  39/13 39/23 40/9 40/25 41/16 43/8

**S**

statements... [2]  44/13 44/19
STATES [2]  1/1 1/15
statistically [2]  43/12 51/18
statistician [3]  43/10 43/11 51/23
status [5]  1/14 3/6 3/17 3/18 42/20
stenography [1]  2/16
still [10]  5/2 6/11 23/5 23/22 36/16 41/8 43/7 43/23 47/6
54/2
stood [1]  6/23
storage [2]  37/3 42/11
store [22]  25/18 25/19 27/7 27/9 27/11 27/13 28/19 30/12
33/12 33/14 34/4 36/22 37/2 37/8 37/18 37/25 38/17 40/7
49/11 50/17 56/14 57/18
store's [1]  36/21
stored [2]  13/22 34/5
stores [47]  22/19 36/12 36/16 36/24 37/23 39/15 39/17
39/18 41/22 42/8 42/10 42/23 43/5 43/6 43/12 43/16
43/19 44/22 45/11 45/12 45/16 46/8 46/8 47/1 47/4 47/6
48/18 49/13 50/4 51/15 51/16 51/25 52/14 52/18 52/24
53/6 53/8 53/9 55/17 57/14 57/15 57/17 57/23 58/2 58/17
58/19 59/4
stories [1]  27/13
straight [2]  4/8 16/18
straight-up [1]  16/18
strategy [1]  20/12
Street [4]  1/18 1/22 2/3 2/8
strike [1]  51/9
stuck [1]  18/4
stuff [5]  7/22 20/10 22/10 38/6 56/1
subject [1]  36/1
submitted [3]  30/10 30/16 31/19
subsequent [1]  47/9
subset [2]  46/10 57/15
substantially [1]  43/8
sufficient [2]  21/24 57/4
suggesting [3]  41/23 52/17 59/15
suggestion [1]  45/14
suggests [3]  36/2 45/10 54/20
Suite [4]  1/18 1/22 2/3 2/9
summer [1]  15/2
suppose [6]  22/15 29/6 29/25 30/3 30/17 30/19
supposed [6]  26/17 30/7 30/8 31/21 39/8 56/13
sure [21]  4/17 5/7 7/18 8/16 9/24 14/19 16/23 19/9 19/16
23/8 28/11 34/10 34/11 37/16 37/17 42/15 54/6 54/7 55/13
56/17 57/23
surety [1]  9/3
suspect [3]  12/17 20/24 24/8
system [3]  14/11 26/17 26/18
szambri [1]  1/20

**T**

tactically [2]  12/3 19/19
take [25]  7/5 8/2 8/25 10/9 10/13 11/9 17/21 18/12 18/20
18/22 19/19 22/22 24/17 37/1 37/4 38/22 42/9 42/16
42/17 43/5 47/7 51/12 51/22 52/13 57/8
taking [5]  8/1 14/25 15/14 26/21 42/7

call [1]  59/12 3/18 29/10 45/5
51/23
talked [6]  6/20 14/18 15/23 15/24 39/24 48/9
talking [16]  4/5 7/5 8/8 8/9 17/18 21/25 28/3 28/23 36/2
47/24 50/2 52/6 52/7 53/22 55/6 59/3
target [1]  11/20
targeted [1]  38/13
targeting [1]  9/6
team [11]  5/9 6/20 7/21 26/21 26/22 26/22 26/23 26/24
28/18 29/8 29/10
teleconference [1]  42/21
telephone [1]  2/7
tell [12]  10/7 25/10 27/13 30/5 33/10 35/2 44/23 45/4
48/1 49/3 51/8 52/2
ten [3]  8/12 8/14 9/24
term [2]  9/15 24/10
terminated [4]  32/1 41/9 41/10 41/14
termination [2]  35/5 35/21
terms [6]  4/10 11/25 11/25 29/15 40/16 43/18
terrific [1]  23/17
test [1]  30/18
text [5]  9/21 14/6 14/10 14/12 14/21
textual [1]  32/25
than [22]  6/5 8/12 9/1 12/20 13/11 17/14 18/6 18/7 20/12
23/1 24/15 32/19 34/4 39/15 39/18 40/11 41/2 44/3 50/2
51/15 59/4 59/21
Thank [7]  23/18 57/20 57/21 58/9 58/10 60/2 60/5
Thank you [3]  23/18 57/21 60/5
that [381]
that'll [1]  52/2
that's [69]
their [15]  4/23 9/6 9/12 10/16 11/5 15/9 21/9 24/9 35/5
35/21 37/17 42/1 42/1 49/21 56/16
them [24]  4/2 4/16 8/1 8/12 9/7 13/2 15/4 24/17 25/2
25/3 26/10 28/6 32/19 33/21 33/22 34/1 35/4 38/24
40/10 42/15 44/2 44/5 56/16 58/19
themselves [2]  27/8 27/10
then [50]  5/12 8/8 8/15 8/19 9/7 12/14 14/22 15/5 15/10
15/17 16/14 16/18 18/8 19/12 19/20 21/12 22/8 23/15 23/17
23/25 27/3 27/7 29/22 29/23 31/21 32/9 33/21 36/1 37/6
38/11 39/5 41/17 41/18 43/13 43/18 43/25 43/25 45/20
47/3 47/8 48/9 49/9 49/23 50/25 52/1 52/9 53/10 54/16
55/24 57/19
there [67]
there's [53]  4/12 7/1 7/14 7/14 15/22 21/14 25/4 25/13
26/5 26/9 26/11 27/3 27/15 27/16 29/11 29/16 30/8 30/19
31/14 31/23 33/5 33/19 33/22 33/23 34/9 34/11 34/15
38/6 44/11 45/1 45/13 48/7 48/15 48/21 48/21 50/11
50/22 53/19 53/20 53/25 54/2 55/3 55/4 55/7 55/23
55/24 55/24 56/2 57/18 58/7 58/18 59/8 59/20
therefore [1]  24/5
these [39]  8/18 16/1 18/2 19/20 20/7 27/11 32/16 32/18
32/21 34/5 34/8 34/11 35/20 38/10 38/11 38/25 39/11
39/13 40/25 41/8 41/22 41/23 44/9 45/16 46/7 46/11
47/25 49/11 50/4 52/8 52/13 52/17 53/7 54/4 54/15
55/14 58/1 58/23 59/11
they [60]  4/17 4/20 4/22 5/11 5/11 7/21 7/24 9/17 10/16
11/5 14/13 14/14 14/24 15/3 15/4 15/24 16/18 17/4 17/22

**T**

they... [41]  18/22 19/14 24/9 24/16 25/6 27/12 28/8
  28/12 29/6 31/8 31/10 32/17 34/6 36/19 38/1 40/2 41/2
  41/2 41/6 41/8 41/9 41/9 41/13 41/16 41/24 47/3 47/6
  47/8 47/12 47/22 47/24 48/6 48/9 48/9 48/10 48/18
  49/1 49/9 52/2 54/15 56/19
they'd [3]  15/5 25/7 31/19
they'll [2]  15/2 57/16
they're [24]  4/21 9/5 10/1 10/2 14/13 16/24 25/2 26/7
  27/10 27/13 28/10 29/4 31/25 34/8 37/18 43/7 44/3 44/7
  50/15 51/25 56/1 56/12 56/23 58/21
they've [2]  14/9 46/3
thing [12]  9/22 10/19 11/2 12/12 22/7 24/21 27/5 30/6
  41/18 47/3 50/13 50/14
things [12]  3/22 8/10 19/15 23/11 27/15 32/19 35/9 37/25
  38/1 39/11 49/12 55/4
think [52]  6/11 6/13 8/10 8/13 8/19 8/21 8/25 9/5 10/18
  11/10 15/1 17/1 17/17 18/2 18/23 20/3 21/23 22/3 22/6
  22/20 23/6 23/14 24/9 24/11 24/12 24/17 24/22 31/5
  31/16 33/2 35/22 38/24 39/12 39/13 41/18 42/4 42/5
  42/9 44/6 44/15 46/11 46/21 48/7 51/8 51/10 52/23 53/12
  53/19 53/21 54/15 54/21 58/3
thinking [4]  29/15 29/24 52/5 52/10
thinks [2]  37/24 51/21
third [3]  6/3 6/4 51/15
this [81]
those [38]  4/11 4/13 4/14 6/23 9/4 9/6 9/9 9/24 9/24
  13/8 13/25 17/25 20/22 28/11 29/1 29/6 29/10 30/19 31/13
  32/2 36/15 36/16 36/17 43/8 44/13 44/23 44/24 45/3
  47/23 48/15 48/20 52/3 55/9 57/11 58/16 58/19 59/13
  59/16
though [1]  38/5
thought [5]  12/2 12/10 22/14 42/21 43/1
thousand [1]  5/25
three [8]  10/20 32/4 32/18 45/20 52/3 52/16 52/25 53/8
three-month [2]  52/25 53/8
threshold [3]  23/16 23/17 42/22
through [17]  19/13 20/9 21/15 22/6 28/10 29/24 37/6
  38/10 39/6 40/6 46/9 46/18 49/20 49/24 51/24 52/5
  57/23
throughout [1]  47/15
thus [1]  4/2
tickle [1]  10/2
time [68]
times [1]  11/6
timing [2]  14/22 31/15
tiny [1]  8/13
titled [1]  61/4
today [1]  8/10
Today's [1]  33/14
together [3]  27/16 55/11 57/11
told [4]  28/16 29/5 39/1 55/23
tomorrow [1]  10/10
too [9]  7/25 11/3 14/21 14/24 24/7 26/18 44/4 44/8
  55/21
top [1]  23/20
total [1]  4/10

tracks [1]  16/2
transcript [3]  1/14 2/16 61/3
transcription [1]  2/17
transfer [33]  26/19 30/23 30/24 31/20 31/22 31/25 32/5
  32/8 32/9 32/14 33/5 34/2 34/22 34/23 34/25 35/3 35/8
  35/16 36/4 37/1 48/10 48/12 48/12 50/5 50/8 50/22 51/3
  51/6 54/1 54/3 55/5 56/11 57/14
transferred [9]  28/17 28/18 29/1 30/9 30/11 30/14
  30/15 31/9
transferring [1]  31/9
transfers [11]  33/7 34/9 42/23 43/6 44/25 45/24 46/1
  47/25 48/16 51/17 57/16
TRAURIG [1]  2/2
true [1]  43/8
truth [1]  41/12
try [7]  4/8 26/7 38/24 39/10 42/11 49/5 49/24
trying [10]  10/4 15/12 27/10 29/25 38/15 39/9 56/12
  56/23 56/25 59/19
TTF [38]  26/4 26/5 29/21 30/1 30/21 31/3 31/22 32/11
  33/5 33/10 33/11 33/16 33/19 33/23 34/2 34/21 35/7
  35/15 36/8 37/1 37/3 37/14 40/6 40/12 49/6 50/11 50/13
  50/15 54/20 54/22 55/2 55/3 55/23 55/24 56/2 56/5
  56/6 56/8
TTFs [41]  25/10 25/14 25/22 26/2 28/21 28/23 29/17
  29/18 30/4 30/6 30/15 30/17 30/19 32/2 33/4 33/21 34/5
  35/1 35/20 40/12 44/15 44/16 44/18 44/22 44/24 45/2
  45/3 47/13 48/21 50/4 50/17 54/13 54/14 54/23 55/16
  57/6 57/6 57/6 58/20 59/11 59/21
turn [3]  24/20 27/21 44/18
turns [1]  53/16
twice [3]  12/25 13/2 59/8
two [21]  10/2 11/5 11/10 13/14 13/25 15/22 15/22 17/7
  17/9 18/5 26/24 28/18 29/1 38/20 44/11 44/22 45/17
  46/16 48/13 49/23 50/18
two-hour [1]  10/2
TX [2]  2/4 2/9
typed [1]  13/22

**U**

U.S [1]  2/13
ultimate [1]  28/12
ultimately [6]  22/11 23/6 25/10 33/25 42/14 52/1
unaware [1]  28/15
under [2]  39/9 41/3
underinclusive [1]  45/23
underlie [1]  30/5
underlying [1]  33/11
understand [11]  7/24 11/8 14/15 14/23 15/7 16/15 27/18
  29/20 29/25 47/19 54/6
understanding [5]  19/2 25/6 26/17 34/6 53/14
Understood [4]  12/21 20/13 21/2 23/4
underwrite [1]  33/16
unexplainable [1]  56/10
unfair [1]  18/23
uniform [1]  47/15
uninitiated [1]  25/23
UNITED [2]  1/1 1/15

**U**

universe [4]  5/18 5/19 30/4 46/8
unlawful [1]  34/25
unless [3]  29/9 32/25 54/20
unmatchable [2]  56/23 56/23
until [12]  8/7 9/4 11/11 15/15 19/20 22/6 24/9 24/9 37/24
 55/3 55/10 60/4
untrue [1]  44/19
up [25]  5/12 8/10 10/15 10/19 13/23 14/4 14/5 14/24
 16/18 18/17 20/18 20/23 20/25 25/1 26/7 30/25 33/21
 41/6 44/4 45/17 48/3 50/21 51/22 53/10 55/16
upon [4]  24/2 36/4 37/8 40/2
urge [1]  51/23
us [7]  8/2 17/1 26/16 29/18 30/5 44/8 56/7
use [2]  13/16 36/24
used [2]  9/15 26/17
using [3]  19/12 44/18 52/17

**V**

vacation [1]  24/17
valid [3]  32/14 33/8 55/9
validate [2]  31/21 32/9
validating [1]  31/25
value [1]  39/10
vary [1]  38/13
VASQUEZ [7]  1/9 1/21 3/7 3/10 3/20 11/4 13/1
Venn [2]  29/15 32/3
venture [1]  12/19
versus [3]  3/7 3/9 39/10
very [7]  4/22 5/12 6/21 11/12 20/15 27/5 28/1
via [2]  2/7 13/21
vice [1]  13/7
VICTOR [2]  1/9 3/7
Victor Vasquez [1]  3/7
view [5]  6/11 12/15 15/11 16/1 56/6
violated [1]  41/8
violating [2]  41/10 41/23
violation [1]  25/17
Virginia [2]  23/22 49/15

**W**

wait [4]  15/15 18/6 22/5 33/22
waiting [1]  8/7
waiving [2]  59/10 59/13
want [30]  7/14 8/19 10/9 10/10 10/17 10/19 11/5 12/5
 12/16 12/25 13/2 14/21 14/24 15/15 16/11 17/2 17/10 17/21
 18/12 19/25 20/23 21/10 21/11 23/6 24/24 26/2 37/2
 39/17 54/19 57/22
wanted [5]  3/21 15/4 21/3 35/14 48/12
wants [3]  13/6 24/1 24/20
warrant [1]  23/9
was [110]
Washington [4]  1/6 1/19 1/23 2/15
wasn't [6]  39/16 41/25 47/11 50/20 50/20 51/6
waste [4]  10/1 10/4 16/25 55/7
way [29]  8/20 11/12 14/8 14/11 19/24 20/17 21/19 25/3
 28/25 29/20 31/8 32/6 32/13 33/3 33/9 33/18 34/4 35/3
 35/24 37/5 37/19 39/19 39/19 43/2 48/4 49/13 52/20

ways [1]  40/11
we [125]
we believe [3]  4/21 56/20 59/5
we will [3]  18/10 24/3 47/17
we would [2]  43/23 52/9
we'd [5]  10/24 50/16 50/21 50/23 53/10
we'll [4]  4/24 7/2 43/2 54/17
we're [35]  3/16 4/13 4/16 4/16 5/6 7/5 7/22 8/3 8/7 9/10
 10/4 21/5 22/4 22/11 24/22 24/25 26/24 28/5 28/23
 29/10 29/15 32/4 33/6 33/25 34/11 36/2 44/8 46/7 47/7
 47/14 50/2 53/6 53/22 54/4 59/3
we've [9]  5/24 8/21 10/22 21/7 25/1 28/16 38/25 42/23
 55/23
week [8]  5/5 5/6 5/7 25/20 29/9 37/21 48/14 50/18
weeks [1]  50/19
well [34]  6/23 8/17 8/19 10/7 11/25 12/13 13/11 14/9 18/5
 18/14 21/12 24/6 24/19 27/20 29/9 31/24 33/2 36/18
 38/15 39/2 40/19 41/15 42/18 43/7 43/9 43/16 43/25
 44/2 44/8 44/11 52/11 54/18 56/4 58/13
went [8]  41/21 44/1 46/1 47/6 48/9 48/25 49/20 49/23
were [29]  4/9 4/17 4/19 5/11 7/20 29/1 32/1 33/6 34/5
 35/19 38/11 40/10 41/6 41/9 41/10 41/14 41/16 41/17 41/24
 42/2 42/23 43/7 44/25 48/3 48/3 48/5 48/16 49/22
 50/3
weren't [1]  41/23
West [2]  2/3 2/8
what [73]
what's [5]  32/25 37/10 38/7 52/22 56/7
whatever [6]  14/25 24/1 36/12 36/21 50/19 59/21
whatsoever [1]  51/5
when [17]  7/25 8/17 9/7 9/12 10/7 10/9 16/8 17/18 17/19
 18/4 21/8 25/7 27/1 31/15 31/18 45/9 55/25
when's [1]  6/14
where [19]  3/22 4/9 5/2 17/23 18/17 20/18 20/19 20/20
 22/4 23/14 27/14 29/5 33/18 34/4 37/9 43/24 49/21 51/8
 58/6
where's [1]  34/2
whether [19]  13/1 15/24 15/25 25/14 28/25 32/9 32/13
 33/10 34/16 40/12 40/20 42/5 45/2 50/17 50/22 51/1
 51/18 51/24 57/3
which [22]  11/3 20/17 26/2 28/9 29/22 30/13 30/13 32/5
 32/5 32/7 33/23 35/11 35/19 38/25 39/12 43/19 44/11
 44/16 45/25 46/5 51/9 57/13
whichever [1]  43/2
who [10]  12/17 17/20 20/9 27/8 34/16 37/13 38/19 41/6
 49/7 49/10
who's [3]  15/8 17/18 27/6
whoever [1]  30/25
whole [21]  1/6 1/11 2/7 3/7 3/9 3/12 4/2 13/19 27/10 33/4
 39/23 40/4 41/21 43/3 43/11 43/24 44/17 45/10 56/13
 57/13 58/2
Whole Foods [7]  4/2 13/19 40/4 43/11 44/17 45/10
 57/13
Whole Foods' [1]  33/4
wholefoods.com [1]  2/10
wholeheartedly [1]  43/3
whomever [1]  12/6

whose [2]  15/12 28/17
why [17]  12/3 16/16 19/25 20/5 25/24 28/16 29/10 30/9
 32/22 35/10 42/20 46/2 48/15 48/16 55/3 55/7 58/6
wide [4]  7/11 35/22 35/23 42/2
will [26]  5/12 6/25 8/16 9/25 10/7 15/12 17/19 18/10
 22/16 24/1 24/3 25/16 26/16 27/1 28/20 28/21 35/2 37/23
 39/14 47/17 51/12 54/22 57/12 57/13 59/18 59/20
William [2]  2/11 61/2 61/7 61/8
wise [1]  18/2
within [4]  4/10 8/4 46/12 57/15
without [5]  18/24 33/5 52/21 54/7 59/10
witness [7]  14/2 17/14 18/23 19/4 20/2 20/2 20/9
witness's [1]  13/15
witness-by-witness [1]  20/2
witnesses [3]  15/10 15/21 17/19
witnesses' [1]  8/9
won't [4]  6/8 20/21 40/23 59/18
words [1]  33/11
work [5]  35/24 45/1 50/11 51/11 54/2
Workday [2]  28/9 28/9
worked [3]  49/17 49/17 49/18
working [1]  24/22
works [2]  14/11 29/21
worried [1]  56/12
worry [3]  8/3 42/7 57/19
would [61]  5/7 8/2 8/14 8/19 9/17 16/15 16/21 16/24 17/1
 17/11 19/19 20/1 21/8 21/9 21/16 21/16 21/18 21/20 23/9
 23/16 23/17 23/21 24/4 24/5 24/12 25/10 26/6 29/7
 29/18 31/10 31/18 32/24 34/19 35/10 35/13 36/25 38/14
 41/2 41/18 41/19 43/11 43/11 43/18 43/23 43/24 46/11
 49/1 49/2 49/4 49/5 50/6 50/6 50/25 52/8 52/9 53/15
 53/20 58/16 59/5 59/22 59/22
wouldn't [7]  10/18 14/11 16/25 19/11 24/8 28/6 53/11
wrote [1]  30/25

## X

X doesn't [1]  53/10

## Y

yeah [7]  6/4 6/18 24/7 24/14 30/2 53/12 56/25
year [2]  52/3 53/23
years [2]  38/20 56/8
Yep [1]  16/20
yes [8]  4/6 31/17 32/3 39/2 46/13 57/25 58/13 58/22
yet [4]  12/8 12/9 47/6 51/11
you [171]
you know [8]  10/3 11/25 20/8 21/16 22/13 51/13 52/15
 52/19
you'd [4]  12/17 19/3 20/20 41/18
you'll [3]  8/25 20/21 55/18
you're [23]  18/4 18/7 18/18 18/19 19/5 20/6 23/14 26/20
 32/9 39/5 39/19 42/7 42/8 44/20 49/8 52/5 52/10 54/13
 56/9 56/9 57/7 57/7 58/20
you've [11]  9/2 15/22 20/6 36/4 37/1 42/10 42/12 46/9
 51/24 57/3 58/23
your [86]
your Honor [60]  3/5 4/6 5/20 6/6 6/25 7/17 7/19 8/16

 9/4 10/2 15/19 17/2 18/9 19/6 19/7
 20/13 21/5 22/4 23/4 23/20 27/15 27/24 28/1 30/2 31/5
 34/18 36/17 37/7 38/13 38/18 39/21 41/5 42/18 43/22
 44/11 44/24 45/22 46/5 46/13 46/15 48/17 48/23 50/25
 52/4 53/24 54/9 54/18 55/22 57/20 57/21 58/9 58/10
 58/12 59/7 60/1 60/5
Your Honor's [2]  16/11 28/22
yourself [2]  22/17 23/3

## Z

Zambri [12]  1/17 1/17 3/11 12/24 13/3 16/13 16/23 20/24
 33/2 55/19 59/11 59/17
Zambri's [1]  14/23
Zaremba [4]  2/11 61/2 61/7 61/8