IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR VASQUEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET, INC., *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-00112 (APM) |

## DECLARATION OF NON-PARTY MATTHEW BARAKAT

I, non-party movant Matthew Barakat, declare as follows:

1. I make this Declaration in support of my Motion to Quash the deposition subpoenas issued to me in this action. I have personal knowledge of the facts stated below.

2. My 26-year career as a journalist includes serving as the Northern Virginia correspondent for The Associated Press ("The AP") since 2000. My job duties include covering newsworthy events occurring in and around Northern Virginia and the broader Washington, D.C. region.

3. In my work as a journalist and in keeping with The AP's guidelines, I do not divulge to anyone outside The AP the identities of or identifying information about any source to whom I have promised confidentiality. Even with respect to sources to whom I have not made an express promise of confidentiality, my practice is not to divulge source identities to anyone outside The AP unless either the source is being named in my published story or there is a specific reason why doing so is necessary for my newsgathering.

Scanned with CamScanner

4.  On December 13, 2016, The AP published an article I reported and wrote under the headline, "Whole Foods fires 9 store managers over bonus manipulation" (the "Article"). A true and correct copy of the Article is attached hereto as Exhibit A.

5.  Whole Foods spokeswoman Brooke Buchanan is the only source identified in the Article. I have not divulged the name or any identifying information about any other source for the Article to anyone outside The AP.

6.  My attorneys have agreed to accept service on my behalf of subpoenas from Plaintiffs and Defendants in this action seeking my testimony at a deposition scheduled for 1:00 p.m. on July 23, 2021. A true and correct copy of the subpoena from Plaintiffs is attached hereto as Exhibit B. A true and correct copy of the subpoena from Defendants for a deposition on written questions is attached hereto as Exhibit C.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: July 19, 2021

_Matthew Barakat_
Matthew Barakat

Scanned with CamScanner