UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR VASQUEZ, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>WHOLE FOODS MARKET GROUP, INC.;<br>and WHOLE FOODS MARKET SERVICES,<br>INC.,<br><br>                Defendants. | Case No. 1:17-cv-00112-APM |

## WHOLE FOODS' STATUS REPORT REGARDING THE SUBPOENA DISPUTES WITH NON-PARTIES MATTHEW BARAKAT AND JUSTIN MOYER

Defendants Whole Foods Market Group, Inc. and Whole Foods Market Services, Inc. (collectively, "Whole Foods"), by and through their undersigned counsel, respectfully file this report to advise the Court of the status of the disputes regarding the depositions of the non-party news reporters Matthew Barakat and Justin Moyer.

On July 16, 2021, Whole Foods served a subpoena and notice of deposition on written questions upon Matthew Barakat, the Associated Press reporter who wrote one of the news articles at issue in this action. The deposition was noticed, by agreement, for July 23, 2021. On July 19, 2021, Mr. Barakat filed a motion to quash or, in the alternative, a motion for protective order, on grounds of privilege regarding the subpoena (D.E. 142). Rather than wasting resources in attempting to conduct the deposition on the date noticed, for Mr. Barakat to stand on his motion and decline to answer any questions, Whole Foods sent all counsel an email on July 21, 2021 advising that, reserving Whole Foods' rights to take the deposition, Whole Foods would leave the subpoena outstanding pending a ruling by the Court on the motion, but would not go forward with the deposition on July 23, 2021. Whole Foods respectfully submits that this approach most comports with the requirements of Federal Rule of Civil Procedure 45.

ACTIVE 58991819v2

The parties have agreed on the following briefing schedule regarding Mr. Barakat's subpoena:

| | |
|---|---|
| Oppositions due | August 4, 2021 |
| Reply due | August 11, 2021 |

Similarly, on July 16, 2021, Whole Foods served a subpoena and notice of deposition on written questions upon Justin Moyer, the Washington Post reporter who wrote the other news article at issue in this action. The deposition was noticed, by agreement, for July 29, 2021. Mr. Moyer's counsel has informed Whole Foods that he intends to file a Motion to Quash the subpoena on privilege grounds. On July 23, 2021, for the same reason as set forth above, Whole Foods sent all counsel an email advising that, reserving Whole Foods' rights to take that deposition, Whole Foods would leave that subpoena outstanding pending a ruling by the Court on the forthcoming motion, but would not go forward with the deposition on July 29, 2021.

The parties have agreed on the following briefing schedule regarding Mr. Moyer's subpoena:

| | |
|---|---|
| Motion to Quash due | July 30, 2021 |
| Oppositions due | August 13, 2021 |
| Reply due | August 27, 2021 |

Undersigned counsel will make ourselves available for a call with the Court if the Court has different directions in light of the approaching fact discovery cutoff on July 31, 2021.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**
By: */s/ Gregory J. Casas*
Gregory J. Casas
Bar No. 455329
300 West 6th Street, Suite 2050
Austin, Texas 78701
Email: casasg@gtlaw.com
Telephone: 512.320.7200
Facsimile: 512.320.7210

David Sellinger
Bar No. 282780
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Email: sellingerd@gtlaw.com
Telephone:  973.360.7900
Facsimile:  973.301.8410

**WHOLE FOODS MARKET SERVICES, INC.**
John H. Hempfling, II (Pro Hac Vice)
Vice President, Associate General Counsel, Litigation
828 West 6th Street, Suite 200
Austin, TX 78703
Email: john.hempfling@wholefoods.com
Telephone:  512.542.0213
Facsimile:  512.482.7213

*Attorneys for Defendants Whole Foods Market Group, Inc. and Whole Foods Market Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service are being served this 26th day of July 2021, via the Court's CM/ECF System.

/s/  Gregory J. Casas
Gregory J. Casas

ACTIVE 58991819v2