UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR VASQUEZ, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET SERVICES, INC., WHOLE FOODS MARKET GROUP, INC.,<br><br>              Defendants. | Case No. 1:17-cv-00112-APM |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF DEPOSITION SUBPOENA TO <u>NON-PARTY JUSTIN MOYER</u>**

PLEASE TAKE NOTICE that Defendants Whole Foods Market Services, Inc. and Whole Foods Market Group, Inc., together "Whole Foods," are hereby withdrawing the subpoena and the notice of deposition by written questions issued to non-party Justin Moyer for a deposition that was noticed for July 29, 2021.

Whole Foods hereby advises Mr. Moyer that he need not file his intended motion to quash.

                                                Respectfully submitted,

                                                GREENBERG TRAURIG, LLP

                                                By: <u>/s/ Gregory J. Casas</u>
                                                Gregory J. Casas
                                                Bar No. 455329
                                                300 West 6th Street, Suite 2050
                                                Austin, Texas 78701
                                                Telephone:  512.320.7238
                                                Facsimile:  512.320.7210
                                                Email: casasg@gtlaw.com

1

David Sellinger
Bar No. 282780
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone:  973.360.7900
Facsimile:  973.301.8410
Email:  sellingerd@gtlaw.com

**WHOLE FOODS MARKET SERVICES, INC.**
John H. Hempfling, II (*Pro Hac Vice*)
828 West 6th Street, Suite 200
Austin, TX 78703
Telephone:  512.542.0213
Facsimile:  512.482.7213
Email:  john.hempfling@wholefoods.com

*Attorneys for Defendants Whole Foods Market Services, Inc. and Whole Foods Market Group, Inc*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court and that all counsel of record, who are deemed to have consented to electronic service are being served via the Court's CM/ECF System; counsel who have not consented are being served via Registered E-mail, return receipt requested on this 28th day of July, 2021.

By:   */s/ Gregory J. Casas*
        Gregory J. Casas