# EXHIBIT A

**To:** Brooke Buchanan (CE CEN) <Brooke.Buchanan@wholefoods.com>
**Cc:** Betsy Harden (CE CEN) <Betsy.Harden@wholefoods.com>
**Subject:** Fwd: Question from AP re: profit sharing irregularities at mid-Atlantic Whole Foods

Begin forwarded message:

> **From:** "Barakat, Matthew" <mbarakat@ap.org>
> **Date:** December 12, 2016 at 3:42:41 PM CST
> **To:** "Robin.Rehfieldkelly@wholefoods.com" <Robin.Rehfieldkelly@wholefoods.com>
> **Subject: Question from AP re: profit sharing irregularities at mid-Atlantic Whole Foods**
>
> Ms. Kelly:
>
> My name is Matthew Barakat. I'm a reporter with Associated Press in northern Virginia.
>
> I am checking out some allegations that about 18 Whole Foods stores in the mid-Atlantic area have fired managers, and that lawsuits may be forthcoming, over improper actions by managers to manipulate a profit-sharing program at the company in a way that regular store employees were cheated out of shares that they may have deserved.
>
> I am just in the preliminary stages of my inquiry, but if you have any info about this that could clarify the situation, I would appreciate it.
>
> Thanks for considering.
>
> Matt Barakat
> Associated Press
> 703-508-2855

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        WFMGI_GAINSHARE_0482764_REV