IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MICHAEL MOLOCK, ET AL.,              )
                                     )
          Plaintiffs,                )
                                     )   CA No. 16-2483
     vs.                             )
                                     )
WHOLE FOODS MARKET, INC., ET AL.,    )
                                     )
          Defendants.                )   Washington, D.C.
------------------------------------)    September 14, 2021
                                     )   11:07 a.m.
VICTOR VASQUEZ, ET AL.,              )
                                     )
          Plaintiffs,                )
                                     )
     vs.                             )   CA No. 17-112
                                     )
WHOLE FOODS MARKET, INC., ET AL.,    )
                                     )
          Defendants.                )
_____)


TRANSCRIPT OF JOINT STATUS CONFERENCE
VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For Molock Plaintiffs:        Salvatore J. Zambri
                              REGAN ZAMBRI & LONG, PLLC
                              1919 M Street, NW
                              Suite 350
                              Washington, D.C. 20036
                              (202) 463-3030
                              szambri@reganfirm.com


For Vasquez Plaintiffs:       Brendan J. Klaproth
                              KLAPROTH LAW PLLC
                              2141 Wisconsin Ave., NW
                              Suite M3
                              Washington, D.C. 20007
                              (202) 618-2344
                              bklaproth@klaprothlaw.com

APPEARANCES CONTINUED

For the Defendants:                Gregory J. Casas
                                   Alan Hersh
                                   GREENBERG TRAURIG, LLP
                                   300 West Sixth Street
                                   Suite 2050
                                   Austin, TX 78701
                                   (512) 320-7238
                                   casasg@gtlaw.com
                                   hersha@gtlaw.com

                                   David E. Sellinger
                                   GREENBERG TRAURIG LLP
                                   500 Campus Drive
                                   Suite 400
                                   Florham Park, New Jersey 07932
                                   (973) 360-7925
                                   sellingerd@gtlaw.com

                                   John H. Hempfling, II
                                   WHOLE FOODS MARKET
                                   SERVICES, INC.
                                   828 West Sixth Street
                                   Suite 100
                                   Austin, TX 78703
                                   (512) 542-0213
                                   Email:
                                   john.hempfling@wholefoods.com

For Non-Party Petitioner
Matthew Barakat:                   Jay Ward Brown
                                   BALLARD SPAHR LLP
                                   1909 K Street, NW
                                   12th Floor
                                   Washington, D.C. 20006
                                   (202) 508-1136
                                   Email:
                                   brownjay@ballardspahr.com

APPEARANCES CONTINUED:

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                    P R O C E E D I N G S

 2          COURTROOM DEPUTY:  Good morning, Your Honor.

 3   This is a joint status conference in Civil Action 16-2483

 4   and Civil Action 17-112, Michael Molock, et al., versus

 5   Whole Foods Market, Inc., et al., and Victor Vasquez,

 6   et al., versus Whole Foods Market, Inc., et al.

 7               Salvatore Zambri for the Molock Plaintiffs.

 8               Brendan Klaproth for the Vasquez Plaintiffs.

 9               David Sellinger, John Hempfling, Gregory Casas,

10   and Alan Hersh for the defendants.

11               And Jay Brown on behalf of Non-Party Matthew bear

12   cat.

13          THE COURT:  All right, Counsel, good morning to

14   all of you.  I hope everybody is doing well.  It's nice to

15   see you all.

16          All right.  So we're scheduled here for a

17   Post-Discovery Conference, at least ostensibly that's what

18   this was.  The parties submitted Joint Status Reports, which

19   I appreciate, in advance of the hearing date.

20          Let me just begin with extending my apologies, if

21   you will, to the parties, that I have not gotten to your

22   discovery papers yet, and I'm sorry about that, I've just

23   been inundated with a fair amount of work from all corners

24   and just have not had an opportunity to carve out the time

25   to address those motions.  I'm well aware that they're
</pre>

1    outstanding, I just haven't had a chance to sit down and

2    give them the care and attention that they deserve.  So let

3    me just sort of say that at the outset.

4         So with that, why don't we turn to Mr. Zambri and

5    we'll start with the Molock case.  And if there's anything

6    you want to add.  You'll have the Rule 30(b)(6) deposition

7    scheduled.  And if there's anything further there to

8    discuss, then I'm happy to hear it.

9         MR. ZAMBRI:  Good morning, Your Honor.  Thank you.

10        I don't have anything that jumps to my mind to add

11   since everything has been briefed.

12        We had some outstanding issues, as we reflected in

13   the Joint Status Report, concerning the 30(b)(6) notices of

14   deposition of the corporate representative.  I had my own

15   issues with Whole Foods, and Mr. Klaproth had his own.

16        We've made great progress, and my feeling is,

17   I think we're on the same page.  Until you're actually in

18   the deposition, though, you don't know exactly how it's

19   going to shake out.

20        So from my perspective, we're ready to go forward,

21   we've cooperated with opposing counsel, and I don't think

22   there's going to be any major issue.  If something arises

23   during the deposition, we'll certainly bring it to your

24   attention afterwards, but I think everything is going to go

25   smoothly.

1            THE COURT:  Good.  I'm happy to hear that.

2            Mr. Casas, Mr. Sellinger, do you want to add

3  anything?

4            MR. CASAS:  Thank you, Your Honor.  Good morning.

5            I agree with Mr. Zambri.  I think that other than

6  what's in the Status Report, I think that we're on the same

7  page.

8            And I appreciate his comments about working

9  through the objections.  We have been making a lot of

10  progress, I will say.  We've talked about this earlier.  You

11  know, as far as our relationship with opposing counsel, I

12  wish every case was like this, I really do.

13            The one thing that I have to bring up, and

14  Mr. Hempfling is going to address this and it relates to the

15  30(b)(6), the past 24 hours have been tumultuous when it

16  comes to our 30(b)(6) witness, so I'm going to let

17  Mr. Hempfling talk about that.

18            In fairness, because we have not had any updates,

19  we have not provided Mr. Klaproth and Mr. Zambri with this

20  information.  So I'm not trying to sandbag them.

21  Mr. Hempfling and I are doing this in real-time, and so

22  I wanted to have him provide the update to the Court on the

23  30(b)(6) deposition.

24            THE COURT:  Okay.

25            Mr. Hempfling.

1          MR. CASAS:  Yes, sir.

2          Thank you, Your Honor.  This is John Hempfling for

3    Whole Foods Market, and I will apologize to counsel for the

4    plaintiffs in both of the other cases.

5          Yesterday, I found out that our 30(b)(6) designee,

6    Rob Twyman, who's one of the third highest ranking people in

7    the company, is leaving the company.  He's leaving the

8    company effective on September 28th.  So he will not be here

9    in October when we had his deposition rescheduled.  He'd

10   originally been scheduled for earlier and then he had a

11   COVID exposure and we had to move it.

12         I found out about this yesterday.  I immediately

13   reached out to Mr. Twyman to determine whether he would

14   still be willing to serve as our 30(b)(6).  I did not hear

15   back from him until the evening.  I reached out to him first

16   thing this morning and he told me that he is going to be in

17   northern California and, ostensibly -- and, I believe,

18   starting a new job.  He's not willing to serve as a 30(b)(6)

19   for Whole Foods in this case moving forward.

20         So I immediately then contacted the only other

21   person I know of at the company who was here when this

22   occurred and had anything to do with it, and that's

23   Scott Allshouse, who is the regional president in the

24   Mid Atlantic region, he's already been deposed in this

25   matter.

1          Mr. Allshouse told me that he is going on

2    paternity leave, and having a child, I believe the date for

3    that is 10/21.  So I asked him whether he would be available

4    any time either before or shortly after that, and he gave me

5    the weeks of -- and I have not talked about this with

6    opposing counsel -- and, I, again, apologize, I just found

7    out about this and am trying to work through this -- he can

8    do the week of November 29th, December 6th, or December

9    13th.

10          And I will work with Mr. Zambri and Mr. Klaproth

11   to arrange two dates.  I've already informed Mr. Allshouse

12   that it will be a two-day deposition, to give both of them

13   time to depose him, so he knows that.  And that's the only

14   other witness I have at the company who knows anything about

15   this.

16          THE COURT:  Okay.

17          Well, that's an unfortunate development.  But

18   I thought you were going to give me even worse news than

19   these things.  When you hear that kind of tenure, you worry

20   that somebody's health is at risk, and I'm glad that wasn't

21   the reason for having to redesignate.

22          All right, Mr. Zambri and Mr. Klaproth, your

23   thoughts and reactions?  I know you're just processing this

24   information.

25          MR. ZAMBRI:  Your Honor, this is Salvatore Zambri.

1          I share the Court's sentiments, all of them,

2     regarding health and the delay in the case.

3          Obviously, that strikes me as, you know, an

4     unavoidable situation, certainly not something I would blame

5     on Whole Foods.

6          It is what it is.  It's going to push everything

7     back, but it is -- Your Honor, I have no objection to it.

8          THE COURT:  Okay.

9          Mr. Klaproth, your thoughts.

10         MR. KLAPROTH:  Your Honor, Brendan Klaproth for

11    the Vasquez Plaintiffs.

12         I share Mr. Zambri's sentiments.  I recognize

13    these things are out of Whole Foods' control.  You know,

14    first, the witness getting sick, or having exposure, and now

15    leaving the company.

16         The one thing -- I am concerned about further

17    delays because discovery is done, with the exception of this

18    one deposition, which was initially noticed in May.  So now

19    we're looking at seven months just for one deposition.

20         And at this point -- you know, and it is what it

21    is, I recognize that, and I recognize there's no bad faith

22    or anything like that.  But I do want to make sure we keep

23    the case moving.  And one of the things I mentioned in the

24    Joint Status Report, setting a trial date.  And I understand

25    that might be far out, but given the length of the trial,

1    you know, if it's possible, the plaintiffs would like to get

2    on the Court's trial calendar.

3              THE COURT:  Sure.

4              Well, let's talk about short-term issues -- or

5    short-term schedule and then let's talk about longer-term

6    schedule.

7              So I guess what this means is that we're going to

8    bump things out probably at least till mid-December in terms

9    of fact discovery for this last deposition.  Obviously, you

10   all should meet and confer and then let us know, let me know

11   what dates you've selected and we can enter a schedule

12   accordingly.

13             You know, I think the -- look, it is what it is.

14   It's not something that was within Whole Foods' control, and

15   it's disappointing, but people move on, and we'll just have

16   to deal with that reality.

17             Insofar as what's left then for Vasquez and the

18   expert reports, I mean, I think this puts it in a little bit

19   of a different light, the extension request.

20             And, you know, Mr. Klaproth, I don't know whether

21   it matters to you that much whether it's 30 days or 60 days,

22   given that the 30(b)(6) witness is not likely to be deposed

23   until the end of November at the earliest.

24             MR. KLAPROTH:  Your Honor, I have no issues with

25   the extension for the expert disclosures, provided, you

1    know, it doesn't look like that's going to be the event

2    holding anything up, so there's no really basis for me to

3    oppose the extension.

4            THE COURT:  Okay.

5            I think under the Whole Foods proposal, it would

6    be expert reports by November the 3rd and depositions by

7    December the 3rd; is that right?

8            MR. SELLINGER:  Yes, Your Honor.

9            THE COURT:  Well, look, let's do this.

10           Look, I think it makes sense to do the following,

11   which is, why don't you all just confer amongst yourselves,

12   work out the dates for the 30(b)(6).  I think it probably is

13   going to make some sense to schedule that, for

14   Mr. Klaproth's purposes and your own and for defense counsel

15   as well, to coordinate the scheduling of that deposition

16   with the expert depositions; in other words, maybe

17   scheduling all of those depositions at once may be a little

18   challenging.  So I'll leave it to you all to look at your

19   calendars to figure out what makes sense, and then if you

20   would just get back to me with a date for the scheduling of

21   those matters and then a proposal for another status

22   hearing, which we can get together and see where things

23   stand after all this is accomplished.

24           COURTROOM DEPUTY:  Your Honor -- and I'll send the

25   judge a text message.

1          THE COURT:  Was I frozen?

2          COURTROOM DEPUTY:  Yes.

3          THE COURT:  Okay.

4          I don't know why that happened.  I'm not even on

5   WiFi here.

6          But in any event, as I was saying, you all

7   coordinate amongst yourselves in terms of the timing of

8   these three depositions and can get back to me as to that

9   and a proposed date for a status hearing when everything is

10  concluded.

11         I will commit to you all to get you a decision on

12  these discovery matters in sufficient time to accomplish any

13  additional discovery, if it's needed, by the end of this

14  period that may extend into mid-December.  So you have my

15  commitment to that.  And I'll try and turn -- I'll carve

16  some time out in the next few weeks to make sure I turn my

17  attention to that so that we have enough time to take care

18  of that before the discovery period lapses.

19         In terms of Mr. Klaproth, further scheduling, you

20  know, look, I assume there will be some summary judgment

21  motions filed by Whole Foods in this case, which I assume

22  will take up a good amount of time.  So, I mean, if you want

23  to set something down on the calendar for a trial, I mean,

24  what were you contemplating?

25         MR. KLAPROTH:  Your Honor, even if it was towards

1   the end of 2022, just so we have the date and we will keep

2   things moving consistent with that.

3          I personally don't see this case being ripe for

4   resolution on summary judgment; really the issue is whether

5   the statements were false.  There's certainly evidence that

6   points that they were.

7          So, you know, I don't see it being an overly

8   complicated summary judgment briefing.  And hopefully if

9   discovery is completed by December, we can have briefing on

10  summary judgment early in 2022.

11         And, you know, depending on the Court's calendar,

12  if it makes sense to issue a decision by the end of 2022,

13  that would be ideal for us to have a trial at that point.

14         THE COURT:  Okay.

15         Thoughts, Mr. Casas, Mr. Sellinger?

16         MR. CASAS:  Well, with regard to the timing of any

17  trial, we're flexible on that, Your Honor.  And if the Court

18  has room within the time frame that Mr. Klaproth is saying,

19  that's fine with us.

20         With regard to the timing of the summary judgment,

21  there will be summary judgments that we're going to file.

22  We do think they'll be ripe and we do think they will be

23  viable.  And so we would like to build in some time into the

24  schedule after the deposition in December of the 30(b)(6)

25  witness.

1              I don't know that we need to do it -- to have a

2     very extensive period of time on that.  If Your Honor wants

3     to move us quickly through that, whether it be filing within

4     30 days after the deposition or 45 days after the

5     deposition, we're more than willing to accommodate that, and

6     that'll help, I think, move the case along from that

7     perspective.

8              THE COURT:  Okay.

9              So how long do you all think the trial would

10    likely last?

11             MR. KLAPROTH:  Your Honor, Brendan Klaproth.

12             I suspect two weeks.

13             THE COURT:  Okay.

14             Mr. Casas, is that what you're thinking?

15             MR. CASAS:  I assuming, Your Honor, that he's

16    mentioning two weeks for everybody; I think that's right.

17    If he's saying he gets two weeks by himself, then we're

18    going to want some time after that.

19             So I'm not sure what Mr. Klaproth meant by that,

20    I think we can probably get it all done within two weeks

21    together.

22             THE COURT:  Mr. Klaproth, you mean two weeks for

23    the whole case or just your case?

24             MR. KLAPROTH:  Your Honor, two weeks for the whole

25    case, because a lot of my witnesses are going to be Whole

1    Foods employees.  So I mean, Whole Foods can handle any sort

2    of direct examination, you know, as part of their cross for

3    their employees.  So I think that would move things along.

4              THE COURT:  Okay.

5              MR. CASAS:  Your Honor, one other thing -- and

6    I apologize, Mr. Hersh just reminded me of this, one other

7    things that had been built into the original schedule, is

8    after the summary judgments on liability, there would be a

9    period of time with regard to damages and discovery focused

10   just on damages.

11             And so I want to bring that to the Court's

12   attention; we need to make sure we have that period of time

13   built in before we get to trial.

14             THE COURT:  Okay.

15             MR. CASAS:  I don't know that we need a long

16   period of time on that, Your Honor, but I want to make sure

17   that's accounted for.

18             THE COURT:  All right.

19             Well, let me just tell you what is seemingly

20   realistic and feasible here, just given my schedule already.

21             I am a newly appointed judge on the Foreign

22   Intelligence Surveillance Court, and so that sort of keeps

23   me off calendar for a week at a time.  And so if we were to

24   have a trial, I've got to schedule around some of those

25   obligations.

1          You know, it looks like fall would make the

2    earliest sense.  I could do as early as September 19th.  And

3    I would have two weeks through September -- October 14th;

4    otherwise, we're then looking at November.  My November is

5    pretty wide open right now.

6          MR. KLAPROTH:  All of those dates work fine for

7    the Vasquez Plaintiffs.

8          MR. CASAS:  Same for Whole Foods, Your Honor.

9          THE COURT:  All right.

10          Why don't we set -- I'm just trying to think

11   through.  If you file your motions -- say your motion gets

12   filed -- how long do you think the damages-discovery period

13   would be, 30 days, 60 days?

14          MR. KLAPROTH:  Your Honor, this is Brendan

15   Klaproth.

16          So I think there's actually two components of

17   discovery; one is, depending on the Court's rulings, there

18   might be supplemental productions.  I won't need a lot of

19   time to go through anything that is produced, so that

20   shouldn't be a delay, it's just how long it may take Whole

21   Foods to produce the documents pursuant to an order, as well

22   as Mr. Campanelli's subsequent deposition, I don't need a

23   lot of time, a couple days' notice, and we should be able to

24   get something scheduled, but that will depend on

25   Whole Foods' and Mr. Campanelli's availability.

1          As far as damages, it's really just expert

2   discovery on damages.  I have not made an affirmative

3   decision yet on whether I will have an expert, but if I do,

4   it's just going to be an economist to calculate wages

5   essentially.  But we already have that information and

6   I think my clients can probably testify; it's a pretty

7   straightforward calculation.  So that may be a question

8   that's best suited for Whole Foods, if they're going to have

9   a damages expert.  You know, perhaps --

10          THE COURT:  Yeah, I think what -- let's do this:

11   Why don't we just set November 7th; maybe I was ambitious

12   with September.

13          But to be on the safe side, why don't we set aside

14   November 7th through the 18th for trial.  And, you know,

15   we will set our scheduling in December, with an eye toward

16   making sure everything is accomplished by then.

17          So let's at least -- you know, we'll mark out

18   those dates in everyone's calendars.  So no November

19   vacations.  Veterans Day is on November 11th, so we won't

20   sit on that day.  And then Thanksgiving is on the 24th.  So

21   we're going to need to get this thing done in two weeks so

22   we don't run into the Thanksgiving holiday.

23          And maybe -- actually now that I think about it,

24   if we're going to include deliberations, why don't we

25   actually plan to start November 2nd.  So we'll set down

1    November 2nd through the 16th for trial, and that'll give us

2    a little bit of flexibility, if you end on the 16th, we'll

3    have some give in the joints in terms of deliberations and

4    getting everything done before Thanksgiving, okay?

5              All right.  So the next step is, why don't you all

6    meet and confer amongst yourselves.  And today is

7    September 14th.  Can you just get back to me by next week --

8    or, actually, by the end of the week, by the 17th, with a

9    schedule for the depositions and another status conference

10   after those depositions have concluded?

11             MR. CASAS:  Of course, Your Honor.

12             MR. ZAMBRI:  Your Honor, this is Salvatore Zambri.

13             May I ask for a point of clarification on

14   something?

15             THE COURT:  Sure.

16             MR. ZAMBRI:  I heard the Court talk about the

17   Vasquez case and maybe -- well, certain things specific to

18   the Vasquez case.

19             But I think part of our report to the Court needs

20   to be what's happening with the expert witness designations

21   in discovery, because, as the Court might recall, based on

22   the delay previously on this particular deposition, the

23   Court moved at our request the expert deadline in Molock,

24   which was tied, I believe, 60 days to the end of the

25   corporate deposition.

1          So my suggestion would be that counsel and Whole

2   Foods get together with Mr. Allshouse, if he's going to be

3   the witness, provide us with available dates.  I'm a little

4   concerned as to how quickly we'll be able to get that

5   deposition done, because I know, from historic dealings on

6   this issue, there's a lot of lawyers involved and oftentimes

7   there's a conflict.

8          So I'm going to do my best to move everything I

9   can.  I looked at to my calendar, I can move a lot of stuff,

10  but we need to report back to Your Honor with not only,

11  hopefully, a solid date for the deposition of

12  Mr. Campanelli, but also a proposal for a new expert

13  deadline and discovery period with respect to experts based

14  on that date of the new deposition.

15          THE COURT:  Okay.

16          So do you think you need more time then,

17  Mr. Zambri, to get back to me or -- look, you know, the

18  more --

19          MR. ZAMBRI:  No, I hope not.

20          I would punt that question over to Whole Foods.

21  I'm ready to the look at any proposal they can get to me in

22  short order.  I'm on vacation now, but I have my phone and

23  access and I'll look at it all day.

24          Mr. Casas, I would ask that you call me, please,

25  once you email me the available dates of Mr. Allshouse just

1    to give me a heads-up, please, email me with those dates so

2    I can give my immediate attention to it, and then we should

3    be able to get back to the Court by the end of the week.

4              THE COURT:  Okay.

5              MR. SELLINGER:  Your Honor, we would agree that

6    the expert deposition schedule in Molock should follow after

7    30(b)(6).  So we would just have to make it 60 days after

8    the close of the completion of the fact discovery in Molock.

9              THE COURT:  All right.

10             Well, just get back to me by the end of the week

11   with those dates and we'll keep moving forward.  And as I

12   said, you've got my commitment that I'll get these discovery

13   motions resolved in due course, in certainly enough time to

14   finish up by -- if there's additional discovery that's going

15   to be in the offering by mid-December.  I loathe being the

16   holdup in moving forward, but my calendar has just been very

17   challenging lately.

18             Okay.  So, Mr. Brown, you know, if we need a

19   hearing on your motion to quash, we certainly will let you

20   know.  I've got the papers in front of me and I'll take a

21   look at those when I have some time to do that.

22             And with that, is there anything else we need to

23   discuss this morning?

24             MR. ZAMBRI:  Nothing for the Molock Plaintiffs,

25   Your Honor.

1          MR. KLAPROTH:  Nothing for the Vasquez Plaintiffs,

2     Your Honor.

3          MR. CASAS:  Nothing for Whole Foods, Your Honor.

4          THE COURT:  Okay.

5          All right.  Thank you all very much.  We'll look

6     forward to hearing from you at the end of the week.

7          (Proceedings concluded at 11:31 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__September 17, 2021___   /S/__William P. Zaremba_____

                              William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 4/2 11/24 12/2
**MR. CASAS: [9]** 6/4 7/1 13/16 14/15 15/5 15/15 16/8 18/11 21/3
**MR. KLAPROTH: [8]** 9/10 10/24 12/25 14/11 14/24 16/6 16/14 21/1
**MR. SELLINGER: [2]** 11/8 20/5
**MR. ZAMBRI: [6]** 5/9 8/25 18/12 18/16 19/19 20/24
**THE COURT: [24]**

**/**

**/S [1]** 22/10

**0**

**0213 [1]** 2/14
**07932 [1]** 2/9

**1**

**10/21 [1]** 8/3
**100 [1]** 2/13
**112 [2]** 1/10 4/4
**1136 [1]** 2/19
**11:07 [1]** 1/8
**11:31 [1]** 21/7
**11th [1]** 17/19
**12th [1]** 2/18
**13th [1]** 8/9
**14 [1]** 1/7
**14th [2]** 16/3 18/7
**16-2483 [2]** 1/4 4/3
**16th [2]** 18/1 18/2
**17 [1]** 22/10
**17-112 [2]** 1/10 4/4
**17th [1]** 18/8
**18th [1]** 17/14
**19 [1]** 22/6
**1909 [1]** 2/17
**1919 [1]** 1/19
**19th [1]** 16/2

**2**

**20001 [1]** 3/5
**20006 [1]** 2/18
**20007 [1]** 1/24
**20036 [1]** 1/20
**202 [4]** 1/20 1/24 2/19 3/5
**2021 [2]** 1/7 22/10
**2022 [3]** 13/1 13/10 13/12
**2050 [1]** 2/4
**21 [1]** 8/3
**2141 [1]** 1/23
**2344 [1]** 1/24
**24 [1]** 6/15
**2483 [2]** 1/4 4/3
**24th [1]** 17/20
**28th [1]** 7/8
**29th [1]** 8/8
**2nd [2]** 17/25 18/1

**3**

**30 [15]** 5/6 5/13 6/15 6/16 6/23 7/5 7/14 7/18 10/21 10/22 11/12 13/24 14/4 16/13 20/7
**300 [1]** 2/3
**3030 [1]** 1/20
**320-7238 [1]** 2/5
**3249 [1]** 3/5
**333 [1]** 3/4
**350 [1]** 1/19
**354-3249 [1]** 3/5
**360-7925 [1]** 2/9
**3rd [2]** 11/6 11/7

**4**

**400 [1]** 2/8
**45 [1]** 14/4
**463-3030 [1]** 1/20

**5**

**500 [1]** 2/8
**508-1136 [1]** 2/19
**512 [2]** 2/5 2/14
**542-0213 [1]** 2/14

**6**

**60 [4]** 10/21 16/13 18/24 20/7
**618-2344 [1]** 1/24
**6th [1]** 8/8

**7**

**7238 [1]** 2/5
**78701 [1]** 2/4
**78703 [1]** 2/13
**7925 [1]** 2/9
**7th [2]** 17/11 17/14

**8**

**828 [1]** 2/12

**9**

**973 [1]** 2/9

**A**

**a.m [2]** 1/8 21/7
**able [3]** 16/23 19/4 20/3
**about [13]** 4/22 6/8 6/10 6/17 7/12 8/5 8/7 8/14 9/16 10/4 10/5 17/23 18/16
**above [1]** 22/4
**above-titled [1]** 22/4
**access [1]** 19/23
**accommodate [1]** 14/5
**accomplish [1]** 12/12
**accomplished [2]** 11/23 17/16
**accordingly [1]** 10/12
**accounted [1]** 15/17
**Action [2]** 4/3 4/4
**actually [5]** 5/17 16/16 17/23 17/25 18/8
**add [3]** 5/6 5/10 6/2
**additional [2]** 12/13 20/12

**advance [1]** 4/19
**affirmative [1]** 17/2
**after [10]** 8/4 11/23 13/24 14/4 14/4 14/18 15/8 18/10 20/6 20/7
**afterwards [1]** 5/24
**again [1]** 8/9
**agree [2]** 6/5 20/5
**aided [1]** 3/7
**al [8]** 1/3 1/6 1/8 1/11 4/4 4/5 4/6 4/6
**Alan [2]** 2/2 4/10
**all [25]**
**All right [3]** 4/13 8/22 15/18
**Allshouse [5]** 7/23 8/1 8/11 19/22 20/6
**along [2]** 14/6 15/3
**already [4]** 7/24 8/11 15/20 17/5
**also [1]** 19/12
**am [3]** 8/7 9/16 15/21
**ambitious [1]** 17/11
**AMIT [1]** 1/15
**amongst [3]** 11/11 12/7 18/6
**amount [2]** 4/23 12/22
**another [2]** 11/21 18/9
**any [8]** 5/22 6/18 8/4 12/6 12/12 13/16 15/1 19/21
**anything [10]** 5/5 5/7 5/10 6/3 7/22 8/14 9/22 11/2 16/19 20/22
**apologies [1]** 4/20
**apologize [3]** 7/3 8/6 15/6
**APPEARANCES [3]** 1/17 1/25 2/20
**appointed [1]** 15/21
**appreciate [2]** 4/19 6/8
**are [3]** 6/21 9/13 14/25
**arises [1]** 5/22
**around [1]** 15/24
**arrange [1]** 8/11
**as [20]** 5/12 6/11 6/11 7/14 7/18 9/3 10/17 11/15 12/6 12/8 15/2 16/2 16/2 16/21 16/22 17/1 17/1 18/21 19/4 20/11
**aside [1]** 17/13
**ask [2]** 18/13 19/24
**asked [1]** 8/3
**assume [2]** 12/20 12/21
**assuming [1]** 14/15
**Atlantic [1]** 7/24
**attention [5]** 5/2 5/24 12/17 15/12 20/2
**Austin [2]** 2/4 2/13
**availability [1]** 16/25
**available [3]** 8/3 19/3 19/25
**Ave [1]** 1/23
**Avenue [1]** 3/4
**aware [1]** 4/25

**B**

**back [9]** 7/15 9/7 11/20 12/8 18/7 19/10 19/17 20/3 20/10
**bad [1]** 9/21
**BALLARD [1]** 2/17
**ballardspahr.com [1]** 2/20
**Barakat [1]** 2/16
**Barrett [1]** 3/4
**based [2]** 18/21 19/13
**basis [1]** 11/2
**be [32]**
**bear [1]** 4/11
**because [5]** 6/18 9/17 14/25 18/21 19/5
**been [8]** 4/23 5/11 6/9 6/15 7/10 7/24 15/7 20/16
**before [5]** 1/15 8/4 12/18 15/13 18/4
**begin [1]** 4/20
**behalf [1]** 4/11
**being [3]** 13/3 13/7 20/15
**believe [3]** 7/17 8/2 18/24
**best [2]** 17/8 19/8
**bit [2]** 10/18 18/2
**bklaproth [1]** 1/25
**blame [1]** 9/4
**both [2]** 7/4 8/12
**Brendan [5]** 1/22 4/8 9/10 14/11 16/14
**Brendan Klaproth [3]** 4/8 9/10 14/11
**briefed [1]** 5/11
**briefing [2]** 13/8 13/9
**bring [3]** 5/23 6/13 15/11
**Brown [3]** 2/16 4/11 20/18
**brownjay [1]** 2/20
**build [1]** 13/23
**built [2]** 15/7 15/13
**bump [1]** 10/8

**C**

**CA [2]** 1/4 1/10
**calculate [1]** 17/4
**calculation [1]** 17/7
**calendar [6]** 10/2 12/23 13/11 15/23 19/9 20/16
**calendars [2]** 11/19 17/18
**California [1]** 7/17
**call [1]** 19/24
**Campanelli [1]** 19/12
**Campanelli's [2]** 16/22 16/25
**Campus [1]** 2/8
**can [13]** 8/7 10/11 11/22 12/8 13/9 14/20 15/1 17/6 18/7 19/9 19/9 19/21 20/2
**care [2]** 5/2 12/17
**carve [2]** 4/24 12/15
**Casas [6]** 2/2 4/9 6/2

**casasg [1]** 2/5
**case [13]** 1/6 12/12 7/19 9/2 9/23 12/21 13/3 14/6 14/23 14/23 14/25 18/17 18/18
**cases [1]** 7/4
**cat [1]** 4/12
**certain [1]** 18/17
**certainly [5]** 5/23 9/4 13/5 20/13 20/19
**Certified [1]** 3/3
**certify [1]** 22/2
**CH [1]** 3/4
**challenging [2]** 11/18 20/17
**chance [1]** 5/1
**child [1]** 8/2
**Civil [2]** 4/3 4/4
**clarification [1]** 18/13
**clients [1]** 17/6
**close [1]** 20/8
**COLUMBIA [1]** 1/1
**comes [1]** 6/16
**comments [1]** 6/8
**commit [1]** 12/11
**commitment [2]** 12/15 20/12
**company [6]** 7/7 7/7 7/8 7/21 8/14 9/15
**completed [1]** 13/9
**completion [1]** 20/8
**complicated [1]** 13/8
**components [1]** 16/16
**computer [1]** 3/7
**computer-aided [1]** 3/7
**concerned [2]** 9/16 19/4
**concerning [1]** 5/13
**concluded [2]** 12/10 18/10 21/7
**confer [3]** 10/10 11/11 18/6
**conference [4]** 1/14 4/3 4/17 18/9
**conflict [1]** 19/7
**consistent [1]** 13/2
**Constitution [1]** 3/4
**contacted [1]** 7/20
**contemplating [1]** 12/24
**CONTINUED [2]** 2/1 3/1
**control [2]** 9/13 10/14
**cooperated [1]** 5/21
**coordinate [2]** 11/15 12/7
**corners [1]** 4/23
**corporate [2]** 5/14 18/25
**correct [1]** 22/3
**could [1]** 16/2
**counsel [7]** 4/13 5/21 6/11 7/3 8/6 11/14 19/1
**couple [1]** 16/23
**course [2]** 18/11 20/13
**court [12]** 1/1 3/2 3/3

**C**

court... [9]  6/22 13/17 15/22 18/16 18/19 18/21 18/23 20/3 22/7
Court's [5]  9/1 10/2 13/11 15/11 16/17
COVID [2]  7/11 22/6
COVID-19 [1]  22/6
cross [1]  15/2
CRR [2]  22/2 22/11

**D**

D.C [5]  1/7 1/20 1/24 2/18 3/5
damages [6]  15/9 15/10 16/12 17/1 17/2 17/9
damages-discovery [1]  16/12
date [9]  4/19 8/2 9/24 11/20 12/9 13/1 19/11 19/14 22/10
dates [9]  8/11 10/11 11/12 16/6 17/18 19/3 19/25 20/1 20/11
David [2]  2/7 4/9
day [4]  8/12 17/19 17/20 19/23
days [8]  10/21 10/21 14/4 14/4 16/13 16/13 18/24 20/7
days' [1]  16/23
deadline [2]  18/23 19/13
deal [1]  10/16
dealings [1]  19/5
December [9]  8/8 8/8 10/8 11/7 12/14 13/9 13/24 17/15 20/15
decision [2]  12/11 13/12 17/3
defendants [4]  1/7 1/12 2/2 4/10
defense [1]  11/14
delay [3]  9/2 16/20 18/22
delays [1]  9/17
deliberations [2]  17/24 18/3
depend [1]  16/24
depending [2]  13/11 16/17
depose [1]  8/13
deposed [2]  7/24 10/22
deposition [21]  5/6 5/14 5/18 5/23 6/23 7/9 8/12 9/18 9/19 10/9 11/15 13/24 14/4 14/5 16/22 18/22 18/25 19/5 19/11 19/14 20/6
depositions [6]  11/6 11/16 11/17 12/8 18/9 18/10
deserve [1]  5/2
designations [1]  18/20
designee [1]  7/5
determine [1]  7/13
development [1]  8/17

**E**

different [1]  10/19
direct [1]  15/2
disappointing [1]  10/15
disclosures [1]  10/25
discovery [17]  4/17 4/22 9/17 10/9 12/12 12/13 12/18 13/9 15/9 16/12 16/17 17/2 18/21 19/13 20/8 20/12 20/14
discuss [2]  5/8 20/23
DISTRICT [3]  1/1 1/1 1/15
do [18]  6/2 6/12 7/22 8/8 9/22 11/9 11/10 13/22 13/22 14/1 14/9 16/2 16/12 17/3 17/10 19/8 19/16 20/21
do you [1]  14/9
documents [1]  16/21
doesn't [1]  11/1
doing [2]  4/14 6/21
don't [18]  5/4 5/10 5/18 5/21 10/20 11/11 12/4 13/3 13/7 14/1 15/15 16/10 16/22 17/11 17/13 17/22 17/24 18/5
done [5]  9/17 14/20 17/21 18/4 19/5
down [3]  5/1 12/23 17/25
Drive [1]  2/8
due [1]  20/13
during [2]  5/23 22/5

**E**

earlier [2]  6/10 7/10
earliest [2]  10/23 16/2
early [2]  13/10 16/2
economist [1]  17/4
effective [1]  7/8
either [1]  8/4
else [1]  20/22
email [4]  2/14 2/19 19/25 20/1
employees [2]  15/1 15/3
end [10]  10/23 12/13 13/1 13/12 18/2 18/8 18/24 20/3 20/10 21/6
enough [2]  12/17 20/13
enter [1]  10/11
essentially [1]  17/5
et [8]  1/6 1/8 1/11 4/4 4/5 4/6 4/6 4/6
et al [4]  4/4 4/5 4/6 4/6
even [3]  8/18 12/4 12/25
evening [1]  7/15
event [2]  11/1 12/6
every [1]  6/12
everybody [2]  4/14 14/16
everyone's [1]  17/18
everything [7]  5/11 5/24 9/16 12/9 17/16

**F**

evidence [1]  13/5
exactly [1]  5/18
examination [1]  15/2
exception [1]  9/17
expert [11]  10/18 10/25 11/6 11/16 11/17 17/3 17/9 18/20 18/23 19/12 20/6
experts [1]  19/13
exposure [2]  7/11 9/14
extend [1]  12/14
extending [1]  4/20
extension [3]  10/19 10/25 11/3
extensive [1]  14/2
eye [1]  17/15

**F**

fact [2]  10/9 20/8
fair [1]  4/23
fairness [1]  6/18
faith [1]  9/21
fall [1]  16/1
false [1]  13/5
far [3]  6/11 9/25 17/1
feasible [1]  15/20
feeling [1]  5/16
few [1]  12/16
figure [1]  11/19
file [2]  13/21 16/11
filed [2]  12/21 16/12
filing [1]  14/3
fine [2]  13/19 16/6
finish [1]  20/14
first [2]  7/15 9/14
flexibility [1]  18/2
flexible [1]  13/17
Floor [1]  2/18
Florham [1]  2/9
focused [1]  15/9
follow [1]  20/6
following [1]  11/10
FOODS [19]  1/6 1/11 2/11 4/5 4/6 5/15 7/3 7/19 9/5 11/5 12/21 15/1 15/1 16/8 16/21 17/8 19/2 19/20 21/3
Foods' [3]  9/13 10/14 16/25
foregoing [1]  22/3
Foreign [1]  15/21
forward [5]  5/20 7/19 20/11 20/16 21/6
found [3]  7/5 7/12 8/6
frame [1]  13/18
front [1]  20/20
frozen [1]  12/1
further [3]  5/7 9/16 12/19

**G**

gave [1]  8/4
get [17]  10/1 11/20 11/22 12/8 12/11 14/20 15/13 16/24 17/21 18/7 19/2 19/4 19/17 19/21 20/3 20/10 20/12

**G**

getting [2]  9/14 18/4
give [7]  5/2 8/12 8/18 18/1 18/3 20/1 20/2
given [3]  9/25 10/22 15/20
glad [1]  8/20
go [3]  5/20 5/24 16/19
going [22]  5/19 5/22 5/24 6/14 6/16 7/16 8/1 8/18 9/6 10/7 11/1 11/13 13/21 14/18 14/25 17/14 17/8 17/21 17/24 19/2 19/8 20/14
good [6]  4/2 4/13 5/9 6/1 6/4 12/22
good morning [4]  4/2 4/13 5/9 6/4
got [3]  15/24 20/12 20/20
gotten [1]  4/21
great [1]  5/16
GREENBERG [2]  2/3 2/10
Gregory [2]  2/2 4/9
gtlaw.com [3]  2/5 2/6 2/10
guess [1]  10/7

**H**

had [11]  4/24 5/1 5/12 5/14 5/15 6/18 7/9 7/10 7/11 7/22 15/7
handle [1]  15/1
happened [1]  12/4
happening [1]  18/20
happy [2]  5/8 6/1
has [3]  5/11 13/18 20/16
have [33]
haven't [1]  5/1
having [3]  8/2 8/21 9/14
he [11]  7/8 7/10 7/13 7/16 7/16 8/1 8/3 8/4 8/7 8/13 14/17
He'd [1]  7/9
he's [6]  7/7 7/18 7/24 14/15 14/17 19/2
heads [1]  20/1
heads-up [1]  20/1
health [2]  8/20 9/2
hear [4]  5/8 6/1 7/14 8/19
heard [1]  18/16
hearing [6]  4/19 11/22 12/9 20/19 21/6 22/5
help [1]  14/6
Hempfling [7]  2/11 4/9 6/14 6/17 6/21 6/25 7/2
here [5]  4/16 7/8 7/21 12/5 15/20
Hersh [3]  2/2 4/10 15/6
hersha [1]  2/6
highest [1]  7/6
him [5]  6/22 7/15 7/15 8/3 8/13
himself [1]  14/17

**I**

this [3]  5/15 6/8 7/9
historic [1]  19/5
holding [1]  11/2
holdup [1]  20/16
holiday [1]  17/22
Honor [27]
HONORABLE [1]  1/15
hope [2]  4/14 19/19
hopefully [2]  13/8 19/11
hours [1]  6/15
how [5]  5/18 14/9 16/12 16/20 19/4

**I**

I am [2]  9/16 15/21
I apologize [1]  15/6
I assume [1]  12/20
I believe [2]  7/17 18/24
I can [2]  19/9 20/2
I did [1]  7/14
I don't [2]  5/21 16/22
I don't have [1]  5/10
I guess [1]  10/7
I have [5]  4/21 8/14 9/7 10/24 17/2
I hope [2]  4/14 19/19
I just [2]  5/1 8/6
I know [3]  7/21 8/23 19/5
I mean [4]  10/18 12/22 12/23 15/1
I think [15]  5/17 5/24 6/5 6/6 10/13 10/18 11/5 11/10 11/12 14/6 14/20 17/6 17/10 17/23 18/19
I thought [1]  8/18
I understand [1]  9/24
I want [2]  15/11 15/16
I wanted [1]  6/22
I was [2]  12/6 17/11
I will [3]  6/10 12/11 17/3
I'll [7]  11/18 11/24 12/15 12/15 19/23 20/12 20/20
I'll look [1]  19/23
I'm [14]  4/22 4/25 5/8 6/1 6/16 6/20 8/20 12/4 14/19 16/10 19/3 19/8 19/21 19/22
I'm going [1]  6/16
I'm just [1]  16/10
I'm not [2]  6/20 12/4
I'm not sure [1]  14/19
I'm sorry [1]  4/22
I've [4]  4/22 8/11 15/24 20/20
ideal [1]  13/13
II [1]  2/11
immediate [1]  20/2
immediately [2]  7/12 7/20
INC [5]  1/6 1/11 2/12 4/5 4/6
include [1]  17/24
information [3]  6/20

**I**

information... [2] 8/24
17/5
informed [1] 8/11
initially [1] 9/18
Insofar [1] 10/17
Intelligence [1] 15/22
inundated [1] 4/23
involved [1] 19/6
is [47]
is there [1] 20/22
issue [4] 5/22 13/4
13/12 19/6
issues [4] 5/12 5/15
10/4 10/24
it [34]
it's [12] 4/14 5/18 9/6
10/1 10/14 10/15 10/21
12/13 16/20 17/1 17/4
17/6

**J**

Jay [2] 2/16 4/11
Jersey [1] 2/9
job [1] 7/18
John [3] 2/11 4/9 7/2
john.hempfling [1]
2/15
joint [5] 1/14 4/3 4/18
5/13 9/24
joints [1] 18/3
judge [3] 1/15 11/25
15/21
judgment [5] 12/20
13/4 13/8 13/10 13/20
judgments [2] 13/21
15/8
jumps [1] 5/10
just [27]

**K**

keep [3] 9/22 13/1
20/11
keeps [1] 15/22
kind [1] 8/19
Klaproth [16] 1/22 1/22
4/8 5/15 6/19 8/10 8/22
9/9 9/10 10/20 12/19
13/18 14/11 14/19
14/22 16/15
Klaproth's [1] 11/14
klaprothlaw.com [1]
1/25
know [29]
knows [2] 8/13 8/14

**L**

lapses [1] 12/18
last [2] 10/9 14/10
lately [1] 20/17
LAW [1] 1/22
lawyers [1] 19/6
least [3] 4/17 10/8
17/17
leave [2] 8/2 11/18
leaving [3] 7/7 7/7 9/15
left [1] 10/17
length [1] 9/25

10/10 10/10 15/19
20/19
let's [5] 10/4 10/5 11/9
17/10 17/17
liability [1] 15/8
light [1] 10/19
like [6] 6/12 9/22 10/1
11/1 13/23 16/1
likely [2] 10/22 14/10
limitations [1] 22/7
little [4] 10/18 11/17
18/2 19/3
LLP [3] 2/3 2/7 2/17
loathe [1] 20/15
long [5] 1/18 14/9
15/15 16/12 16/20
longer [1] 10/5
longer-term [1] 10/5
look [11] 10/13 11/1
11/9 11/10 11/18 12/20
19/17 19/21 19/23
20/21 21/5
looked [1] 19/9
looking [2] 9/19 16/4
looks [1] 16/1
lot [6] 6/9 14/25 16/18
16/23 19/6 19/9

**M**

M3 [1] 1/23
made [2] 5/16 17/2
major [1] 5/22
make [7] 9/22 11/13
12/16 15/12 15/16 16/1
20/7
makes [3] 11/10 11/19
13/12
making [2] 6/9 17/16
mark [1] 17/17
MARKET [1] 1/6 1/11
2/11 4/5 4/6 7/3
matter [2] 7/25 22/4
matters [3] 10/21
11/21 12/12
Matthew [2] 2/16 4/11
may [6] 9/18 11/17
12/14 16/20 17/7 18/13
maybe [4] 11/16 17/11
17/23 18/17
me [23]
mean [5] 10/18 12/22
12/23 14/22 15/1
means [1] 10/7
meant [1] 14/19
mechanical [1] 3/6
meet [2] 10/10 18/6
MEHTA [1] 1/15
mentioned [1] 9/23
mentioning [1] 14/16
Merit [1] 3/2
message [1] 11/25
MICHAEL [2] 1/3 4/4
Michael Molock [1] 4/4
mid [4] 7/24 10/8 12/14
20/15
Mid Atlantic [1] 7/24
mid-December [3]

might [3] 9/25 16/18
18/21
mind [1] 5/10
MOLOCK [9] 1/3 1/18
4/4 4/7 5/5 18/23 20/6
20/8 20/24
months [1] 9/19
more [3] 14/5 19/16
19/18
morning [6] 4/2 4/13
5/9 6/4 7/16 20/23
motion [2] 16/11 20/19
motions [4] 4/25 12/21
16/11 20/13
move [7] 7/11 10/15
14/3 14/6 15/3 19/8
19/9
moved [1] 18/23
moving [5] 7/19 9/23
13/2 20/11 20/16
Mr. [38]
Mr. Allshouse [4] 8/1
8/11 19/2 19/25
Mr. Brown [1] 20/18
Mr. Campanelli [1]
19/12
Mr. Campanelli's [2]
16/22 16/25
Mr. Casas [4] 6/2
13/15 14/14 19/24
Mr. Hempfling [4] 6/14
6/17 6/21 6/25
Mr. Hersh [1] 15/6
Mr. Klaproth [10] 5/15
6/19 8/10 8/22 9/9
9/20 12/19 13/18
14/19 14/22
Mr. Klaproth's [1]
11/14
Mr. Sellinger [2] 6/2
13/15
Mr. Twyman [1] 7/13
Mr. Zambri [6] 5/4 6/5
6/19 8/10 8/22 19/17
Mr. Zambri's [1] 9/12
much [2] 10/21 21/5
my [18] 4/20 5/10 5/14
5/16 5/20 12/14 12/16
14/25 15/20 16/4 17/6
19/1 19/8 19/9 19/22
20/2 20/12 20/16

**N**

need [10] 14/1 15/12
15/15 16/18 16/22
17/21 19/10 19/16
20/18 20/22
needed [1] 12/13
needs [1] 18/19
new [4] 2/9 7/18 19/12
19/14
newly [1] 15/21
news [1] 8/7
next [3] 12/16 18/5
18/7
nice [1] 4/14
no [8] 1/4 1/10 9/7 9/21

Non [2] 2/16 4/11
Non-Party [2] 2/16
4/11
northern [1] 7/17
not [17] 4/21 4/24 6/18
6/19 6/20 7/8 7/14 7/18
8/5 9/4 10/14 10/22
12/4 14/19 17/2 19/10
19/19
note [1] 22/5
Nothing [1] 20/24 21/1
21/3
notice [1] 16/23
noticed [1] 9/18
notices [1] 5/13
November [11] 8/8
10/23 11/6 16/4 16/4
17/11 17/14 17/18
17/19 17/25 18/1
November the [1] 11/6
now [5] 9/14 9/18 16/5
17/23 19/22
NW [4] 1/19 1/23 2/17
3/4

**O**

objection [1] 9/7
objections [1] 6/9
obligations [1] 15/25
Obviously [2] 9/3 10/9
occurred [2] 7/22 22/5
October [2] 7/9 16/3
off [1] 15/23
offering [1] 20/15
Official [1] 3/3
oftentimes [1] 19/6
okay [15] 6/24 8/16 9/8
11/4 12/3 13/14 14/8
14/13 15/4 15/14 18/4
19/15 20/4 20/18 21/4
once [2] 11/17 19/25
one [9] 6/13 7/6 9/16
9/18 9/19 9/23 15/5
15/6 16/17
only [3] 7/20 8/13
19/10
open [1] 16/5
opportunity [1] 4/24
oppose [1] 11/3
opposing [3] 5/21 6/11
8/6
order [2] 16/21 19/22
original [1] 15/7
originally [1] 7/10
ostensibly [2] 4/17
7/17
other [7] 6/5 7/4 7/20
8/14 11/16 15/5 15/6
otherwise [1] 16/4
our [7] 6/11 6/16 7/5
7/14 17/15 18/19 18/23
out [14] 4/24 5/19 7/5
7/12 7/13 7/15 8/7 9/13
9/25 10/8 11/12 11/19
12/16 17/17
outset [1] 5/3
outstanding [2] 5/1

over [1] 19/20
overly [1] 13/7
own [3] 5/14 5/15
11/14

**P**

page [2] 5/17 6/7
pandemic [1] 22/6
papers [2] 4/22 20/20
Park [1] 2/9
part [2] 15/2 18/19
particular [1] 18/22
parties [2] 4/18 4/21
Party [1] 2/16 4/11
past [1] 6/15
paternity [1] 8/2
people [2] 7/6 10/15
perhaps [1] 17/9
period [8] 12/14 12/18
14/2 15/9 15/12 15/16
16/12 19/13
person [1] 7/21
personally [1] 13/3
perspective [2] 5/20
14/7
Petitioner [1] 2/16
phone [1] 19/2
plaintiffs [12] 1/4 1/9
1/18 1/22 4/7 4/8 7/4
9/11 10/1 16/7 20/24
21/1
plan [1] 17/25
please [1] 19/24 20/1
22/5
PLLC [2] 1/18 1/22
point [3] 9/20 13/13
18/13
points [1] 13/6
possible [1] 10/1
Post [1] 4/17
Post-Discovery [1]
4/17
president [1] 7/23
pretty [2] 16/5 17/6
Prettyman [1] 3/4
previously [1] 18/22
probably [4] 10/8
11/12 14/20 17/6
proceedings [4] 1/14
3/6 21/7 22/4
processing [1] 8/23
produce [1] 16/21
produced [2] 3/7 16/19
productions [1] 16/18
progress [2] 5/16 6/10
proposal [4] 11/5
11/21 19/12 19/21
proposed [1] 12/9
provide [2] 6/22 19/3
provided [2] 6/19
10/25
punt [1] 19/20
purposes [1] 11/14
pursuant [1] 16/21
push [1] 9/6
puts [1] 10/18

**Q**

question [2] 17/7 19/20
quickly [2] 14/3 19/4

**R**

ranking [1] 7/6
reached [2] 7/13 7/15
reactions [1] 8/23
ready [2] 5/20 19/21
real [1] 6/21
real-time [1] 6/21
realistic [1] 15/20
reality [1] 10/16
really [4] 6/12 11/2 13/4 17/1
Realtime [1] 3/3
reason [1] 8/21
recall [1] 18/21
recognize [3] 9/12 9/21 9/21
record [1] 22/3
recorded [1] 3/6
redesignate [1] 8/21
reflected [1] 5/12
REGAN [1] 1/18
reganfirm.com [1] 1/21
regard [1] 13/16 13/20 15/9
regarding [1] 9/2
region [1] 7/24
regional [1] 7/23
Registered [1] 3/2
relates [1] 6/14
relationship [1] 6/11
reminded [1] 15/6
remotely [1] 22/7
report [5] 5/13 6/6 9/24 18/19 19/10
Reporter [4] 3/2 3/2 3/3 3/3
reporting [1] 22/7
reports [3] 4/18 10/18 11/6
representative [1] 5/14
request [2] 10/19 18/23
rescheduled [1] 7/9
resolution [1] 13/4
resolved [1] 20/13
respect [1] 19/13
right [11] 4/13 4/16 8/22 11/7 14/16 15/18 16/5 16/9 18/5 20/9 21/5
ripe [2] 13/3 13/22
risk [1] 8/20
RMR [2] 22/2 22/11
Rob [1] 7/6
room [1] 13/18
Rule [1] 5/6
rulings [1] 16/17
run [1] 17/22

**S**

safe [1] 17/13
said [1] 20/12

salvage [1] 8/7
8/25 18/12
same [3] 5/17 6/16 16/8
sandbag [1] 6/20
say [3] 5/3 6/10 16/11
saying [3] 12/6 13/18 14/17
schedule [10] 10/5 10/6 10/11 11/13 13/24 15/7 15/20 15/24 18/9 20/6
scheduled [4] 4/16 5/7 7/10 16/24
scheduling [5] 11/15 11/17 11/20 12/19 17/15
Scott [1] 7/23
Scott Allshouse [1] 7/23
see [4] 4/15 11/22 13/3 13/7
seemingly [1] 15/19
selected [1] 10/11
Sellinger [4] 2/7 4/9 6/2 13/15
sellingerd [1] 2/10
send [1] 11/24
sense [5] 11/10 11/13 11/19 13/12 16/2
sentiments [2] 9/1 9/12
September [7] 1/7 7/8 16/2 16/3 17/12 18/7 22/10
September 14th [1] 18/7
serve [2] 7/14 7/18
SERVICES [1] 2/12
set [6] 12/23 16/10 17/11 17/13 17/15 17/25
setting [1] 9/4
seven [1] 9/19
shake [1] 5/19
share [2] 9/1 9/12
short [3] 10/4 10/5 19/22
short-term [1] 10/4 10/5
shortly [1] 8/4
should [4] 10/10 16/23 20/2 20/6
shouldn't [1] 16/20
sick [1] 9/14
side [1] 17/13
since [1] 5/11
sir [1] 7/1
sit [2] 5/1 17/20
situation [1] 9/4
Sixth [2] 2/3 2/12
smoothly [1] 5/25
so [44]
So I think [2] 15/3 16/16
solid [1] 19/11
some [9] 5/12 11/13 12/16 12/20 13/23 14/18 15/24 18/3 20/21

something [6] 5/22 9/4 10/14 12/23 16/24 18/14
sorry [1] 4/22
sort [3] 5/3 15/1 15/22
SPAHR [1] 2/17
specific [1] 18/17
stand [1] 11/23
start [2] 5/5 17/25
starting [1] 7/18
statements [1] 13/5
STATES [2] 1/1 1/15
status [9] 1/14 4/3 4/18 5/13 6/6 9/24 14/21 16/16 19/6 19/7 20/14
stenography [1] 3/6
step [1] 18/15
still [1] 7/14
straightforward [1] 17/7
Street [4] 1/19 2/3 2/12 2/17
strikes [1] 9/3
stuff [1] 19/9
subject [1] 18/17
submitted [1] 4/18
subsequent [1] 16/22
sufficient [1] 12/12
suggestion [1] 19/1
Suite [1] 1/19 1/23 2/4 2/8 2/13
suited [1] 17/8
summary [7] 12/20 13/4 13/8 13/10 13/20 13/21 15/8
supplemental [1] 16/18
sure [8] 9/22 10/3 12/16 14/19 15/12 15/16 17/16 18/15
Surveillance [1] 15/22
suspect [1] 14/12
szambri [1] 1/21

**T**

take [4] 12/17 12/22 16/20 20/20
talk [4] 6/17 10/4 10/5 18/16
talked [2] 6/10 8/5
technological [1] 22/7
tell [1] 15/19
tenure [1] 8/19
term [3] 10/4 10/5 10/5
terms [4] 10/8 12/7 12/19 18/3
testify [1] 17/6
text [1] 11/25
than [4] 6/5 8/18 14/5
Thank [4] 5/9 6/4 7/2 21/5
Thank you [3] 5/9 6/4 7/2
Thanksgiving [3] 17/20 17/22 18/4
that [82]
that'll [1] 14/6 18/1

8/13 8/17 11/1 13/19 14/16 15/17 17/8 20/14
their [2] 15/2 15/3
them [4] 5/2 6/20 8/12 9/1
then [14] 5/8 7/10 7/20 10/5 10/10 10/17 11/19 11/21 14/17 16/4 17/16 17/20 19/16 20/2
there [6] 5/7 12/20 13/21 15/8 16/17 20/22
there's [10] 5/5 5/7 5/22 9/21 11/2 13/5 16/16 19/6 19/7 20/14
therefore [1] 22/6
these [5] 8/19 9/13 12/8 12/12 20/12
they [4] 5/2 13/6 13/22 19/21
they'll [1] 13/22
they're [2] 4/25 17/8
thing [5] 6/13 7/16 9/16 15/5 17/21
things [9] 8/19 9/13 9/23 10/8 11/22 13/2 15/3 15/7 18/17
think [25]
thinking [1] 14/14
third [1] 7/6
this [38]
This is [1] 4/3
those [10] 4/25 11/17 11/21 15/24 16/6 17/18 18/10 20/1 20/11 20/21
though [1] 5/18
thought [1] 8/18
thoughts [3] 8/23 9/9 13/15
three [1] 12/8
through [8] 6/9 8/7 14/3 16/3 16/11 16/19 17/14 18/1
tied [1] 18/24
till [1] 10/8
time [21] 4/24 6/21 8/4 8/13 12/12 12/16 12/17 12/22 13/18 13/23 14/2 14/18 15/9 15/12 15/16 15/23 16/19 16/23 19/16 20/13 20/21
timing [2] 12/7 13/16 13/20
titled [1] 22/4
today [1] 18/6
together [3] 11/22 14/21 19/2
told [2] 7/16 8/1
toward [1] 17/15
towards [1] 12/25
transcript [3] 1/14 3/6 22/3
transcription [1] 3/7
TRAURIG [1] 2/17
trial [11] 9/24 9/25 10/2 12/23 13/13 13/17 14/9 15/13 15/24 17/14 18/1
try [1] 12/15

trying [3] 6/20 8/7 16/10
tumultuous [1] 9/4
turn [3] 5/4 12/15 12/16
two [11] 8/11 8/12 14/12 14/16 14/17 14/20 14/22 14/24 16/3 16/16 17/21
two-day [1] 8/12
Twyman [2] 7/6 7/13
TX [2] 2/4 2/13

**U**

unavoidable [1] 9/4
under [1] 11/5
understand [1] 9/24
unfortunate [1] 8/17
UNITED [1] 1/1 1/15
until [3] 5/17 7/15 10/23
up [5] 6/13 11/2 12/22 20/1 20/14
update [1] 6/22
updates [1] 6/18
us [6] 10/10 13/13 13/19 14/3 18/1 19/3

**V**

vacation [1] 19/22
vacations [1] 17/19
VASQUEZ [10] 1/8 1/22 4/5 4/8 9/11 10/17 16/7 18/17 18/18 21/1
versus [2] 4/4 4/6
very [3] 14/2 20/16 21/5
Veterans [1] 17/19
VIA [1] 1/14
viable [1] 13/23
VICTOR [2] 1/8 4/5
Victor Vasquez [1] 4/5
vs [2] 1/5 1/10

**W**

wages [1] 17/4
want [7] 5/6 6/2 9/22 12/22 14/18 15/11 15/16
wanted [1] 6/22
wants [1] 14/2
Ward [1] 2/16
was [10] 4/18 6/12 7/21 9/18 10/14 12/1 12/6 12/25 17/11 18/24
Washington [5] 1/7 1/20 1/24 2/18 3/5
wasn't [1] 8/20
we [41]
we will [1] 17/15
we'll [9] 5/5 5/23 10/15 17/17 17/25 18/2 19/4 20/11 21/5
we're [13] 4/16 5/17 5/20 6/6 9/19 10/7 13/17 13/21 14/5 14/17 16/4 17/21 17/24
we've [3] 5/16 5/21

**we've... [1]** 6/10
**week [7]** 8/8 15/23
18/7 18/8 20/3 20/10
21/6
**weeks [10]** 8/5 12/16
14/12 14/16 14/17
14/20 14/22 14/24 16/3
17/21
**well [11]** 4/14 4/25
8/17 10/4 11/9 11/15
13/16 15/19 16/21
18/17 20/10
**were [5]** 8/18 12/24
13/5 13/6 15/23
**West [2]** 2/3 2/12
**what [12]** 4/17 9/6 9/20
10/7 10/11 10/13 11/19
12/24 14/14 14/19
15/19 17/10
**what's [3]** 6/6 10/17
18/20
**when [6]** 6/15 7/9 7/21
8/19 12/9 20/21
**where [1]** 11/22
**whether [7]** 7/13 8/3
10/20 10/21 13/4 14/3
17/3
**which [6]** 4/18 9/18
11/11 11/22 12/21
18/24
**who [3]** 7/21 7/23 8/14
**who's [1]** 7/6
**whole [24]**
**Whole Foods [1]** 21/3
**Whole Foods' [1]**
16/25
**wholefoods.com [1]**
2/15
**why [8]** 5/4 11/11 12/4
16/10 17/11 17/13
17/24 18/5
**wide [1]** 16/5
**WiFi [1]** 12/5
**will [16]** 4/21 6/10 7/3
7/8 8/10 8/12 12/11
12/20 12/22 13/1 13/21
13/22 16/24 17/3 17/15
20/19
**William [4]** 3/2 22/2
22/10 22/11
**willing [3]** 7/14 7/18
14/5
**Wisconsin [1]** 1/23
**wish [1]** 6/12
**within [4]** 10/14 13/18
14/3 14/20
**witness [7]** 6/16 8/14
9/14 10/22 13/25 18/20
19/3
**witnesses [1]** 14/25
**won't [2]** 16/18 17/19
**words [1]** 11/16
**work [5]** 4/23 8/7 8/10
11/12 16/6
**working [1]** 6/8
**worry [1]** 8/19
**worse [1]** 8/18

would [29] 7/3 8/23
10/1 11/5 11/20 13/13
13/23 14/9 15/3 15/8
16/1 16/3 16/13 19/1
19/20 19/24 20/5 20/7

**Y**

**Yeah [1]** 17/10
**Yes [3]** 7/1 11/8 12/2
**yesterday [2]** 7/5 7/12
**yet [2]** 4/22 17/3
**you [56]**
**You know [1]** 17/9
**You'll [1]** 5/6
**you're [3]** 5/17 8/23
14/14
**you've [2]** 10/11 20/12
**your [37]**
**Your Honor [26]**
**yourselves [3]** 11/11
12/7 18/6

**Z**

**Zambri [11]** 1/18 1/18
4/7 5/4 6/5 6/19 8/10
8/22 8/25 18/12 19/17
**Zambri's [1]** 9/12
**Zaremba [4]** 3/2 22/2
22/10 22/11
**ZOOM [1]** 1/14