# EXHIBIT HH

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR VASQUEZ, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>WHOLE FOODS MARKET SERVICES, INC., WHOLE FOODS MARKET GROUP, INC.,<br><br>              Defendants. | Case No. 1:17-cv-00112-APM |

**DECLARATION OF ANTHONY CAMPANELLI IN SUPPORT OF WHOLE FOODS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

My name is Anthony Campanelli. I am over the age of 18 and am legally competent to swear to the facts contained within this declaration. If called to testify as to the veracity of these facts, I could and would do so.

1. I am a Partner at Deloitte Financial Advisory Services LLP ("Deloitte") and am a Certified Public Accountant in the States of New York and New Jersey and earned the credentials of Certified in Financial Forensics ("CFF") and Chartered Global Management Accountant ("CGMA") by the American Institute of Certified Public Accountants.

2. I have nearly twenty-five years of accounting/forensic accounting experience at Deloitte and provide extensive litigation consulting services to companies in a wide range of matters.

3. As part of my team's litigation consulting work for Whole Foods, which has been ongoing since March 2017, my team analyzed manual transfer data from Kronos and hard copy documents for certain stores for a defined time period. These stores and time periods are listed in the attached Exhibit A.

1

4. Part of my team included Deloitte employees from our offshore subsidiary in India, known as Deloitte US India, who mainly performed a first level review of the various hard-copy documents which may support the individual manual transfer of labor hours with a goal of matching such documents to the individual manual transfers.

5. I instructed the Deloitte US India team to identify inconsistencies, if present, in the documentation matched to the respective transfer, even if minor, such as a simple cross-out, as "potential red flags."

6. These potential red flags were then further analyzed as part of the Deloitte's U.S. team's second level review.

7. After Deloitte U.S. second level review, or QC, of these documents, only transfers that were classified as containing supportable explanations, based solely on the inspection of the document, were then included in the supportable number reported in the April 17, 2020 PowerPoint, WFMGI_GAINSHARE_0732256.

8. The "assessment period" for each store is the time period of data and documents my team looked at for each store.

9. The assessment period varied by store. The exact assessment periods are listed in the attached Exhibit A.

10. The findings outlined in the April 17, 2020 PowerPoint, Bates Labelled WFMGI_GAINSHARE_0732256, were based on our analysis for these stores using these assessment periods.

I declare that the foregoing is true and correct to the best of my knowledge under the penalties of perjury.

Executed this 3rd day of June 2022

By:

*Anthony J. Campanelli*

---
Anthony Campanelli

# EXHIBIT A

| Store Number | Store Name | Review Population | Assessment Period |
|---|---|---|---|
| 10228 | Annapolis | Phase 1 | 10/31/2013 - 12/31/2016 |
| 10048 | Bethesda | Phase 1 | 5/23/2011 - 10/14/2012; 10/31/2013 - 12/31/2016 |
| 10414 | Foggy Bottom | Phase 1 | 11/7/2011 - 6/26/2013; 10/31/2013 - 12/31/2016 |
| 10039 | Georgetown | Phase 1 | 1/19/2004 - 4/13/2008; 4/12/2010 - 11/6/2011; 10/31/2013 - 12/31/2016 |
| 10114 | Harbor East | Phase 1 | 10/31/2013 - 12/31/2016 |
| 10064 | Mt. Washington | Phase 1 | 10/31/2013 - 12/31/2016 |
| 10246 | Scottsdale | Phase 1 | 3/15/2010 - 4/23/2011; 10/11/2013 - 10/31/2015 |
| 10118 | Silver Spring | Phase 1 | 3/25/2011 - 6/25/2013; 10/31/2013 - 12/31/2016 |
| 10062 | Tenley Town | Phase 1 | 6/3/2013 - 12/31/2016 |
| 10049 | Tysons | Phase 1 | 12/11/2006 - 3/25/2011; 10/10/2011 - 4/11/2014; 5/26/2014 - 6/30/2015 |
| 10235 | White Flint | Phase 1 | 6/23/2008 - 2/15/2010; 10/31/2013 - 12/31/2016 |
| 10042 | Arlington | Original 9 | 8/13/2007 - 12/31/2016 |
| 10205 | Charlottesville | Original 9 | 10/1/2015 - 12/1/2016 |
| 10499 | Columbia | Original 9 | 10/31/2013 - 12/31/2016 |
| 10211 | Friendship Heights | Original 9 | 10/31/2013 - 12/31/2016 |
| 10180 | Kentlands | Original 9 | 9/27/2001 - 4/10/2010; 10/31/2013 - 12/31/2016 |
| 10185 | Old Town | Original 9 | 4/14/2008 - 10/9/2011; 10/24/2011 - 7/14/2014; 10/1/2015 - 12/1/2016 |
| 10135 | P Street | Original 9 | 9/26/2011 - 12/31/2016 |
| 10061 | Reston | Original 9 | 11/12/2012 - 7/6/2014; 10/27/2014 - 12/2/2016 |
| 10065 | Vienna | Original 9 | 1/1/2016 - 12/31/2016 |
| 10287 | Cincinnati | Additional | 12/24/2007 - 04/11/2010 |
| 10231 | Jamboree | Additional | 12/13/2007 - 06/29/2008 |
| 10442 | Long Beach | Additional | 02/11/2007 - 12/10/2007; 06/30/2008 - 02/06/2010 |
| 10371 | Andover | 113 | 7/1/2015 – 9/30/2015 |
| 10143 | Arabella Station | 113 | 7/1/2015 – 9/30/2015 |
| 10237 | Arroyo | 113 | 7/1/2015 – 9/30/2015 |
| 10351 | Asheville | 113 | 7/1/2015 – 9/30/2015 |
| 10198 | Baton Rouge | 113 | 7/1/2015 – 9/30/2015 |
| 10393 | Bee Cave | 113 | 7/1/2015 – 9/30/2015 |

| 10134 | Bellaire | 113 | 7/1/2015 – 9/30/2015 |
|---|---|---|---|
| 10153 | Bellevue | 113 | 7/1/2015 – 9/30/2015 |
| 10320 | Blossom Hill | 113 | 7/1/2015 – 9/30/2015 |
| 10130 | Boca Raton | 113 | 7/1/2015 – 9/30/2015 |
| 10284 | Boise | 113 | 7/1/2015 – 9/30/2015 |
| 10556 | Bradburn | 113 | 7/1/2015 – 9/30/2015 |
| 10094 | Briarcliff | 113 | 7/1/2015 – 9/30/2015 |
| 10339 | Carrollwood | 113 | 7/1/2015 – 9/30/2015 |
| 10132 | Cary | 113 | 7/1/2015 – 9/30/2015 |
| 10008 | Chapel Hill | 113 | 7/1/2015 – 9/30/2015 |
| 10158 | Charles River Plaza | 113 | 7/1/2015 – 9/30/2015 |
| 10369 | Chicago Ave. (WO) | 113 | 7/1/2015 – 9/30/2015 |
| 10088 | Coral Springs | 113 | 7/1/2015 – 9/30/2015 |
| 10315 | Cranbrook | 113 | 7/1/2015 – 9/30/2015 |
| 10455 | Danbury | 113 | 7/1/2015 – 9/30/2015 |
| 10116 | Deerfield | 113 | 7/1/2015 – 9/30/2015 |
| 10316 | Domain | 113 | 7/1/2015 – 9/30/2015 |
| 10041 | Durham | 113 | 7/1/2015 – 9/30/2015 |
| 10419 | Edina | 113 | 7/1/2015 – 9/30/2015 |
| 10076 | Evanston | 113 | 7/1/2015 – 9/30/2015 |
| 10317 | Fairfield | 113 | 7/1/2015 – 9/30/2015 |
| 10358 | Fairview | 113 | 7/1/2015 – 9/30/2015 |
| 10447 | Folsom | 113 | 7/1/2015 – 9/30/2015 |
| 10227 | Forest | 113 | 7/1/2015 – 9/30/2015 |
| 10147 | Fort Collins | 113 | 7/1/2015 – 9/30/2015 |
| 10467 | Fremont | 113 | 7/1/2015 – 9/30/2015 |
| 10026 | Fresh Pond | 113 | 7/1/2015 – 9/30/2015 |
| 10122 | Fresno | 113 | 7/1/2015 – 9/30/2015 |
| 10166 | Galleria | 113 | 7/1/2015 – 9/30/2015 |
| 10353 | Glen Mills | 113 | 7/1/2015 – 9/30/2015 |
| 10179 | Glendale | 113 | 7/1/2015 – 9/30/2015 |
| 10241 | Green Hills Nashville | 113 | 7/1/2015 – 9/30/2015 |
| 10426 | Greensboro-Friendly | 113 | 7/1/2015 – 9/30/2015 |
| 10221 | Harrison | 113 | 7/1/2015 – 9/30/2015 |
| 10219 | Henderson | 113 | 7/1/2015 – 9/30/2015 |
| 10345 | Hennepin | 113 | 7/1/2015 – 9/30/2015 |
| 10399 | Huntington Beach | 113 | 7/1/2015 – 9/30/2015 |
| 10253 | Jacksonville | 113 | 7/1/2015 – 9/30/2015 |
| 10438 | Jamaica Plain | 113 | 7/1/2015 – 9/30/2015 |

| 10368 | Kailua Oahu | 113 | 7/1/2015 – 9/30/2015 |
|---|---|---|---|
| 10115 | Kirby | 113 | 7/1/2015 – 9/30/2015 |
| 10406 | Laguna Beach | 113 | 7/1/2015 – 9/30/2015 |
| 10437 | Laguna Niguel | 113 | 7/1/2015 – 9/30/2015 |
| 10119 | Lake Calhoun | 113 | 7/1/2015 – 9/30/2015 |
| 10286 | Las Vegas Blvd | 113 | 7/1/2015 – 9/30/2015 |
| 10325 | Lexington | 113 | 7/1/2015 – 9/30/2015 |
| 10043 | Madison | 113 | 7/1/2015 – 9/30/2015 |
| 10451 | Marlboro | 113 | 7/1/2015 – 9/30/2015 |
| 10510 | Melrose | 113 | 7/1/2015 – 9/30/2015 |
| 10342 | Merchant's Walk | 113 | 7/1/2015 – 9/30/2015 |
| 10141 | Metcalf | 113 | 7/1/2015 – 9/30/2015 |
| 10389 | Milford | 113 | 7/1/2015 – 9/30/2015 |
| 10422 | Minnetonka | 113 | 7/1/2015 – 9/30/2015 |
| 10234 | Novato | 113 | 7/1/2015 – 9/30/2015 |
| 10376 | Oklahoma City | 113 | 7/1/2015 – 9/30/2015 |
| 10469 | Oracle | 113 | 7/1/2015 – 9/30/2015 |
| 10440 | Park City | 113 | 7/1/2015 – 9/30/2015 |
| 10495 | Park Ridge | 113 | 7/1/2015 – 9/30/2015 |
| 10098 | Parkway | 113 | 7/1/2015 – 9/30/2015 |
| 10108 | Pasadena | 113 | 7/1/2015 – 9/30/2015 |
| 10193 | Pembroke Pines | 113 | 7/1/2015 – 9/30/2015 |
| 10146 | Pikes Peak | 113 | 7/1/2015 – 9/30/2015 |
| 10352 | Pompano Beach | 113 | 7/1/2015 – 9/30/2015 |
| 10480 | Poplar Avenue | 113 | 7/1/2015 – 9/30/2015 |
| 10175 | Porter Ranch | 113 | 7/1/2015 – 9/30/2015 |
| 10291 | Portland-Bayside West | 113 | 7/1/2015 – 9/30/2015 |
| 10251 | Post Oak | 113 | 7/1/2015 – 9/30/2015 |
| 10075 | Quarry | 113 | 7/1/2015 – 9/30/2015 |
| 10016 | Raleigh | 113 | 7/1/2015 – 9/30/2015 |
| 10154 | Redwood City | 113 | 7/1/2015 – 9/30/2015 |
| 10169 | Regency | 113 | 7/1/2015 – 9/30/2015 |
| 10106 | Ridgewood | 113 | 7/1/2015 – 9/30/2015 |
| 10113 | River Street | 113 | 7/1/2015 – 9/30/2015 |
| 10298 | Roaring Fork | 113 | 7/1/2015 – 9/30/2015 |
| 10255 | Santa Barbara | 113 | 7/1/2015 – 9/30/2015 |
| 10173 | Santa Monica | 113 | 7/1/2015 – 9/30/2015 |
| 10139 | Santa Rosa | 113 | 7/1/2015 – 9/30/2015 |
| 10170 | Sauganash | 113 | 7/1/2015 – 9/30/2015 |

| 10137 | Sebastopol | 113 | 7/1/2015 – 9/30/2015 |
| 10020 | Sherman Oaks East | 113 | 7/1/2015 – 9/30/2015 |
| 10257 | Short Pump | 113 | 7/1/2015 – 9/30/2015 |
| 10439 | Speedway | 113 | 7/1/2015 – 9/30/2015 |
| 10035 | St. Paul | 113 | 7/1/2015 – 9/30/2015 |
| 10267 | Stevens Creek | 113 | 7/1/2015 – 9/30/2015 |
| 10415 | Sugar House | 113 | 7/1/2015 – 9/30/2015 |
| 10258 | Sugar Land | 113 | 7/1/2015 – 9/30/2015 |
| 10162 | Union Square | 113 | 7/1/2015 – 9/30/2015 |
| 10202 | Veterans | 113 | 7/1/2015 – 9/30/2015 |
| 10460 | West Des Moines | 113 | 7/1/2015 – 9/30/2015 |
| 10572 | West Loop | 113 | 7/1/2015 – 9/30/2015 |
| 10265 | West Orange Plaza | 113 | 7/1/2015 – 9/30/2015 |
| 10206 | West Paces Ferry | 113 | 7/1/2015 – 9/30/2015 |
| 10216 | Westlake | 113 | 7/1/2015 – 9/30/2015 |
| 10176 | Westwood | 113 | 7/1/2015 – 9/30/2015 |
| 10453 | Wilmington | 113 | 7/1/2015 – 9/30/2015 |
| 10110 | Winston-Salem | 113 | 7/1/2015 – 9/30/2015 |
| 10272 | Chandler | N/A | 7/1/2015 – 9/30/2015 |